**From:** Michael
**To:** nancy.m.molina@lonestar.edu
**Cc:** Stephen Quezada
**Subject:** [EXTERNAL] FYI
**Date:** Tuesday, August 24, 2021 10:01:28 PM

---

You know I have to say. I was under the impression I was going to get a C and I just realized I got a B.

Had that been communicated to me I probably would have let this claim go despite the fact that I thought I deserved an A. But now that your outside attorney has threatened me I am going to do everything I need to do to get that A.

Maybe next time you shouldn't threaten students who pay your paycheck. You could have seen me walk away from this happy. All you had to do was communicate the grade.

Stephen clearly isn't a bright individual as he could have resolved this claim for you.

--

**Michael Moates, MA, QMHP-T, RBT, CPI**
*Doctor of Education Student | Fielding Graduate University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*
*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

***"Yesterday is not ours to recover but tomorrow is ours to win or lose." - President Lyndon B. Johnson***

**"When I was a baby child, good and bad was just a game, many years and many triumphs, they proved to me they not the same"**

**From:** Michael Moates
**To:** Stephen Quezada
**Cc:** Molina, Nancy
**Subject:** Re: [EXTERNAL] Re: SA
**Date:** Wednesday, August 25, 2021 11:30:46 AM
**Attachments:** image001.jpg

I disagree and won't sign that agreement until it's confirmed that's my final grade.

So there are two options here:

You can add to the contract that it is signed with the facts as the stand now or you can at least represent to me that that grade is intentional by the professor and expected to stay.

Sent from my iPhone

**Michael Moates, RBT, CPI**
*Doctor of Education Student | Fielding Graduate University*
*Master of Arts in Interdisciplinary Studies Student | Liberty University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*
*State of Texas Commissioned Notary Public*
*(817) 999-7534* | *mmoates@email.fielding.edu*

***"Yesterday is not ours to recover but tomorrow is ours to win or lose." - President Lyndon B. Johnson***

**"When I was a baby child, good and bad was just a game, many years and many triumphs, they proved to me they not the same"**

On Aug 25, 2021, at 11:27 AM, Stephen Quezada <squezada@grayreed.com> wrote:

Michael –

The grade is what it is. We cannot make any representation regarding a course outcome.

Thanks,

Stephen

**From:** Michael <michaelsmoates@gmail.com>
**Sent:** Wednesday, August 25, 2021 11:09 AM
**To:** Stephen Quezada <squezada@grayreed.com>

**Cc:** Molina, Nancy <nancy.m.molina@lonestar.edu>
**Subject:** Fwd: [EXTERNAL] Re: SA

I understand you cannot confirm. Someone will need to. If the agreement says the release of all claims, the agreement is being signed under the facts as they stand now.

Nancy?
---------- Forwarded message ---------
From: **Stephen Quezada** <squezada@grayreed.com>
Date: Wed, Aug 25, 2021 at 11:05 AM
Subject: RE: [EXTERNAL] Re: SA
To: Michael <michaelsmoates@gmail.com>

Michael –

The grade is what it currently is on the transcript. According to you, that is a B. I have not seen any scores other than what you have sent me. I have not seen the transcript.

Again, I have no involvement with a course outcome and am making no representation about that. I also have no information about whether the B would somehow change.

**From:** Michael <michaelsmoates@gmail.com>
**Sent:** Wednesday, August 25, 2021 10:57 AM
**To:** Stephen Quezada <squezada@grayreed.com>
**Subject:** Re: [EXTERNAL] Re: SA

- To be clear, the B is a key point of me signing the second agreement. I need some sort of confirmation before I sign. Nancy?

After I get this I'm prepared to sign.

On Wed, Aug 25, 2021 at 10:54 AM Stephen Quezada <squezada@grayreed.com> wrote:

Michael –

I have no ability or authority to effect or change the outcome of a course.

Provided you execute the second agreement, we will mail the check to you.

Please provide the address where you would like the check to be mailed, and I will have it sent to that address.

Thanks.

**From:** Michael <michaelsmoates@gmail.com>
**Sent:** Wednesday, August 25, 2021 10:50 AM
**To:** Stephen Quezada <squezada@grayreed.com>
**Cc:** Office of the Chancellor <Chancellor@lonestar.edu>; Head, Steve <Steve.Head@lonestar.edu>; Molina, Nancy <Nancy.M.Molina@lonestar.edu>; Castillo, Mario <Mario.K.Castillo@lonestar.edu>
**Subject:** Re: [EXTERNAL] Re: SA

Perfect. Two final questions.

Is the B going to stand?
How and when will I be refunded once the second agreement is signed? (if physical check will likely need to update address)

On Wed, Aug 25, 2021 at 10:27 AM Stephen Quezada <squezada@grayreed.com> wrote:

Michael -

Please try again. Thanks.

**Stephen Quezada**
**Counsel**
Tel 713.986.7215 | Fax 713.730.5985 | squezada@grayreed.com
1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
grayreed.com | Connect with me on LinkedIn

***Board Certified - Labor & Employment Law***
***Texas Board of Legal Specialization***

**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is
intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please
contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of
this communication by anyone other than the named recipient(s) is strictly prohibited.

On Aug 25, 2021, at 10:05 AM, Michael <michaelsmoates@gmail.com> wrote:

The technical term is a "hold." They typically use these to prevent someone from registering for missing transcripts, aid hold, etc.... and I think the purpose was to stop me from registering going forward per our agreement... but it also prevents me from requesting my transcript.

On Wed, Aug 25, 2021 at 10:03 AM Stephen Quezada <squezada@grayreed.com> wrote:

I will look into this. I know of no "block."

How did you come to the understanding about a "block" being placed on your account?

**Stephen Quezada**
**Counsel**
Tel 713.986.7215 | Fax 713.730.5985 | squezada@grayreed.com
1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
grayreed.com | Connect with me on LinkedIn

***Board Certified - Labor & Employment Law***
***Texas Board of Legal Specialization***

<logo_a83735f8-80ca-4a7b-81ad-3201a2d49899.jpg>

**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

On Aug 25, 2021, at 9:59 AM, Michael <michaelsmoates@gmail.com> wrote:

I cannot. See the attachment.

My understanding is the dean of admissions at UP under the direction of VPSS K. Sanchez put a block on my account. It is still there. See second attachment.

Again, I presume this was to block me from registering but it blocks me from getting transcripts as I need them.

If the B stands, the transcripts are sent today (block released), and I am not blocked in the future. I will sign the second agreement. Also if that administrative hold is not on my transcripts that are sent out.

On Wed, Aug 25, 2021 at 9:51 AM Stephen Quezada <squezada@grayreed.com> wrote:

Michael -

You can request your transcript(s) in the normal manner and your request will be processed in the normal course of business. Please let me know if you have a problem making the request.

Regards,

Stephen

**Stephen Quezada**
**Counsel**
Tel 713.986.7215 | Fax 713.730.5985 |
squezada@grayreed.com
1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
grayreed.com | Connect with me on LinkedIn

***Board Certified - Labor & Employment Law***
***Texas Board of Legal Specialization***

<logo_a83735f8-80ca-4a7b-81ad-3201a2d49899.jpg>

**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

On Aug 25, 2021, at 9:07 AM, Michael <michaelsmoates@gmail.com> wrote:

There is no reason I should not be able to order my transcript like every other student. Part of the agreement was that I would not be coded in a way that made it appear I had issues at this school.

I don't have time to wait on this... if I dont get to start fall classes because this takes too long... supposed to have by the end of

today... that will be one more claim and thing to tell the board. Typically you, request a transcript it gets sent. This is just one more way the college is discriminating against me for asserting my rights to accommodations. More and more retaliation.

It is absurd I am being blocked from getting my own record and getting it sent. You guys have billed me and now I'm being told I won't be refunded until the End of September.

On Wed, Aug 25, 2021 at 8:36 AM Molina, Nancy <Nancy.M.Molina@lonestar.edu> wrote:

Michael:

This responds to your 10:02 p.m. email thread, your 12:08 a.m. email below, your 8:14 a.m. phone call, and your 8:18 a.m. email.

Stephen Quezada represents the College in this matter—I am copying him on this email so you can address with him the below.

The College will send a final transcript, as requested, to your last known address, and send your transcript to whichever institution you indicate.

Regards,
Nancy

**From:** Michael Moates <michaelsmoates@gmail.com>
**Sent:** Wednesday, August 25, 2021 12:07 AM
**To:** Molina, Nancy <Nancy.M.Molina@lonestar.edu>

**Cc:** Castillo, Mario
<Mario.K.Castillo@lonestar.edu>;
Head, Steve
<Steve.Head@lonestar.edu>;
Office of the Chancellor
<Chancellor@lonestar.edu>
**Subject:** SA

Mrs. Molina,

I am sending you this email as a
courtesy. I will accept the B if
the following conditions are met:

1st - Stephen will not contact me
again. If he does I will not sign
the agreement. Furthermore, I
will consider it harassment and
file a police report. This is not a
request it is a formal
notification.
2nd - I am going to speak to the
Board next month and you are
saying that is acceptable. I am
going to let them know of how
this last 24 hours transpired.
How you almost came into
litigation because he threatened
me.
3rd - After the agreement is
signed. I will be permitted to
leave with no disparagement
from the college about me.
4th - I will get the full payment
as agreed to.
5th - The W will be marked with
cause as agreed.

This is a god-send for you guys.
Because he has treated me
poorly. But I am not going to
punish the college for his
childish threats.

Let me know if this is acceptable
to you.

This is a settlement offer under
Rule 408.

Offer expires end of business 25 August 2021.

Michael Moates. MA, QMHP-T, RBT, CPI
Doctor of Education Student | Fielding Graduate University
Senior Member, Civil Air Patrol, US Air Force Auxiliary
State of Texas Commissioned Notary Public
(817) 999-7534
| mmoates@email.fielding.edu

LG TQ Safe Zone
ACADEMIC Freedom Advocate

--

**Michael Moates, RBT, CPI**
*Doctor of Education Student | Fielding Graduate University*
*Master of Arts in Interdisciplinary Studies Student | Liberty University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*
*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

***"Yesterday is not ours to recover but tomorrow is ours to win or lose." - President Lyndon B. Johnson***

**"When I was a baby child, good and bad was just a game, many years and many triumphs, they proved to me they not the same"**

--

**Michael Moates, RBT, CPI**
*Doctor of Education Student | Fielding Graduate University*
*Master of Arts in Interdisciplinary Studies Student | Liberty University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*
*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

***"Yesterday is not ours to recover but tomorrow is ours to win or lose." - President Lyndon B. Johnson***

"When I was a baby child, good and bad was just a game, many years and many triumphs, they proved to me they not the same"
<Screen Shot 2021-08-25 at 9.55.01 AM.png>
<Screen Shot 2021-08-25 at 9.56.28 AM.png>

--

Michael Moates, RBT, CPI
*Doctor of Education Student | Fielding Graduate University*
*Master of Arts in Interdisciplinary Studies Student | Liberty University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*
*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

***"Yesterday is not ours to recover but tomorrow is ours to win or lose." - President Lyndon B. Johnson***

"When I was a baby child, good and bad was just a game, many years and many triumphs, they proved to me they not the same"

--

Michael Moates, RBT, CPI
*Doctor of Education Student | Fielding Graduate University*
*Master of Arts in Interdisciplinary Studies Student | Liberty University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*
*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

***"Yesterday is not ours to recover but tomorrow is ours to win or lose." - President Lyndon B. Johnson***

"When I was a baby child, good and bad was just a game, many years and many triumphs, they proved to me they not the same"

--

Michael Moates, RBT, CPI
*Doctor of Education Student | Fielding Graduate University*
*Master of Arts in Interdisciplinary Studies Student | Liberty University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*
*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

***"Yesterday is not ours to recover but tomorrow is ours to win or lose." - President Lyndon B. Johnson***

"When I was a baby child, good and bad was just a game, many years and many triumphs, they proved to me they not the same"

--

**Michael Moates, RBT, CPI**
*Doctor of Education Student | Fielding Graduate University*
*Master of Arts in Interdisciplinary Studies Student | Liberty University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*
*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

***"Yesterday is not ours to recover but tomorrow is ours to win or lose." - President Lyndon B. Johnson***

**"When I was a baby child, good and bad was just a game, many years and many triumphs, they proved to me they not the same"**



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS

1999 BRYAN ST., SUITE 1620
DALLAS, TX 75201-6810

REGION VI
ARKANSAS
LOUISIANA
MISSISSIPPI
TEXAS

June 14, 2016

Ref: OCR Docket # 06162099

Dr. Stephen C. Head, Chancellor
Lone Star College System
5000 Research Forest Drive
The Woodlands, TX

Dear Dr. Head:

This letter is to notify you that the U.S. Department of Education (Department), Office for Civil Rights (OCR), Dallas Office, received a complaint filed against Lone Star College System (LSCS), The Woodlands, Texas, on January 12, 2016. The Complainant alleged that LSCS discriminated against him on the basis of disability and subjected him to retaliation. Specifically, the Complainant alleged the following:

1. LSCS discriminated against him based on disability during the 2015 fall semester when LSCS failed to timely implement his academic adjustments; and

2. LCSC subjected him to retaliation during the 2015 fall semester when the disability services implemented "random" academic adjustments that did not serve his disability, without prior discussion with him.

OCR is responsible for determining whether entities that receive or benefit from federal financial assistance from the Department, or an agency that has delegated investigative authority to the Department, are in compliance with Section 504 of the Rehabilitation Act of 1973 (Section 504), 29 U.S.C. §794 (amended 1992), and its implementing regulation at 34 C.F.R. Part 104, which prohibits discrimination on the basis of disability. OCR also enforces Title II of the Americans with Disabilities Act of 1990 (Title II), 42 U.S.C. §12132, and its implementing regulation at 28 C.F.R. Part 35. Under Title II, OCR has jurisdiction over complaints alleging discrimination on the basis of disability that are filed against public entities.

LSCS is a recipient of federal financial assistance from the Department and is a public entity. Therefore, OCR has jurisdictional authority to process this complaint for resolution under Section 504 and Title II.

Because OCR has determined that it has jurisdiction, it is opening the Complainant's allegations for investigation. Please note that opening this complaint for investigation in

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

www.ed.gov

no way implies that OCR has made a determination with regard to its merit. During the investigation, OCR is a neutral fact-finder, collecting and analyzing relevant evidence from the Complainant, the recipient, and other sources, as appropriate. OCR will ensure that its investigation is legally sufficient and is dispositive of the allegations, in accordance with the provisions of OCR's *Case Processing Manual*.

Based on the Complainant's allegations, OCR will investigate the following legal issues:

1. Whether LSCS failed to make such modifications to its academic requirements as are necessary to ensure that such requirements do not discriminate or have the effect of discriminating, on the basis of disability, against a qualified disabled student, by failing to provide the Complainant with necessary academic adjustments and/or auxiliary aids (i.e., extended time) during the 2015 fall semester, in violation of Section 504, at 34 C.F.R. § 104.44, and Title II, at 28 C.F.R. § 35.130.; and

2. Whether LSCS retaliated against the Complainant by implementing random academic adjustments that did not serve the complainant's disability, without prior discussion with the Complainant during the 2015 fall semester, because the Complainant advocated for his rights as a student with a disability during the 2015 fall semester, in violation of Section 504 and Title II, at 34 C.F.R. § 104.61, and 28 C.F.R. § 35.134, respectively.

For your information, we have enclosed OCR's Complaint Processing Procedures to provide you with an overview of our complaint evaluation and resolution process. Please note that OCR can resolve complaint allegations *before* completing an investigation in two ways: the Early Complaint Resolution (ECR) process and voluntary resolution agreements.

ECR allows the parties (the Complainant and the institution that is the subject of the complaint) an opportunity to resolve the complaint allegations quickly; generally, soon after the complaint has been opened for investigation, although ECR may take place at any time during the investigative process. If both parties are willing to try this approach, and if OCR determines that ECR is appropriate, OCR will facilitate settlement discussions between the parties and work with the parties to help them understand the legal standards and possible remedies. More information about ECR may be found in the enclosed brochure.

Complaints may also be resolved before the conclusion of an investigation if the institution that is the subject of the complaint (recipient) expresses an interest in resolving the complaint. This process is voluntary and must be requested by the recipient. The Office Director or designee must determine that it is appropriate to resolve the complaint during the course of an investigation. If the voluntary resolution process has been determined appropriate, OCR will immediately notify the Complainant of the recipient's interest in resolving the complaint and will keep the Complainant informed throughout all stages of this resolution process. The resolution agreement is negotiated between OCR

and the recipient. The provisions of the resolution agreement will be aligned with the complaint allegations or the information obtained during the investigation, and will be consistent with applicable regulations, and a copy of the signed resolution agreement will be included with the resolution letter. OCR will then monitor the implementation of the resolution agreement. Please let me know if you are interested in resolving the complaint prior to the conclusion of the investigation, either through the ECR process or by entering into a voluntary resolution agreement.

Section 100.6(c) of Title 34 of the Code of Federal Regulations stipulates that each recipient of Federal financial assistance shall permit access to pertinent sources of information to responsible Department officials or designees. Pursuant to 34 C.F.R. § 100.6(c) and 34 C.F.R. § 99.31(a)(3)(iii), of the regulations implementing the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g, OCR may review personally identifiable records without regard to considerations of privacy or confidentiality. Enclosed is an initial data request. Please provide the requested information to OCR within 15 calendar days of the date of this letter. Please be advised that this request does not preclude OCR from requesting additional information during the course of the complaint resolution process. After reviewing all information received, OCR will determine whether an on-site investigation is warranted. If so, you will be contacted to arrange a mutually convenient date.

Please be advised that LSCS may not harass, coerce, intimidate, or discriminate against any individual because he or she has filed a complaint or participated in the complaint resolution process. If this happens, the Complainant may file another complaint alleging such treatment.

Under the Freedom of Information Act, it may be necessary to release this document and related correspondence and records upon request. In the event that OCR receives such a request, we will seek to protect, to the extent provided by law, personally identifiable information, which, if released, could reasonably be expected to constitute an unwarranted invasion of personal privacy.

I am the investigator who has been assigned to investigate this complaint. If you have questions, you may contact at (214) 661-9607 (Tamara.Williams@ed.gov). You may also contact my supervisor, Lori Bringas, at (214) 661-9638 (Lori.Bringas@ed.gov). Thank you for your anticipated cooperation.

Sincerely,

Tamara L. Williams
Investigator/Equal Opportunity Specialist
Dallas Office

Enclosures

U.S. DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS (OCR)
INITIAL DATA REQUEST

Lone Star College System (LSCS)
OCR Case No. 06162099

To help facilitate resolution of the above-referenced complaint, the Office for Civil Rights (OCR) requests that LSCS provide the following information within **15 calendar days** of the date of this letter. For purposes of this investigation, the Complainant is identified as Michael Moates, a current student at LSCS.

1. The name, address, and telephone number of the individual designated by the LSCS to communicate with OCR regarding the investigation of this complaint.

2. A copy of, or internet reference to, LSCS's policies and procedures that prohibit discrimination on the basis of disability. Please also provide a description of where the policies and procedures are published, and how and when they are disseminated to faculty and students.

3. A narrative response to the Complainant's allegations. Please include identification of any relevant witnesses by name, position/title, and telephone number.

4. A copy of the Complainant's educational records for the 2015 fall semester.

5. A copy of LSCS's policies and procedures with regard to the provision of academic adjustments and auxiliary aids and services, including references to where the policies and procedures are located and how they are made available to students.

6. A complete copy of the Complainant's application for academic adjustments and auxiliary aids and services and any supporting documentation submitted by the Complainant.

7. The names, telephone numbers, and titles of any and all persons who participated in any determinations regarding the provision of academic adjustments and auxiliary aids and services for the Complainant.

8. A complete copy of any documents related to LSCS's response to the Complainant's application for academic adjustments and auxiliary aids and services.

9. If the Complainant was approved for academic adjustments and/or auxiliary aids and services, please provide a description of the adjustments/aids/services, a description of when and how the adjustments/aids/services were developed, copies of documents containing the adjustments/aids/services, and the names and titles of the person(s) involved in developing and responsible for implementing

the adjustments/aids/services.

10. Copies of any documentation of communications between the Complainant and LSCS (including for example, correspondence, records of telephone conversations, emails, and notes of conferences or meetings) related to the Complainant's academic adjustments and auxiliary aids and services.  If no written documentation exists, please provide a narrative of any discussions regarding these issues.

11. A copy of the syllabus and any and all relevant information issued by the professors for the classes taken by the Complainant during the 2015 fall semester.

12. A copy of any documentation and/or written communication between the LSCS and the Complainant pertaining to the allegation in this complaint, including complaints filed with LSCS and the final resolutions thereof.

13. Any other information LSCS can provide to OCR to assist us in resolving the allegation in this complaint.

**Stephen Quezada**

| | |
|---|---|
| **From:** | Michael <michaelsmoates@gmail.com> |
| **Sent:** | Thursday, August 26, 2021 9:12 PM |
| **To:** | myriam.saldivar@gmail.com; mike@houstonschoiceseniorcare.com; iesheia@hotmail.com; artmurillo@gmail.com; myriam.saldivar@house.state.tx.us; art.murillo@ridemetro.org; art.murillo@lonestar.edu |
| **Cc:** | Helen.clougherty@lonestar.edu; Probasco, Deseree; Office of the Chancellor; Head, Steve; Stephen Quezada; Molina, Nancy; Castillo, Mario |
| **Subject:** | [EXTERNAL] Press Release |
| **Attachments:** | PRESS RELEASE.pdf |

Again, I am sorry to have to email you like this. The college is refusing to give me your professional contact information as elected officials.

I have asked the college to forward you various emails about this although I am not sure you received them.

Please see the attached press release I will be sending to nearly 600 members of the media on 28 August 2021. It is my hope that we can come to a resolution before then.

It is also my intention to send this to every college president and chancellor in Texas. I will not be verbally degraded or harassed.

Nor should Fraud, Forgery, or Extortion be allowed.

I know you guys give the Chancellor a lot of leeway but I can't imagine you intended to authorize this.

Very Respectfully,

--

**Michael Moates, MA, QMHP-T, RBT, CPI**

*Doctor of Education Student | Fielding Graduate University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*
*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

***"Yesterday is not ours to recover but tomorrow is ours to win or lose." - President Lyndon B. Johnson***

**"When I was a baby child, good and bad was just a game, many years and many triumphs, they proved to me they not the same"**

**From:** LoneStar - Disability Services Office (DSO) on behalf of LSC-VDAC
**To:** Michael Moates gmail
**Cc:** LSC-VDAC
***Subject:*** *[DSO] Student Application Accepted*
**Date:** Thursday, July 15, 2021 2:51:18 PM

**CAUTION:** This email originated from outside of Lone Star College. Do not click links or open attachments unless you recognize the sender and know the content is safe.

School Logo

Michael Moates

Thank you for submitting your information to Disability Services.
We will process your request and be in contact with you. If you have any questions or concerns please contact your Disability Service Provider at your campus location.

Name: Michael Moates

Your application was successfully submitted on Thursday, July 15, 2021 at 02:51:14 PM.

If you have not submitted your documentation, please use the following link: Upload Documentation.

http://www.lonestar.edu/disability-services.htm

Accessibility Services and Resources
System Office E-Mail Address: LSC-ASR@lonestar.edu
For campus contact information, visit our website at www.lonestar.edu/accessibility-services-resources.htm

This email was copied to:

- michaelsmoates@gmail.com
- lsc-vdac@lonestar.edu

Reference Code: 101

*For Immediate Release*

Michael Moates, MA, QMHP-T, RBT, CPI
Student at Lone Star College
michaelsmoates@gmail.com
(817) 999-7534

# LONE STAR COLLEGE ABUSES, DEGRADES, AND DENIES BASIC HUMAN/CIVIL RIGHTS TO STUDENT

Stephen Quezada is a member of the law firm Gray Reed and a legal representative of Lone Star College System (See Attachment A). Mr. Quezada was tasked with negotiating a settlement in good faith or defending the system in court. But rather than do this, Counselor Quezada has decided to engage in threats and abusive degrading comment toward the student.

On 26 August 2021, the parties were negotiating or at the very minimum discussing a settlement agreement to which Counselor Quezada responded, "You must be consulting with Rudy Giuliani or Sidney Powell" (See Attachment B) to degrade the student. His continued attacks and disrespect made me (the student) feel humiliated, threatened, and caused anxiety. I asked the college to find someone else to communicate with me and Chief Operating Officer Nancy Molina had this to say "Stephen Quezada represents the College in this matter" so I was required to continue the endurance of the abuse.

My final request was for the college to acknowledge my final grade of a B and state that it was part of the contract. There was no need for this kind of language.

The college has violated the Americans with Disabilities Act, Section 504 of the Rehabilitation Act of 1973, Tex. Bus. & Com. Code § 503.001 – Biometric Laws, various sections of the Texas and United States Constitutions, FERPA, Texas Deceptive Trade Practices Act, and knowingly cause inflectional emotional distress.

Furthermore, the college has forged my signature in a court document where they did not yet have consent, the attorneys have made various false statements and misrepresentations. They also attempted to force me into contracts that I did not agree with.

They created a contract so broad that they could commit "personal injury, harm, emotional distress or other damages (whether intentional or unintentional), including but not limited to all tort claims and claims for fraud, negligence, gross negligence, privacy, negligent, misrepresentation, biometrics, misrepresentation, and defamation" (See Attachment C)

This meant that they could essentially cut my throat and not be civilly charged. Because they were not liable for any injury or harm.

The also added an NDA and non-disparagement clause that would prevent me from talking to elected officials such as the Board of Trustees.

The college has a history of being sued for taking away basic human and civil rights.

There communication is disgraceful. I begged for help from disability services, calling 9 times over the course of the term and to no response or call back. (See Attachment D).

They attempted to extort me into signing this agreement even though the previous agreement said I had until 31 August 2021. (See Attachments E and G). If I did not comply with their demands, they were not refund me as promised. They also again used degrading words. I was in a conference at an external location and was unable to sign any documents and told them I would not be home by this 2pm deadline and the attorney stated, "I don't buy the below excuse." This new deadline of 2PM was offered at 1:40PM. When I challenged their new 20-minute deadline, I was told "manage your time how you see fit." (See Attachment H)

They have threatened to sue me for breach, but the public must know about their abuse and discriminatory practice against disabled individuals. This is unacceptable.

I have attempted to communicate with the Board of Trustees, but the college is refusing to give me our elected leaders professional contact information.

About Michael Moates: Mr. Moates is a Doctor of Education student at Fielding Graduate University. Prior to that he earned a Master of Arts from Liberty University and a bachelor's from Tarleton State University. He is a licensed Mental Health Professional, Registered Behavior Therapist, and formally worked as a journalist covering the White House.

###

## Attachment A

SQ
Stephen Quezada <squezada@grayreed.com>
Tue 8/10/2021 9:34 AM
To: Michael Moates

Mr. Moates,

Gray Reed represents Lone Star College regarding the claims you have asserted against it. Please direct all future communications to my attention.

I was made aware that you attempted to serve Lone Star and the other defendants named in your lawsuit by certified mail addressed to Nancy Molina. Ms. Molina is not an agent designated or authorized to accept service on behalf of Lone Star College System or any individual or employee of Lone Star. Your attempted service is therefore not proper.

I am not authorized to accept service on behalf of Lone Star or anyone else. If you choose to pursue your lawsuit, you should properly serve Lone Star and all others you named.

I am reviewing your demand with Lone Star and will respond soon.

Regards,

Stephen Quezada

**Stephen Quezada**
**Counsel**
Tel 713.986.7215 | Fax 713.730.5985 | squezada@grayreed.com
1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
grayreed.com | Connect with me on LinkedIn

***Board Certified - Labor & Employment Law***
***Texas Board of Legal Specialization***

GRAY REED

**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

## Attachment B

**Stephen Quezada**
to me, Nancy, Office, Steve, Mario

Michael,

You must be consulting with Rudy Giuliani or Sidney Powell.

...

## Attachment C

(f) all claims for personal injury, harm, emotional distress or other damages (whether intentional or unintentional), including but not limited to all tort claims and claims for fraud, negligence, gross negligence, privacy, negligent misrepresentation, biometrics, misrepresentation, and defamation; and

## Attachment D

| Date / Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 07/15/2021 | 02:59PM | 832.813.6552 | Spring, TX | SDDV | 1 | 0.00 |
| 07/22/2021 | 02:45PM | 832.813.6552 | Spring, TX | SDDV | 1 | 0.00 |

| Date / Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 07/22/2021 | 03:24PM | 832.813.6614 | Spring, TX | SDDV | 1 | 0.00 |

| Date / Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 07/15/2021 | 03:00PM | 281.290.3738 | Tomball, TX | SDDV | 1 | 0.00 |
| 07/19/2021 | 01:25PM | 281.290.3738 | Tomball, TX | SDDV | 1 | 0.00 |
| 07/19/2021 | 02:18PM | 281.290.3738 | Tomball, TX | SDDV | 1 | 0.00 |

| Date / Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 07/28/2021 | 11:04AM | 281.290.3738 | Tomball, TX | SDDV | 1 | 0.00 |
| 07/27/2021 | 03:18PM | 281.290.3738 | Tomball, TX | SDDV | 1 | 0.00 |

## Attachment E

**Stephen Quezada**
to me, Nancy, Office, Steve, Mario

Michael,

You have until 2pm, or we will consider you to have repudiated the agreement. You last signed electronically, so I don't buy the below excuse.

If you find a lawyer to represent you, then I will deal with that person.

LSC's position has not changed from my last email to you. If you sign then you sign, if you don't then you don't. Your call.

We are done.

Regards,

Stephen

**Stephen Quezada**
**Counsel**
Tel 713.986.7215 | Fax 713.730.5985 | squezada@grayreed.com
1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
grayreed.com | Connect with me on LinkedIn

***Board Certified - Labor & Employment Law***
***Texas Board of Legal Specialization***

GRAY REED

Attachment G

8. **Supplemental Release.** In exchange for the promise to pay the Reimbursement Amount, Student shall execute the Confidential Supplemental Release Agreement, attached hereto as Exhibit A, no sooner than the completion or conclusion of Nutrition and no later than August 31, 2021.

Attachment H

**Stephen Quezada**
to me, Nancy, Office, Steve, Mario

Michael,

*You manage your time how you see fit.*

We are not going to "recall" anything. We are done.

...

###

**From:** Michael Moates
**To:** Copeland, Beverly; Bekiaris, Hrisafia
**Cc:** Thomas, Leslieann; LSC-VDAC
**Subject:** Disability Accommodations
**Date:** Thursday, July 15, 2021 9:34:47 PM
**Attachments:** Moates_AccdLtr_Rev1-2016.pdf

---

Hello professor's:

Just a heads up I am cc'ing Leslie Thomas, the disability service manager.

I applied to LSC a couple of weeks ago but due to the issues with Apply Texas was literally accepted and enrolled today which prevented me from seeking disability accommodations prior to the course. I have made this request in writing to the university although I am not sure of the time frame.

I have followed policy to self-identify, notified them of my request, provided documentation, and am hoping for answers soon.

I have extreme asthma brought on a collapsed throat from sleep apnea. Occasionally, especially in the recordings you may see me wearing a bi-pap and I may be required to adjust it.

I also have ADHD, Dysgraphia, an eating disorder, general anxiety disorder, and a relatively active cough (brought on by the above).

I have included my accommodations from 2016 when I completed my AA at LSC as a reference.

In addition, I have asked for the following to be added:

- One break for every 30 minutes during quizes/exams for purposes of ADHD and or breathing issues. An alternative to breaks would be to break up the exams into sections or part of an exam.
- The ability to not be recorded during exams/quizzes, willing to go to local test sites to complete them. Have anxiety regarding tests in addition to having my screen recorded, being watched, listened to, showing my professor my home, scared that if I look away my ADHD will cause me to be flagged. Afraid if my roommate walks out I will fail. So, the idea is to go to a testing center will need to be worked out as I am in Fort Worth. Also, given the Bipap, I will need to be able to adjust the settings on my phone if I have an asthma issue. If recording is a requirement, I request the following 1) To be allowed to stand up and stretch due to hyperactivity. 2) The ability to use my phone to adjust the

bi-pap. 3) The ability to not be penalized for looking away.
- The ability to potentially submit an essay showing knowledge in place of exam due to severe test anxiety.

Also, side note... can the videos for the classes be edited? I don't want my thoughts to be unorganized because of failure to focus or stay on task.

Thank you all for your help and I hope to get this finalized ASAP.

Michael Moates

**Stephen Quezada**

**From:** Stephen Quezada
**Sent:** Friday, August 27, 2021 10:25 AM
**To:** Michael
**Cc:** Molina, Nancy
**Subject:** Re: [EXTERNAL] Rule 11

You can mark me opposed. Thanks.

**Stephen Quezada**
**Counsel**
Tel 713.986.7215 | Fax 713.730.5985 | squezada@grayreed.com
1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
grayreed.com | Connect with me on LinkedIn

***Board Certified - Labor & Employment Law***
***Texas Board of Legal Specialization***

**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

On Aug 27, 2021, at 10:19 AM, Michael <michaelsmoates@gmail.com> wrote:

Stephen,

You are hereby notified, pursuant to Rule 11 FRCP that I intend to set aside the judgement in our case and that I intend to file a motion for sanctions.

You applied my signature to a document for which consent was not granted. Consent to file the document was only granted should you get me a signed copy of the final agreement executed by the college.

Therefore, my signature is invalid and is a forgery. It was filed prior to me receiving the documents.

This notice gives you 21 days to take corrective action. I am also sending a copy via certified mail to your firm.

--

Michael Moates, MA, QMHP-T, RBT, CPI
*Doctor of Education Student | Fielding Graduate University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*

*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

***"Yesterday is not ours to recover but tomorrow is ours to win or lose." - President Lyndon B. Johnson***

**"When I was a baby child, good and bad was just a game, many years and many triumphs, they proved to me they not the same"**



Valentina E. Dassey
Assistant General Counsel
Office of the General Counsel
5000 Research Forest Drive
The Woodlands, TX 77381-4356

Telephone: 832.813.6843
Facsimile: 832.813.6656
Valentina.E.Dassey@LoneStar.edu
LoneStar.edu

December 21, 2016

*Via Email: Tamara.Williams@ed.gov Via FedEx Overnight 8024 4639 1000*

Investigator Tamara Williams
Department of Education Office for Civil Rights
Dallas District Office
1999 Bryan St., Suite 1620
Dallas, TX 75201-6810

**Re:** **Complaint Response**
**Reference:** **OCR Docket # 06162239**
**Complainant:** **Michael Moates**
**Respondent:** **Lone Star College**

Dear Ms. Williams:

Please find Lone Star College's partial response to the above-referenced Office for Civil Rights' Initial Data Request enclosed.

As agreed to in email on December 15, 2016, Lone Star College is producing a partial response via email to the Initial Data Request by or before December 28, 2016. Lone Star College will also send a physical copy via FedEx for convenience.

As discussed, most of the College's faculty and staff have left for the holidays and do not return until January 9, 2017. Also, the College is closed from December 21, 2017 through January 5, 2017 for the winter holiday. Due to these factors, we agreed to touch base on January 13, 2017 to determine when the College would finalize/supplement its response to the Initial Data Request.

Should you need any additional assistance in this matter, please do not hesitate to contact me via email at Valentina.E.Dassey@lonestar.edu, or at (832) 813-6843. Thank you for your time and attention to this matter.

Respectfully,

Valentina E. Dassey
Assistant General Counsel
Office of the General Counsel
Lone Star College System

cc: Mario K. Castillo, General Counsel

Enclosures

**Copy of OCR Complaint**
**Initial Data Request partial response**
**Exhibits**



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS

1999 BRYAN ST., SUITE 1620
DALLAS, TX 75201-6810

REGION VI
ARKANSAS
LOUISIANA
MISSISSIPPI
TEXAS

December 13, 2016

Ref: OCR Docket # 06162239

Dr. Stephen C. Head, Chancellor
Lone Star College System
5000 Research Forest Drive
The Woodlands, TX

Dear Dr. Head:

This letter is to notify you that the U.S. Department of Education (Department), Office
for Civil Rights (OCR), Dallas Office, received a complaint filed against Lone Star
College System (LSCS), The Woodlands, Texas, on June 13, 2016. The Complainant
alleged that the LSCS discriminated against him on the basis of disability during the 2016
Spring Semester by failing to timely implement his academic adjustments.

OCR is responsible for determining whether entities that receive or benefit from federal
financial assistance from the Department, or an agency that has delegated investigative
authority to the Department, are in compliance with Section 504 of the Rehabilitation Act
of 1973 (Section 504), 29 U.S.C. §794 (amended 1992), and its implementing regulation
at 34 C.F.R. Part 104, which prohibits discrimination on the basis of disability. OCR also
enforces Title II of the Americans with Disabilities Act of 1990 (Title II), 42 U.S.C.
§12132, and its implementing regulation at 28 C.F.R. Part 35. Under Title II, OCR has
jurisdiction over complaints alleging discrimination on the basis of disability that are
filed against public entities.

LSCS is a recipient of federal financial assistance from the Department and is a public
entity. Therefore, OCR has jurisdictional authority to process this complaint for
resolution under Section 504 and Title II.

Because OCR has determined that it has jurisdiction, it is opening the Complainant's
allegation for investigation. Please note that opening this complaint for investigation in
no way implies that OCR has made a determination with regard to its merit. During the
investigation, OCR is a neutral fact-finder, collecting and analyzing relevant evidence
from the Complainant, the recipient, and other sources, as appropriate. OCR will ensure
that its investigation is legally sufficient and is dispositive of the allegations, in
accordance with the provisions of OCR's *Case Processing Manual*.

Based on the Complainant's allegation, OCR will investigate the following legal issue:

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness
by fostering educational excellence and ensuring equal access.*

www.ed.gov

> Whether LSCS failed to make such modifications to its academic requirements as are necessary to ensure that such requirements do not discriminate or have the effect of discriminating, on the basis of disability, against a qualified disabled student, by failing to provide the Complainant with necessary academic adjustments and/or auxiliary aids (i.e., extended time) during the 2016 spring semester, in violation of Section 504, at 34 C.F.R. § 104.44, and Title II, at 28 C.F.R. § 35.130.

For your information, we have enclosed OCR's Complaint Processing Procedures to provide you with an overview of our complaint evaluation and resolution process. Please note that OCR can resolve complaint allegations *before* completing an investigation in two ways: the Early Complaint Resolution (ECR) process and voluntary resolution agreements.

ECR allows the parties (the Complainant and the institution that is the subject of the complaint) an opportunity to resolve the complaint allegations quickly; generally, soon after the complaint has been opened for investigation, although ECR may take place at any time during the investigative process. If both parties are willing to try this approach, and if OCR determines that ECR is appropriate, OCR will facilitate settlement discussions between the parties and work with the parties to help them understand the legal standards and possible remedies. More information about ECR may be found in the enclosed brochure.

Complaints may also be resolved before the conclusion of an investigation if the institution that is the subject of the complaint (recipient) expresses an interest in resolving the complaint. This process is voluntary and must be requested by the recipient. The Office Director or designee must determine that it is appropriate to resolve the complaint during the course of an investigation. If the voluntary resolution process has been determined appropriate, OCR will immediately notify the Complainant of the recipient's interest in resolving the complaint and will keep the Complainant informed throughout all stages of this resolution process. The resolution agreement is negotiated between OCR and the recipient. The provisions of the resolution agreement will be aligned with the complaint allegations or the information obtained during the investigation, and will be consistent with applicable regulations, and a copy of the signed resolution agreement will be included with the resolution letter. OCR will then monitor the implementation of the resolution agreement. Please let me know if you are interested in resolving the complaint prior to the conclusion of the investigation, either through the ECR process or by entering into a voluntary resolution agreement.

Section 100.6(c) of Title 34 of the Code of Federal Regulations stipulates that each recipient of Federal financial assistance shall permit access to pertinent sources of information to responsible Department officials or designees. Pursuant to 34 C.F.R. § 100.6(c) and 34 C.F.R. § 99.31(a)(3)(iii), of the regulations implementing the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g, OCR may review personally identifiable records without regard to considerations of privacy or

confidentiality. Enclosed is an initial data request. Please provide the requested information to OCR within 15 calendar days of the date of this letter. Please be advised that this request does not preclude OCR from requesting additional information during the course of the complaint resolution process. After reviewing all information received, OCR will determine whether an on-site investigation is warranted. If so, you will be contacted to arrange a mutually convenient date.

Please be advised that LSCS may not harass, coerce, intimidate, or discriminate against any individual because he or she has filed a complaint or participated in the complaint resolution process. If this happens, the Complainant may file another complaint alleging such treatment.

Under the Freedom of Information Act, it may be necessary to release this document and related correspondence and records upon request. In the event that OCR receives such a request, we will seek to protect, to the extent provided by law, personally identifiable information, which, if released, could reasonably be expected to constitute an unwarranted invasion of personal privacy.

I am the investigator who has been assigned to investigate this complaint. If you have questions, you may contact me at (214) 661-9607 (Tamara.Williams@ed.gov). You may also contact my supervisor, Lori Bringas, at (214) 661-9638 (Lori.Bringas@ed.gov). Thank you for your anticipated cooperation.

Sincerely,

Tamara L. Williams
Investigator/Equal Opportunity Specialist
Dallas Office

Enclosures

U.S. DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS (OCR)
INITIAL DATA REQUEST

Lone Star College System (LSCS)
OCR Case No. 06162239

To help facilitate resolution of the above-referenced complaint, the Office for Civil Rights (OCR) requests that LSCS provide the following information within **15 calendar days** of the date of this letter. For purposes of this investigation, the Complainant is identified as Michael Moates, a current student at LSCS.

1. A narrative response to the complainant's allegation that the LSCS failed to timely provide the Complainant with necessary academic adjustments and/or auxiliary aids during the 2016 Spring Semester. Please also include all supporting documentation.

2. The name, address, and telephone number of the individual designated by the LSCS to communicate with OCR regarding the investigation of this complaint.

3. A copy of the Complainant's educational records for the 2016 spring semester.

4. Copies of any documentation of communications between the Complainant and LSCS (including for example, correspondence, records of telephone conversations, emails, and notes of conferences or meetings) related to the Complainant's academic adjustments and auxiliary aids and services (not previously provided). If no written documentation exists, please provide a narrative of any discussions regarding these issues.

5. A copy of the syllabi and any and all relevant information issued by the professors for the classes taken by the Complainant during the 2016 spring semester.

6. Any other information LSCS can provide to OCR to assist us in resolving the allegation in this complaint.

If you have any questions concerning this Data Request, please contact Tamara Williams at 214-661-9607, or via email at tamara.williams@ed.gov.

U.S. DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS (OCR)
INITIAL DATA REQUEST

Lone Star College System (LSCS)
OCR Case No. 06162239

The following information is provided on December 21, 2016 as a partial response to Mr. Michael Moates' Office for Civil Rights' complaint filed against Lone Star College System (the "College" or "LSCS") on June 13, 2016. The complaint was sent to Lone Star College System on December 13, 2016.

Mr. Moates' complaint alleges that "LSCS discriminated against him based on disability during the 2016 Spring Semester by failing to timely implement his academic adjustments."[1] Mr. Moates previously filed an Office for Civil Rights ("OCR") complaint regarding 2015 Fall Semester.[2]

1. A narrative response to the Complainant's allegation that the LSCS failed to timely provide the Complainant with necessary academic adjustments and/or auxiliary aids during the 2016 Spring Semester. Please also include all supporting documentation.
    - *Forthcoming on a date to be determined by January 13, 2017.*

2. The name, address, and telephone number of the individual designated by the LSCS to communicate with OCR regarding the investigation of this complaint.
    - Name: Valentina E. Dassey, Assistant General Counsel
    - Address:
      5000 Research Forest Drive
      Star Building, Office of the General Counsel
      The Woodlands, TX 77381-4356
    - Telephone No.: 832.813.6843
    - ****Valentina E. Dassey will be out on leave from March – June 2017.*
        - Please contact Nancy Molina, Assistant General Counsel during that time period.
        - Nancy Molina Telephone No.: 832.813.6896

3. A copy of the Complainant's educational records for the 2016 spring semester.
    - Bates Nos. LSC – OCR 000001-000019, Attach. Ex., A.

4. Copies of any documentation of communications between the Complainant and LSCS (including for example, correspondence, records of telephone conversations, emails, and notes of conferences or meetings) related to the Complainant's academic adjustments and auxiliary aids and services (not previously provided). If no written documentation exists, please provide a narrative of any discussions regarding these issues.

---

[1] OCR Complaint, Case No. 06162239, p. 1.
[2] OCR Complaint, Case No. 06162099.

- Bates Nos. LSC – OCR 000056-000109, Attach. Ex., C.
- *Please note that this is a partial response and the College will update this response on a date to be determined by January 13, 2017 if additional information is found.*

5. A copy of the syllabi and any and all relevant information issued by the professors for the classes taken by the Complainant during the 2016 spring semester.
    - Winter 2015-2016 Minimester Syllabus[3]: Bates Nos. LSC – OCR 000020-000024, Attach. Ex., B.
    - Spring 2016 Syllabi: Bates Nos. LSC – OCR 000025-000055, Attach. Ex., B.
    - *Please note that this is a partial response and the College will update this response if additional information is discovered.*

6. Any other information LSCS can provide to OCR to assist us in resolving the allegation in this complaint.
    - *Forthcoming on a date to be determined by January 13, 2017.*

[3] Previously provided in LSC's response to OCR Complaint, Case No. 06162099.

# Exhibit A


LONE STAR COLLEGE

**Credit Unofficial Transcript**

**Name: Michael Moates** **Student ID: 7326786** **SSN: ***-**-4663** **DOB: 01/14/******

Print Date: 12/16/2016

**Texas Success Initiative - TSI**

| | | | |
|---|---|---|---|
| Math | Completed | Transferred in Ready | 11/05/2015 |
| Reading | Completed | Transferred in Ready | 12/15/2014 |
| Writing | Completed | Transferred in Ready | 12/15/2014 |

**Test Scores**

| | | | |
|---|---|---|---|
| AP | Biology | 05/25/2012 | 4 |
| AP | Chemistry | 05/24/2013 | 5 |
| AP | Computer Science A | 05/24/2013 | 4 |
| AP | Mathematics: Calculus AB | 05/23/2014 | 3 |
| AP | Music Theory | 05/24/2013 | 5 |
| AP | US History | 05/23/2014 | 5 |

**Institutions Attended**

| | |
|---|---|
| Univ Phoenix | 020988 |
| Homeschool Texas | |

**Beginning of Credit Record**

**2015 Fall**

| Loc | Course | Description | Att | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| M | DRAM 1310 | Theatre Appreciation<br>50 Creative Arts - C1 | 3.00 | 3.00 | A | 12.00 |
| T | ENGL 1302 | Comp & Rhetoric II<br>10 Communications - C1 | 3.00 | 3.00 | A | 12.00 |
| T | GOVT 2305 | Federal Government<br>70 Political Science - C1 | 3.00 | 3.00 | B | 9.00 |
| K | HIST 1302 | US History Since 1877<br>60 History -C1 | 3.00 | 3.00 | C | 6.00 |
| N | SPCH 1318 | Interpersonal Comm<br>11 Communications - C2 | 3.00 | 3.00 | A | 12.00 |

Test Credits Applied Toward AA-University Park

| Course | | Description | Att | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| BIOL | 1406 | Biology I for Science Majors | 4.000 | 4.000 | TCR | 0.000 |
| BIOL | 1407 | Biology II for Science Majors | 4.000 | 4.000 | TCR | 0.000 |
| CHEM | 1411 | Gen Chemistry I | 4.000 | 4.000 | TCR | 0.000 |
| CHEM | 1412 | Gen Chemistry II | 4.000 | 4.000 | TCR | 0.000 |
| COSC | 1336 | Programming Fund I | 4.000 | 4.000 | TCR | 0.000 |
| COSC | 1337 | Programming Fund II | 4.000 | 4.000 | TCR | 0.000 |
| HIST | 1301 | US History to 1877 | 3.000 | 3.000 | TCR | 0.000 |
| MATH | 2413 | Calculus I | 4.000 | 4.000 | TCR | 0.000 |
| MUSI | 1211 | Theory I | 2.000 | 2.000 | TCR | 0.000 |
| MUSI | 1216 | Sight Singing I | 2.000 | 2.000 | TCR | 0.000 |
| Test Trans GPA: | 0.000 | Transfer Totals: | 35.000 | 35.000 | | 0.000 |

| | Att | Earned | Points | GPA |
|---|---|---|---|---|
| Term Totals | 15.00 | 15.00 | 51.00 | 3.40 |
| Cum Totals | 15.00 | 15.00 | 51.00 | 3.40 |

**2016 Spring**

| Loc | Course | Description | Att | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| M | ENGL 2333 | World Lit 17th Century-Present<br>40 Lang, Phil & Cult - C1 | 3.00 | 3.00 | C | 6.00 |
| T | GOVT 2306 | Texas Government<br>70 Political Science - C1 | 3.00 | 3.00 | B | 9.00 |
| U | PSYC 2314 | Life-growth/devel | 3.00 | 3.00 | C | 6.00 |
| T | SOCI 1301 | Prin of Sociology<br>80 Social/Behave Sci - C1 | 3.00 | 3.00 | B | 9.00 |

| | Att | Earned | Points | GPA |
|---|---|---|---|---|
| Term Totals | 12.00 | 12.00 | 30.00 | 2.50 |
| Cum Totals | 27.00 | 27.00 | 81.00 | 3.00 |

Credit Career Totals

| | | | | | | |
|---|---|---|---|---|---|---|
| Cum GPA: | 3.00 | Cum Totals | 27.00 | 27.00 | 81.00 | 3.00 |

**End of Credit Unofficial Transcript**

**Official Academic Transcript from** ID# 7326786

# University of Phoenix

**Statement of Authenticity**
This official academic transcript has been delivered to you through eSCRIP-SAFE, the Global Electronic Transcript Delivery Network, provided by Credentials eScrip-Safe, 9435 Waterstone Blvd, Suite 260, Cincinnati, OH 45249, 1-847-716-3805. Credentials eScrip-Safe has been appointed and serves as the designated delivery agent for this sending school, and verifies this sender is recognized by the accreditation source identified below

This official academic transcript was requested, created, and released to the recipient following all applicable state and federal laws. It is a violation of federal privacy law to provide a copy of this official academic transcript to anyone other than the named recipient.

This PDF document includes: the cover page, the official academic transcript from the sending school, and the academic transcript legend guide.

The authenticity of the PDF document may be validated at the Credentials eScrip-Safe website by selecting the Document Validation link. A printed copy cannot be validated.

Questions regarding the content of the official academic transcript should be directed to the sending school.

**Sending School Information**
University of Phoenix
Registrar's Office
4025 S. Riverpoint Parkway
Phoenix, AZ 85040
Telephone: 602.557.3386
School Web Page: http://www.phoenix.edu
Course Catalog Web Page: http://www.phoenix.edu/programs/degree-programs/academic-catalog.html
Accreditation: North Central Association of Colleges and Schools, The Higher Learning Commission (NCA-HLC)

**Student Information**
Student Name: Michael Moates
Numeric Identifier: Not Provided By the Sending School
Birth Date: Not Provided By the Sending School
Student Email: StudentRecords@LoneStar.edu

**Receiver Information**
Lonestar College System , All Admissions
5000 Research Forest Dr
Woodland, TX 77381

eSCRIP-SAFE®

**Document Information**
Transmitted On: Wed, 30 September 2015
Transcript ID: TRAN000008295096

Save this PDF document immediately.
It will expire from the eSCRIP-SAFE server 24 hours after it is first opened.
Validate authenticity of the saved document at escrip-safe.com.

This document is intended for the above named receiver.
If you are not the identified receiver please notify the sending school immediately.

Transcripts marked 'Issued to Student' are intended for student use only.
Recipients should only accept academic transcripts directly from the sending school.

From University of Phoenix to Lonestar College System , All Admissions on 09/30/2015 03:31 AM TRAN000008295096

Date Issued: 09/30/2015
Record of: MICHAEL S. MOATES
Student Number: 9051563140 / 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
Birthdate: 01/14/1995
Enrollment Status: Withdrawn
Enrollment Status Effective Date: 05/03/2015

SENT TO:
LONESTAR CC
5000 RESEARCH FOREST DRIVE
THE WOODLANDS , TX 77381
US

| *Mo/Year* | *Course ID* | *Course Title* | *Grade* | *Credits Attempted* | *Credits Earned* | *Quality Points* | *Rep* |
|---|---|---|---|---|---|---|---|
| **Credit By Assessment / National Standard Evaluations** | | | | | | | |
| 04/2015 | PEL/299 | EMT - PARAMEDIC II | P | | 2.00 | | |
| 04/2015 | PEL/299 | EMT - PARAMEDIC III | P | | 2.00 | | |
| 04/2015 | PEL/299 | EMT - PARAMEDIC I | P | | 3.00 | | |
| 03/2015 | PEL/299 | EMT - BASIC I | P | | 3.50 | | |
| 03/2015 | PEL/299 | EMT - BASIC II | P | | 1.50 | | |
| 04/2015 | PEL/299 | EMT - PARAMEDIC IV | P | | 3.00 | | |
| 04/2015 | PEL/299 | EMT - PARAMEDIC V | P | | 3.00 | | |
| 03/2015 | PLW/299 | ETHICS IN CRIMINAL JUSTICE | P | | 3.00 | | |
| 03/2015 | PLW/299 | CULTURAL DIVERSITY IN CRIMINAL JUSTICE | P | | 3.00 | | |
| 03/2015 | PLW/299 | INTRODUCTION TO POLICE THEORY & PRACTICES | P | | 3.00 | | |
| 03/2015 | PLW/299 | INTRODUCTION TO CRIMINAL COURT SYSTEMS | P | | 3.00 | | |
| 03/2015 | PLW/299 | INTRODUCTION TO CORRECTIONS | P | | 3.00 | | |
| 03/2015 | PLW/299 | INTRODUCTION TO CRIMINAL JUSTICE | P | | 3.00 | | |
| 03/2015 | PLW/299 | COMPOSITION FOR COMMUNICATION IN THE CRIMAL JUSTICE SYSTEM | P | | 3.00 | | |
| 03/2015 | PLW/399 | CRIMINAL LAW | P | | 3.00 | | |
| 03/2015 | PLW/399 | CRIMINAL ORGANIZATIONS | P | | 3.00 | | |
| 03/2015 | PLW/399 | CRIMINAL PROCEDURE | P | | 3.00 | | |

| *Mo/Year* | *Course ID* | *Course Title* | *Grade* | *Credits Attempted* | *Credits Earned* | *Quality Points* | *Rep* |
|---|---|---|---|---|---|---|---|
| **UNIVERSITY OF PHOENIX** | | | | | | | |
| | CJA/305 | CRIMINAL LAW | WC | 0.00 | 0.00 | 0.00 | |
| | CJA/315 | CRIMINAL PROCEDURE | WC | 0.00 | 0.00 | 0.00 | |
| | CJA/325 | CRIMINAL ORGANIZATIONS | WC | 0.00 | 0.00 | 0.00 | |
| | CJS/201 | INTRODUCTION TO CRIMINAL JUSTICE | WC | 0.00 | 0.00 | 0.00 | |
| | CJS/211 | ETHICS IN CRIMINAL JUSTICE | WC | 0.00 | 0.00 | 0.00 | |
| | CJS/221 | CULTURAL DIVERSITY IN CRIMINAL JUSTICE | WC | 0.00 | 0.00 | 0.00 | |
| | CJS/241 | INTRODUCTION TO POLICE THEORY AND PRACTICES | WC | 0.00 | 0.00 | 0.00 | |
| | CJS/251 | INTRODUCTION TO CRIMINAL COURT SYSTEMS | WC | 0.00 | 0.00 | 0.00 | |
| | CJS/255 | INTRODUCTION TO CORRECTIONS | WC | 0.00 | 0.00 | 0.00 | |

This PDF document may be validated. A printed copy cannot be validated. See attached cover page for additional information.

From University of Phoenix to Lonestar College System , All Admissions on 09/30/2015 03:31 AM TRAN000008295096

From University of Phoenix to Lonestar College System , All Admissions on 09/30/2015 03:31 AM TRAN000008295096

Date Issued: 09/30/2015
Record of: MICHAEL S. MOATES
Student Number: 9051563140 / 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
Birthdate: 01/14/1995
Enrollment Status: Withdrawn
Enrollment Status Effective Date: 05/03/2015

| *Mo/Year* | *Course ID* | *Course Title* | *Grade* | *Credits Attempted* | *Credits Earned* | *Quality Points* | *Rep* |
|---|---|---|---|---|---|---|---|
| 07/2014 | GEN/195 | FOUNDATIONS OF UNIVERSITY STUDIES | A | 3.00 | 3.00 | 12.00 | |
| 08/2014 | COM/170 | ELEMENTS OF UNIVERSITY COMPOSITION AND COMMUNICATION I | W | 0.00 | 0.00 | 0.00 | |
| 10/2014 | PSY/211 | ESSENTIALS OF PSYCHOLOGY | B+ | 3.00 | 3.00 | 9.99 | |
| 11/2014 | COMM/215 | ESSENTIALS OF COLLEGE WRITING | B | 3.00 | 3.00 | 9.00 | |
| 12/2014 | PHL/251 | CRITICAL THINKING | C+ | 3.00 | 3.00 | 6.99 | |
| 02/2015 | SOC/100 | INTRODUCTION TO SOCIOLOGY | W | 0.00 | 0.00 | 0.00 | |
| 03/2015 | CJS/225 | CRITICAL THINKING IN CRIMINAL JUSTICE | B+ | 3.00 | 3.00 | 9.99 | |
| 03/2015 | CJS/235 | VICTIMOLOGY | W | 0.00 | 0.00 | 0.00 | |
| 04/2015 | CJS/215 | INTRODUCTION TO FORENSICS | W | 0.00 | 0.00 | 0.00 | |

| | *GPA* | *Credits Attempted* | *Credits Earned* | *Quality Points* |
|---|---|---|---|---|
| Total Cumulative Credits: | | | 63.00 | |
| UOPX Cumulative: | 3.20 | 15.00 | 15.00 | 47.97 |
| BSCJA/CJSA Program GPA : | | 3.20 | | |
| AACJS Program GPA : | | 3.20 | | |

************************************************End of Transcript************************************************

This PDF document may be validated. A printed copy cannot be validated. See attached cover page for additional information.

From University of Phoenix to Lonestar College System , All Admissions on 09/30/2015 03:31 AM TRAN000008295096



# UNIVERSITY OF PHOENIX

Registrar's Office / Phone: 1-800-866-3919 / Fax: 480-643-1041

## Transcript Key

### General Information

The University of Phoenix is a private University founded in 1976. The University offers degrees, certificates and other programs for working adults. Courses are taken at various campus locations throughout the world.

Axia College of University of Phoenix began operations April 2006 and was an associate degree granting College of University of Phoenix through November 2011. Accordingly, some courses were previously identified as belonging to Axia College in the course title.

All grades and University transcripts are issued by the Registrar's Office in Phoenix, Arizona.

### Accreditation

University of Phoenix is accredited by The Higher Learning Commission and is a member of the North Central Association. University of Phoenix was placed on Notice by The Higher Learning Commission, effective June 27, 2013. For additional information, contact The Higher Learning Commission, ncahlc.org. The Associate of Arts in Business, Associate of Arts in Accounting, Associate of Arts in Accounting Foundations, Bachelor of Science in Accounting, Master of Science in Accounting, Bachelor of Science in Business, Master of Business Administration, Executive Master of Business Administration, Master of Management, Doctor of Management, and Doctor of Business Administration programs are accredited by the Association of Collegiate Business Schools and Programs (ACBSP). The Bachelor of Science in Nursing and Master of Science in Nursing programs are accredited by the Commission on Collegiate Nursing Education (CCNE). The Master of Science in Counseling/Community Counseling and Master of Science in Counseling/Clinical Mental Health Counseling programs offered in Phoenix and Tucson, Arizona, and the Master of Science in Counseling/Mental Health Counseling program offered in Utah are accredited by the Council for Accreditation of Counseling and Related Educational Programs (CACREP). The Master of Arts in Education program with options in Elementary Teacher Education and Secondary Teacher Education is preaccredited by the Teacher Education Accreditation Council (TEAC).

The Higher Learning Commission of The North Central Association.
30 North LaSalle St., Suite 2400
Chicago, IL 60602-2504
(800) 621-7440
www.ncahigherlearningcommission.org

Association of Collegiate Business Schools and Programs
7007 College Blvd Suite 420
Overland Park , KS 66211
(913) 339-9356
www.acbsp.org

Commission on Collegiate Nursing Education
One Dupont Circle, NW
Washington, DC 20036-1120
(202) 887-6794
www.aacn.nche.edu

Council for Accreditation of Counseling and Related Educational Programs
5999 Stevenson Ave
Alexandria, VA 22304
(703) 823-9800 Ext. 301
http://www.cacrep.org/

Teacher Education Accreditation Council
One Dupont Circle, Suite 320
Washington, DC 20036-0110
www.teac.org/

### Transcript Policies

Transcripts are issued only with authorization from the student unless requested by a judicial order or legally issued subpoena.

### Credit and Calendar

All credits awarded are semester credits. The University of Phoenix offers concentrated courses on a continuous year-round basis.

### Certification of Official Transcripts

All official transcripts carry the Registrar's signature in white with a blue background and include the college name printed across the face of the document. A raised seal is not required.

### Course Numbering System

| | |
|---|---|
| 100-299 | Freshman and Sophomore level |
| 300-499 | Junior and Senior level |
| 500-599 | Graduate level |
| 600-699 | Professional Courses; applicable to undergraduate or graduate degree programs. |
| 700-799 | Doctorate level |

Courses identified by numbers 299 and 399 indicate Prior Learning Assessment credit as represented by specific national accrediting bodies' transcripts, diplomas, certificates, standardized credit recommended by National College Credit Recommendation Service, and evaluation of professional training courses and experiential learning essays.

Spanish MBA students must be proficient in Spanish in order to participate in class and complete required assignments.

### Grading System

*September1, 2007–Present:*

| | | | |
|---|---|---|---|
| A | 4.00 | C | 2.00 |
| A- | 3.67 | C- | 1.67 |
| B+ | 3.33 | D+ | 1.33 |
| B | 3.00 | D | 1.00 |
| B- | 2.67 | D- | .67 |
| C+ | 2.33 | F | .00 |

*Prior to September1, 2007:*

| | | | |
|---|---|---|---|
| A | 4.00 | C- | 1.66 |
| A- | 3.66 | D+ | 1.33 |
| B+ | 3.33 | D | 1.00 |
| B | 3.00 | D- | .66 |
| B- | 2.66 | F | .00 |
| C+ | 2.33 | I | .00 |
| C | 2.00 | I/F | .00 |

Grade point average is calculated by dividing the number of quality points by the number of units attempted.

### Grades Not Calculated in GPA

I - Incomplete: Student granted extension to complete assignments.

IP-In Progress: Student is in the process of completing a course. (Limited use.)

IX - In Progress: Student granted extension. (Limited use)

NC-No Credit: Student withdrew from the course; no grade was issued. Grades issued prior to May 1991.

P-Passing: Student satisfactorily completed the course.

W-Withdrawal: Student withdrew from the course.

WC-Waived with Credit: University of Phoenix required course waived with credit.

WF-Withdrawal/Failing: Student withdrew from the course and was failing the course at the time of the withdrawal.

QC-No grade was issued. No credits awarded.

AU-Audit: Student audited the course. Audit grades do not apply toward degree requirements.

Certain courses require minimum grades to earn academic credit. Grades not meeting this standard are reflected as 0 credits earned on transcript.

### Academic Standing

AD-Academic Disqualification: Student failed to achieve minimum grade point average.

SD-Scholastic Disqualification: Student did not meet minimum grade requirement for a course in their program.

SS-Scholastic Suspension: Student is suspended for a period of time.

EX-Expulsion: Student is expelled and not allowed to return to the University.

### Repeats (R)

The course was repeated or an equivalent course has been completed. (Only the repeated course is calculated in the GPA.)

### Release of Information

This record has been released according to provisions of the Family Educational Rights and Privacy Act of 1974 (FERPA). Release of this record or disclosure of its contents to any third party without the consent of the student is prohibited by federal law. Possession of this record requires compliance with FERPA.

1300013

**TO TEST FOR AUTHENTICITY:** This transcript was delivered through the eSCRIP-SAFE® Global Transcript Delivery Network. The original transcript is in electronic PDF form. The authenticity of the PDF document may be validated at escrip-safe.com by selecting the Document Validation link. A printed copy cannot be validated.

This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!

From University of Phoenix to Lonestar College System , All Admissions on 09/30/2015 03:31 AM TRAN000008295096



# Application for Prior Learning Assessment (PLA)

**Assessment Option(s):** External Challenge Exam - AP [redacted] **LSC Campus** North Harris

**Student Name**

M o a t e s (Last) M i c h a e l (First) (MI)

**Student ID#** 7 3 2 6 7 8 6 **Phone#** ___-___-___ . **Email** ____________

**Advisor/Counselor Consent**

☑ Enrolled in current, academic semester at LSC

☑ Received **official** documentation (license, certificate, transcript, exam score report, etc.)

☐ If applicable, student paid required fee and **Business Office signature** is provided along with receipt

- $60 per Portfolio
- $25 per Non-Regionally Accredited Institution Transcript
- $25 per Internal Challenge Exam
- $25 for AP Studio Art portfolio review
- $25 for CLEP Psychology essay review

Dina Espatia 11/16/15

Advisor/Counselor Printed Name Date

Business Office Signature Date

**Student Consent**

This application is a request to have my prior learning assessed for college credit. It does not guarantee the award of credit. I understand

- Eligibility requirements specific to a PLA option must be met (www.lonestar.edu/pla)
- With the exception of AVANT placement exam, **PLA by Exam credit** is only applicable to LSC graduation requirements and will not transfer.
- If applicable, PLA fees must be paid before an exam is administered or a faculty evaluation is initiated.
- Up to 50% of certificate or associate degree coursework may be earned through PLA.

Student Signature Date

AP Studio Art Exam, Intro to Psychology CLEP Exam, Intro to Educational Psychology CLEP Exam and AVANT placement exams require documentation of additional essay assessment or completion of placement course in addition to official test scores.

| **Prior Learning Experience**<br>ACE ID, Licensure/Certificate Name, Exam Name & Score, CE Course Title, High School Course Title | **Approved LSC Course Equivalence**<br>Visit LoneStar.edu/pla for current list |
|---|---|
| AP Biology Score 4 | BIOL*1406*1407 |
| AP Chemistry Score 5 | CHEM*1411*1412 |
| AP Music Theory Score 5 | MUSI*1211*1216 |
| AP Computer Science A Score 4 | COSC*1436*1307 |
| | |
| | 11/18/15 - E |

**For VPI Exception Only**

Comment: ____________

email 11/16/15
to Student Records

Vice President of Instruction ____________

SR 11/6/15

LONE STAR COLLEGE

# Application for Prior Learning Assessment (PLA)

Assessment Option(s): AP [redacted] LSC Campus LSC-NH [redacted]

Student Name
MOATES MICHAEL
(Last) (First) (MI)

Student ID# 7326786 Phone# ___-___-____ Email ______

**Advisor/Counselor Consent**

- [x] Enrolled in current, academic semester at LSC
- [x] Received **official** documentation (license, certificate, transcript, exam score report, etc.)
- [ ] If applicable, student paid required fee and **Business Office signature** is provided along with receipt
  - $60 per Portfolio
  - $25 per Non-Regionally Accredited Institution Transcript
  - $25 per Internal Challenge Exam
  - $25 for AP Studio Art portfolio review
  - $25 for CLEP Psychology essay review

[signature] 11/6/15
Advisor/Counselor Printed Name Date

Business Office Signature Date

**Student Consent**

This application is a request to have my prior learning assessed for college credit. It does not guarantee the award of credit. I understand

AA6
1158

- Eligibility requirements specific to a PLA option must be met (www.lonestar.edu/pla)
- With the exception of AVANT placement exam, **PLA by Exam** credit is only applicable to LSC graduation requirements and will not transfer.
- If applicable, PLA fees must be paid before an exam is administered or a faculty evaluation is initiated.
- Up to 50% of certificate or associate degree coursework may be earned through PLA.

Student Signature Date

AP Studio Art Exam, Intro to Psychology CLEP Exam, Intro to Educational Psychology CLEP Exam and AVANT placement exams require documentation of additional essay assessment or completion of placement course in addition to official test scores.

| **Prior Learning Experience**<br>ACE ID, Licensure/Certificate Name, Exam Name & Score, *CE Course Title, High School Course Title* | **Approved LSC Course Equivalence**<br>Visit LoneStar.edu/pla for current list |
|---|---|
| AP Calculus AB 3 | Math 2413 |
| | |
| AP US History 5 | HIST 1301 |
| | |
| Student would like these classes posted | |
| before 11/11/15 so he may enroll in | |

**For VPI Exception Only**
Comment: classes. Needs courses for prerequisite

[signature] Vice President of Instruction 11/10/15 LC

Return to System Office – Student Records Rev 6/2015

LSC - OCR 000007



Your
Scores

STUDENT SCORE REPORT

Report Date: 11/3/15

Michael S. Moates
9448 Castlewood Drive
Fort Worth, TX 76131

7326786

*AP Number* 98128478

*School* 728001 - RESOLUTE ACADEMY

| Year Taken | Name of Exam | Score |
|---|---|---|
| 2014 | Calculus AB - Math 2413 | 3 |
| 2014 | United States Government and Politics | 5 |
| 2014 | United States History - HIST-1301 | 5 |

Awards

2015 The College Board. College Board, Advanced Placement Program, AP, and the acorn logo are registered trademarks of the college board.

LONE STAR COLLEGE

# Application for Prior Learning Assessment (PLA)

Assessment Option(s): AP [redacted] LSC Campus LSC-NH [redacted]

Student Name
MOATES MICHAEL
(Last) (First) (MI)

Student ID# 7324786 Phone# ___-___-____ Email ____________

**Advisor/Counselor Consent**

- [x] Enrolled in current, academic semester at LSC
- [x] Received **official** documentation (license, certificate, transcript, exam score report, etc.)
- [ ] If applicable, student paid required fee and **Business Office signature** is provided along with receipt
  - $60 per Portfolio
  - $25 per Non-Regionally Accredited Institution Transcript
  - $25 per Internal Challenge Exam
  - $25 for AP Studio Art portfolio review
  - $25 for CLEP Psychology essay review

[signature] 11/6/15
Advisor/Counselor Printed Name Date

Business Office Signature Date

**Student Consent**

This application is a request to have my prior learning assessed for college credit. It does not guarantee the award of credit. I understand

- Eligibility requirements specific to a PLA option must be met (www.lonestar.edu/pla)
- With the exception of AVANT placement exam, **PLA by Exam** credit is only applicable to LSC graduation requirements and will not transfer.
- If applicable, PLA fees must be paid before an exam is administered or a faculty evaluation is initiated.
- Up to 50% of certificate or associate degree coursework may be earned through PLA.

Student Signature Date

AP Studio Art Exam, Intro to Psychology CLEP Exam, Intro to Educational Psychology CLEP Exam and AVANT placement exams require documentation of additional essay assessment or completion of placement course in addition to official test scores.

| Prior Learning Experience<br>ACE ID, Licensure/Certificate Name, Exam Name & Score, CE Course Title, High School Course Title | Approved LSC Course Equivalence<br>Visit LoneStar.edu/pla for current list |
|---|---|
| AP Calculus AB 3 | Math 2413 |
| | |
| AP US History 5 | HIST 1301 |
| | 11/18/15-C |

Student would like these classes posted before 11/11/15 so, he may enroll in classes. Needs courses for prerequisite

**For VPI Exception Only**
Comment: ____________

Thank You

Vice President of Instruction

11-6-15 email student Records

Return to System Office – Student Records Rev 6/2015

ID# 7326786

No. 00105998

# Exemption from Meningococcal Vaccination Requirements for Reasons of Conscience

A separate, signed application must be submitted for each individual to receive an exemption from Texas meningococcal vaccination requirements. This form is for official use only and is not valid if photocopied.

**PLEASE COMPLETE THE FOLLOWING SECTIONS:**

(A) Individual's Full Name and Date of Birth:

| michael | S | moates | 01/14/95 |
|---|---|---|---|
| **First** | **Middle** | **Last** | **Date of Birth (mm/dd/yyyy)** |

(B) Address:

| 9448 Castlewood Drive | | Fort Worth | TX | 76131 |
|---|---|---|---|---|
| **Street** | **Apt./No.** | **City** | **State** | **Zip** |

(C) Community college/public junior college: Lone Star College System District

**Risks and Benefits of Meningococcal Vaccination**

| *Vaccine-Preventable Disease* | *Effectiveness of Vaccine* | *Possible Side Effects of Vaccination* |
|---|---|---|
| Meningococcal disease - most often causes meningitis, an infection of the fluid of a person's spinal cord and the fluid that surrounds the brain. Meningitis is characterized by high fever, headache, and stiff neck. Other symptoms may include nausea, vomiting, confusion, and sleepiness. Less commonly, meningococcal disease can cause pneumonia, bloodstream infection, arthritis, and ear infection. Meningococcal disease can result in hearing loss, nervous system problems, seizures, strokes, and even death. | A protective level of antibody is usually achieved within 7-10 days of vaccination. The vaccines protect about 90% of individuals who get them. | Redness or pain may occur at the injection site in up to 59% of recipients. Fever (100°-103°F) within 7 days of vaccination is reported for up to 3% of recipients. Headache and malaise are reported in up to 60% of recipients. Serious allergic reactions, within a few minutes to a few hours of the vaccination, are very rare. |

I have read and I understand the Risks and Benefits of Meningococcal Vaccination information. I understand the risks of not vaccinating self/child. I further understand that self/child may be excluded from school attendance in times of emergency or epidemic declared by the Commissioner of Public Health.

**I do NOT want the individual named above to receive the meningococcal vaccine for reasons of conscience, which may include a religious belief.**

I certify that I am the student named above or the parent or legal guardian of the student named above and that the information provided herein is true and correct.

[signature] Date 10/3/2015

Signature of Student/Parent/Legal Guardian

**Official Use Only**

**I certify that I,** [signature: Cynthia Acevedo]
**am an authorized representative of Lone Star College System District.**
**I have reviewed this form and verify it is valid. This form will be maintained in the student's file.**

Stock# EF11-14115 Immunization Branch, P.O. Box 149347, Austin, Texas 78714-9347, Phone 800-252-9152 Rev. 10/2013

 Your
Scores

STUDENT SCORE REPORT

Report Date: 11/5/15

Michael S. Moates
9448 Castlewood Drive
Fort Worth, TX 76131

7326786

*AP Number* 98128478 *School* 728001 - RESOLUTE ACADEMY

| Year Taken | Name of Exam | Score |
|---|---|---|
| 2014 | Calculus AB – Math 2413 | 3 |
| 2014 | United States Government and Politics | 5 |
| 2014 | United States History – HIST-1301 | 5 |

Awards

2015 The College Board. College Board, Advanced Placement Program, AP, and the acorn logo are registered trademarks of the college board.

## Online Admission Application Data

Last Name Moates First Name Michael

**Application Summary Information**

| | | |
|---|---|---|
| Template ID: | LSCS_CREDIT_APP | |
| Application Unique Identifier: | d009c61e-673e-11e5-9f25-f3448d62b199 | |
| Academic Institution | LSC01 | Lone Star College System |
| Admit Term | 1158 | 2015 Fall |
| Application Center | CR | Credit |
| Academic Career | CR | Credit |
| Online Application Status | Posted | |
| Processing Status | Processed | |
| Last Status Update Date/Time | 09/30/2015 2:08AM | |

**Name**

First Name: Michael
Last Name: Moates

**Former Name**

First Name:
Last Name:

**Personal Information**

Date of Birth: 01/14/1995
Gender: Male

**Citizenship**

Country: United States
Citizenship Status: US Citizen

**SSN**

Social Security #: 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

**Visa Information**

Visa/Permit Type:
Expiration Date:

**Military Status**

Military Status:

**F-1 ADDRESSES**

Country: United States
Address Line 1:
Address Line 2:
Address Line 3:
Address Line 4:
State:
First Name:
Middle Name:
Last Name:
City:
In City Limit:
Postal Code:
Address Field 1:
Nbr 1:
Address Field 2:
Nbr 2:
Address Field 3:
House Type:
Geo Code:

**Home Address**

Country: United States
Address Line 1: 817 Wesleyan ST
Address Line 2: 414
Address Line 3:
Address Line 4:
State: Texas
County: Tarrant
City: fort worth
Postal Code: 76105
Nbr 1:
Nbr 2:
House Type:
In City Limit:
Address Field 1:
Address Field 2:
Address Field 3:
Geo Code:

**Mailing Address**

Country: United States
City:
Address Line 1:
Postal Code:
Address Field 1:
Address Line 2:
Nbr 1:
Address Field 2:
Address Line 3:
Nbr 2:
Address Field 3:
Address Line 4:
House Type:
Geo Code:
State:
In City Limit:

**Contact Information**

| Phone Type | Telephone | |
|---|---|---|
| Mobile | 817/880-4326 | ☑ Preferred |

Email Type: Personal ☑ Preferred
Email Address: michaelsmoates@gmail.com

**Emergency Contact**

Name:
City:
Relationship to Employee:
Postal Code:
Address Field 1:
Phone: 817/657-7224
Country: United States
Nbr 1:
Address Field 2:
Address Line 1:
Nbr 2:
Address Field 3:
Address Line 2:
House Type:
Geo Code:
Address Line 3:
In City Limit:
Address Line 4:
State:
Email Address:

## Academic Information

Academic Institution: Lone Star College System
Admit Term: (Invalid Value)
Academic Career: Credit
Campus: UP
Application Center: CR

### Educational Goal

Application Student Response: Earn an Associate's Deg-2 Yrs

Academic Program: AA-University Park

Academic Plan: Associate of Arts (AA)

## High School Information

High School Options: TX Home School
High School: 1540320
From Date: 04/01/2014
To Date: 04/30/2014
Date (or anticipated date) of Graduation: 09/09/2015

## College Education Experience

☐ College Outside of US
College Name: 1539780 Univ Phoenix
From Date: 07/01/2014
To Date: 06/01/2015
Degree:
Degree Date:

## Employment Information

Employer:
Job Title:
From Date:
To Date:
City:
State:
Country: USA

## Housing Preferences

Housing Preferences:

## Attach Application Essay(s)

Topic: No Value available
Additional Details:
File Name:

## Attach Recommendation(s)

Topic: No Value available
Name:
Title:
Organization: LSC01
File Name:

Attach OTHER (Provide Details)

Material Type: No Value available

Material Group: No Value available

Additional Details:

File Name

Test Information

Test ID

Personalize | Find

| Test Component | Score | Test Date | Acad Level | Data Source |
|---|---|---|---|---|
| | | 09/30/2015 | 0 | SLF |

Honors and Awards

Academic Institution: LSC01

Honor/Award: External

Educational Goals

External Subject Area

Priority: 1

Residency

Residency Status: OD

Sequence Number: 2275

## Extracurricular Activities

Academic Institution: LSC01 — Academic Career: CR

Extracurricular Activity: No Value available — External

Start Date — End Date

Comments

## Family Information (Parent / Guardian)

Name

Relationship to Employee

Are you or a member of your family a former student/Alumini: ☐

Last Date of Attendance

## Ethnicity

◉ Yes,I am Hispanic or Latino

○ No,I am not Hispanic or Latino

☐ American Indian or Alaska Nat

☐ Asian

☐ Black or African American

☐ Native Hawaian or Other Pac

☑ White

## Special Program Interest

Academic Institution: LSC01

Student Group

## Applicant Profile

Academic Institution: LSC01

Admit Type: TR

## Admission Application Fee

Payment Amount

Application Fee Status: Pending ☐ Waiver

## Institutional Research Questions

Questions are below :

Applicant's Employment Status:

◉ Employed - Full Time (IR01)

○ Employed - Part Time (IR02)

○ Self - Employed (IR03)

○ Homemaker (IR04)

○ Unemployed - Seeking Work (IR05)

○ Unemployed - Not Seeking Work (IR06)

Mark all that apply to applicant:

☐ Eligible to receive Assistance to Families with Dependent Children (IR07)

☐ Adult seeking job skills who have worked primarily without pay to care for home/family (IR08)

☐ Eligible for food stamps or other public assistance (IR09)

☐ Incarcerated (IR10)

☐ Single parent of a dependent child (IR11)

☐ Have pre-school children living with you (IR12)

How many people currently reside in applicant's household including applicant?

- (●) 1 in household (IR13)
- ( ) 2 in household (IR14)
- ( ) 3 in household (IR15)
- ( ) 4 in household (IR16)
- ( ) 5 in household (IR17)
- ( ) 6 in household (IR18)
- ( ) 7 in household (IR19)
- ( ) 8 in household (IR20)
- ( ) 9 in household (IR21)
- ( ) 10 in household (IR22)

Applicant's current household income?

- (●) $0 - $13,290 (IR23)
- ( ) $13,291 - $17,910 (IR24)
- ( ) $17,911 - $22,530 (IR25)
- ( ) $22,531 - $27,150 (IR26)
- ( ) $27,151 - $31,770 (IR27)
- ( ) $31,771 - $36,390 (IR28)
- ( ) $36,391 - $41,010 (IR29)
- ( ) $41,011 - $45,630 (IR30)
- ( ) $45,631 - $49,999 (IR31)
- ( ) $50,000 - $74,999 (IR32)
- ( ) $75,000 - $99,999 (IR33)
- ( ) $100,000 or above (IR34)

Applicant's Father highest education level?

- (●) Attended college (IR35)
- ( ) Attended high school (IR36)
- ( ) Graduated from high school (IR37)
- ( ) Received bachelor's degree (IR38)
- ( ) Do not know (IR39)

Applicant's Mother highest education level?

- (●) Attended college (IR40)
- ( ) Attended high school (IR41)
- ( ) Graduated from high school (IR42)
- ( ) Received bachelor's degree (IR43)
- ( ) Do not know (IR44)

**Bacterial Meningitis**

- [x] Bacterial Meningitis Oath

**Reverse Transfer and Auto-Grad**

- [x] I would prefer not to be awarded my degree

[illegible]

LSC - OCR 000018

| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Row 1 | 7326786 | 7326786 | 1161 | 14681 | GOVT | 2106 | CR | [illegible] | 12/11/2019 10:31:18 AM | Self Service Employee | 1 | Email | | | | [illegible] | 1 | | | GRD | | | | | | | | | | | | | | | | | | | | | | [illegible] | 79 | Y | | |
| Row 2 | 7326786 | 7326786 | 1161 | 14681 | GOVT | 2106 | CR | [illegible] | 12/20/2019 8:51:43 AM | Self Service Employee | 1 | Drop | | | | [illegible] | | | | GRD | | | | | | | | | | | | | | | | | | | | | | 1 | 79 | Y | | |
| Row 3 | 7326786 | 7326786 | 1161 | 14681 | GOVT | 2106 | CR | [illegible] | 12/20/2019 9:10:20 AM | Self Service Employee | 1 | Drop | | | | [illegible] | | | | GRD | | | | | | | | | | | | | | | | | | | | | | 1 | 79 | Y | | |
| Row 4 | 7326786 | 7326786 | 1161 | 14681 | GOVT | 2106 | CR | [illegible] | 12/20/2019 9:14:12 AM | Self Service Employee | 1 | Drop | | | | [illegible] | | | | GRD | | | | | | | | | | | | | | | | | | | | | | 1 | 79 | Y | | |
| Row 5 | 7326786 | 7326786 | 1161 | 14681 | GOVT | 2106 | CR | [illegible] | 12/20/2019 9:15:13 AM | Self Service Employee | 1 | Drop | | | | 3 | | | | GRD | | | | | | | | | | | | | | | | | | | | | | 1 | 79 | Y | | |
| Row 6 | 7326786 | 7326786 | 1161 | 14681 | GOVT | 2106 | CR | [illegible] | 12/20/2019 9:19:37 AM | Self Service Employee | 1 | Drop | | | | 3 | | | | GRD | | | | | | | | | | | | | | | | | | | | | | 1 | 79 | Y | | |
| Row 7 | 7326786 | 7326786 | 1161 | 14681 | GOVT | 2106 | CR | [illegible] | 12/20/2019 2:14:19 PM | Self Service Employee | 1 | Drop | | | | [illegible] | | | | GRD | | | | | | | | | | | | | | | | | | | | | | 1 | 79 | Y | | |
| Row 8 | 7326786 | 7326786 | 1161 | 14681 | GOVT | 2106 | CR | [illegible] | 12/20/2019 [illegible] PM | Self Service Employee | 1 | Drop | | | | [illegible] | | | | GRD | | | | | | | | | | | | | | | | | | | | | | 1 | 79 | Y | | |
| Row 9 | 7326786 | 7326786 | 1161 | 14681 | GOVT | 2106 | CR | [illegible] | 12/21/2019 9:47:49 AM | Self Service Employee | 1 | Drop | | | | [illegible] | | | | GRD | | | | | | | | | | | | | | | | | | | | | | 1 | 79 | Y | | |
| Row 10 | 7326786 | 7326786 | 1161 | 14681 | GOVT | 2106 | CR | [illegible] | 12/21/2019 9:49:49 AM | Self Service Employee | 1 | Drop | | | | [illegible] | | | | GRD | | | | | | | | | | | | | | | | | | | | | | 1 | 79 | Y | | |
| Row 11 | 7326786 | 7326786 | 1161 | 14681 | GOVT | 2106 | CR | 7988200 | 12/26/2019 12:04:57 AM | Self Service Employee | 1 | Drop | | | | [illegible] | | | | GRD | | | | | | | | | | | | | | | | | | | | | | 1 | 79 | Y | | |

# Exhibit B

**GOVT 2306: Texas Government**
**Course Syllabus**

Instructor: Darrell A. Lovell, MPA
On-line course, Lonestar College –Tomball Campus
Contact information:
Email – Darrell.A.Lovell@lonestar.edu (Preferred)
Phone – 281-401-1816 (Office of Behavioral Sciences)
Online Office Hours: TBD

**COURSE DESCRIPTION:** Overall introduction to the physical geography, demography, economy and political culture of Texas; the origin and development of the Texas constitution; federalism and intergovernmental relations; linkage institutions including political participation, interest groups, political parties and elections; the policymaking institutions; local government and the state budgetary process.

**TEXTBOOK:** *Governing Texas, 2nd edition, Anthony Champagne & Edward Harpham. ISBN: 978-0-393-93684-1. You can access materials and ebook at this site https://digital.wwnorton.com/govtexas2*

*Additional Readings:* In addition to your textbook I will assign outside readings that are MANDATORY for the course. The readings will show up on the exams and you will be asked to participate in discussions about them during the course that will be graded. All additional course readings can be downloaded in PDF format in that week's module.

**STUDENT RESPONSIBILITIES:** The following is a list of student responsibilities. This list *is not exhaustive*, but indicates the core responsibilities that you will accept for this course. These responsibilities begin now, week 1 of the semester, not week 6. As the student, you are responsible for:

- Thoroughly reviewing the course syllabus.
- Obtaining and keeping a copy of the course syllabus.
- Fully understanding the course syllabus.
- Fully understanding the management and design of this online course.
- Being able to locate all course material online and being certain that all material is accessible prior to course deadlines.
- Knowing and following the requirements, important dates, deadlines and policies of this course.
- Knowing and understanding grading procedures.
- Being aware of all announcements and postings online for this course.
- Reviewing, understanding and complying with the academic integrity statement of Lone Star College District (LSC).
- Successfully contacting and discussing any questions about the course with the instructor.
- Successfully contacting and disclosing any concerns with the instructor that would be relevant to your success in the course.
- Understanding that the course design, policies, assignments, exam format, etc. will not be altered or changed.
- Being aware of your academic status THROUGHOUT the duration course, NOT at the end of the course or once the course has been completed.

**- LSC Online Information (D2L):**
This is a course specifically designed for online learning. With that in mind, there is an emphasis on the text and the material and resources made available on the course website. Further, students work independently without

meeting face to face with the instructor on any scheduled basis. Students who are accustomed to the traditional face-to-face course will indeed experience a different format and approach to learning. Students who take online courses may prefer greater flexibility in allotting and committing time to a course. **In the end, however, you must decide if this is the right format and approach to learning for you. Please consider that as you review course material.**

**LONE STAR ONLINE AND GOVT 2306:** Lone Star Online uses an online learning system known as D2L. I have designed this course for this online section of GOVT 2306. So yes, this course has been customized for you by me. I have also provided you with additional commentary that you would be given in my face to face course. Finally, I have customized all exams that will be used in this course.

**STUDENT RESPONSIBILITY:** As described in the previous section on Student Responsibilities, it is your responsibility to familiarize yourself with the course website and its design. You must be able to locate all course material online and be certain that all material is accessible prior to course deadlines. You must have the computer equipment and browser requirements needed in order to complete this course. For example, you may need to use the browser, Mozilla Firefox, or download a new version of Adobe in order to view and use all course materials. Begin navigating through the website at the ***beginning of the course*** to be certain that all material (intro quiz, links, videos, exercises, simulations, policy debates, etc.) can be accessed. However, it is again stated that the student is responsible for meeting all deadlines. ***Students should visit the course content folder on the Monday of each week to find out the information and deadlines for that week. They will also find assignments in the content folder.***

That a student waits until the last minute to learn that they do not have the technical capability to submit and complete the intro quiz, discussions, exercises, simulations, policy debates, etc. is not accepted as an excuse. Extensions to deadlines are not given for failure to have reviewed the website earlier for these types of problems. Simply put, as the student you must locate and use a computer that will allow you full access to the course website; you must use an internet browser that allows you access to all links and materials; and, finally, you must contact technical support for any issue preventing you from accessing all material on the course website.

**PROBLEMS/ASSISTANCE: I can assist you with a problem about how I have designed the course.** For example, if you are taking a quiz and it is not allowing you the opportunity to review incorrect answers, please let me know; if the link to a chapter review does not work, please let me know. If you cannot access your grades using the online tool, My Grades, please let me know. These are examples of what I can work on to correct. However, if you have problems with your computer, technical equipment such as a router, your internet browser, etc., you will need to seek assistance from technical support. Assistance is available through the Lone Star Help Desk and technical support is also provided by the publisher of the textbook and online course materials (see below). For this information, review the **Computer Troubleshooting** link I provide for you under **Lessons/Course Information**. Contact information for the LSC Help Desk is also available on the home page of LSC Online.

**THOSE INEVITABLE, DREADFUL SNAFFUS:** Perhaps not all will go as planned. Perhaps there will be a district-wide computer crash (not likely); perhaps website links that work now will not work next week. In our attempt to journey into the virtual world, there will be glitches, errors, mistakes, and perhaps some that we can't even blame on technology. My experience with online students is that they are patient, civil and respectful, and I expect this to continue. Be assured that there rarely is a problem. Most, if not all students, are able to successfully use all tools available on the website and complete the course.
***If an emergency happens during an assessment you MUST provide the professor with documentation and email immediately. If you do not email in a timely manner there will be no makeup given and you will not be allowed to re-enter the assessment. After emailing the professor contact tech support. MAKEUPS OR ALLOWANCES WILL ONLY BE GIVEN FOR SYSTEM ISSUES. If your internet or pc fails that is not***

***something under the school's or instructor's control. It is your responsibility to make sure you are on a stable connection.***

**- GRADE RANGE:**
90 – 100 A
80 – 89 B
70 – 79 C
60 – 69 D
BELOW 60 F

**- Make up policy:** Without an acceptable excuse for missing a test, there will be no makeup exams given. All assignments are due on the posted date in the syllabus unless changed by the professor. LATE WORK WILL NOT BE ACCEPTED without a LEGITIMATE excuse. There will be no exceptions made and all decisions are made at the discretion of the professor.

**- Class Participation policy:** ONLINE COURSES ARE SELF-DRIVEN EXPERIENCES. In this course you will be REQUIRED to participate in weekly guided discussions that, all together, will be worth 25% of your grade in this course.

The discussion will be accessible through each week's learning module. There will be between 2 and 4 topics a week and you are required to submit 1 ORIGINAL POST TO ALL TOPICS and then 2 additional responses to someone else's post. Post will be graded on mastery of the content, ability to formalize a point or concept, answering the posted question and ability to adequately participate in the discussion. Grades will be posted weekly.

**- Net Etiquette:** Much like in a classroom you are required to conduct yourself in an acceptable manner. Meaning you are to respect yourself, others and the professor as much as humanly possible. While this course is freeform in the learning environment that does not mean you are not to hold yourself, and that I won't hold you, to the highest standard regarding etiquette. Furthermore, I understand that it is easy to type something that you may not say in person. RESIST THIS URGE! Do not reply to someone with haste or anger.

Unfortunately things written are left to interpretation so play it safe and keep this a healthy environment. Acting in a manner unbecoming of a student will get you tossed out of the discussion for that week and result in a grade of 0.

**- Cheating and Plagarism:** Cheating or plagiarism in any degree subjects a student to disciplinary procedures. Failure to give credit for ideas or material taken from another, whether from a fellow student or a resource writer, means the person is guilty of plagiarism. If, in the judgment of the professor, cheating or plagiarism has occurred, the penalty assessed could be a grade of "F" in the course. Cheating includes, but is not limited to, copying from another student's test paper, or copying research papers (or a portion thereof) from the Internet. (see Honesty Code below.)

**- Withdrawls:** Students wishing to drop courses must drop themselves over the web or in person at the Registrar's Office. Faculty will not drop students. Students should consult with your instructor and/or a Counselor/Adviser before dropping a course. Students starting college for the first time after the Fall 2007 or after may only receive six grades of W (grade received from a course dropped after the census date) from all Texas public colleges and universities attended. Grades of W in developmental courses or courses taken while in high school will not count in the six grades of W. After six grades of W are received, students must receive grades of A, B, C, D or F in all courses. There are other exemptions from the six-drop limit and students should consult with a Counselor/Advisor before they drop courses to determine these exemptions.

**- Communication with the Instructor:**
This will be at a premium in this course. Again this course is as much about your drive to learn as it is anything else. With that said, the onus will be on you to communicate with me if there are any issues. Here are some of the ways you can communicate and build good communication practices:

**Announcements –** When you login to the course make sure to check the announcements. Announcements will be your guide to any issue and information I want to pass along. Often I will post reminders or important notes here. A note here is to make sure the email you have in the system is one you ACTUALLY CHECK. Annoucnements and course mail – which I will cover next – will go to your listed email.

**Email –** The best, and preferred, way to reach me is by email. You can contact me at my lonestar email (Darrell.A.Lovell@lonestar.edu) or through the "Course Mail" option in D2L. Again, coursemail uses the listed email you have with the school. If you have not changed it, it will be your default student email address. I will attempt to get emails responded to in 24-36 hours. If an email is not responded to in this time please re-send it and I will get it then.

**Face-to-Face –** This is not required for this course. However, if you require a face-to-face meeting contact me to set up a time and place. I do not have a physical office on campus and am not located on campus. However, I will make time if you need it.

**EMERGENCIES:** If you have some type of an emergency in which you need to contact me immediately, please indicate that in the Subject field of your e-mail. ***If an emergency happens during an assessment you MUST provide the professor with documentation and email immediately. If you do not email in a timely manner there will be no makeup given and you will not be allowed to re-enter the assessment. After emailing the professor contact tech support. MAKEUPS OR ALLOWANCES WILL ONLY BE GIVEN FOR***

***SYSTEM ISSUES. If your internet or pc fails that is not something under the school's or instructor's control. It is your responsibility to make sure you are on a stable connection.***

**ANNOUNCEMENTS:** Finally, know that general class announcements will be posted using the **Announcements** tool discussed below. **Always check for new announcements posted by me. Be certain that you select "View: ALL" when using this tool.**

**Any questions about that covered above please feel free to contact me. The next page will start your course design, grades and outline – AKA the important stuff!**

**Class Assignments**

*- 2 Exams (2 x 100 points = 200 total points)*
Exams will be designed to test your knowledge of the lecture and readings. All readings, including textbook and additional readings. The general rule is: If I said or you read it its fair game.
Exams will have some combination of multiple choice questions. You MUST DOWNLOAD RESPONDUS LOCKDOWN BROWSER TO TAKE THE EXAM. Exam grades will be returned in a timely manner. There will be NO REVIEW SHEETS provided. Dates and times are in the course outline.

*- In Class Discussion (100 points x 3 = 300 points)*
Discussion will be done within forums. We will do a four discussion forums throughout the eight weeks. Each will be worth 100 points. You will be asked to actively engage with your peers while also showing a clear and complete understanding of the material. That means you show both detail and analysis. That means it is about quality and quantity.

Each discussion your answers to the posted discussion questions and deadlines for responses will be assigned within the content/discussion forum; pay attention to those times. Late submissions on the deadline to answer the posted questions will be docked 10 points automatically. AT LEAST TWO responses to fellow students that show further understanding and FURTHER the discussion will be required by Sunday at 9PM. Submissions that lack responses will be docked 30 points for not doing a significant portion of the assignment.

This is the writing portion of the course. Make sure you treat these as complete essays and answers. Some of these overlap with exams so plan accordingly. Also, check the module each week to find out the deadlines. The instructor reserves the rights to change deadlines when he sees fit.

*- Final Exam (200 points)*
The final will be a comprehensive examination of the class. It will cover any topics, readings presented in the course. The exam will be comprised of 100 questions that can be multiple choice, T/F, and fill in the blank. You will have 2 hours to take the exam.

**Course Grade Breakdown – Total points 1,000**
**700 - 630 = A**
**629 – 560 = B**
**559 - 490 = C**
**489 - 420 = D**
**419 – 0 = F**

**Course Outline & Readings**

**Week I**
*Topic I: Introductions/Environment and Texas* & Constitution
Readings: Chapters 1 & 2

*Topic II: Texas Constitution & Local Governments*
Readings: Chapter 3 & 10
Assignments: Discussion for week 1 and Exam 1 which opens Friday at 7AM and closes Sunday at 9PM

**Week II**
Topic III: Judiciary & Corrections
Readings: Chapter 9 & 13

Topic IV: Executive Branch, Legislature & Political Parties
Readings: Chapters 4, 7 & 8
Assignment: Discussion 2 on week 2; Exam II opens Thursday at 7AM and must be completed by Friday at 9PM. See module for instructions.

**Week III**
Topic V: Interest Groups & Elections
Readings: Chapter 5 & 6

Topic VI: Public Policy & Fiscal Policy
Readings: Chapter 11 & 12
Assignments: Discussion for week 3 – note the date in the class site.

**Final Exam**
Assignments: Final exam opens 12/31 at 7AM and must be completed by 1/2 at 7PM