1

**LONE STAR COLLEGE**
UNIVERSITY PARK

# Psychology 2314: Lifespan Development

| | |
|---|---|
| **Course Title** | Lifespan, Growth & Development |
| **Course Information** | Psychology 2314-6005, Spring 2016, 8 week I<br>Class Days/Times – Online<br>Classroom Location – Online |
| **Course Description** | A study of development from conception to death with emphasis on factors which influence growth and development. Consideration will be given to social, emotional, cognitive and physical growth and development at each period of the lifespan. Students who have taken PSYCH 2301 must have instructor permission to enroll in PSYC 2314.  For more details go to http://research.lonestar.edu/cat/catsrch.asp |
| **Credit Hours** | 3 Credit Hours |
| **Prerequisites** | PSYC 2301; ENGL 0305 or ENGL 0316 AND ENGL 0307 or 0326, OR higher level course (ENGL 1301), OR placement by testing. |
| **Instructor Information** | Professor – Nicole Stalnaker, MA<br>E-mail – nistalnaker@d2l.lonestar.edu<br>Blog – www.lonestar.edu/blogs/nistalnaker<br>Office – 13.808<br>Office Hours – By appointment online, please send an e-mail. |
| **Required Materials** | Textbook: *Developing a Person Through the Lifespan*, by Berger 9th Edition      ISBN# 978-1-4292-8381-6<br>Other course materials will be posted on LSC-Online (D2L) |
| **Course Overview** | This course will introduce students to the basics of human development, covering the entire lifespan, its various stages. We will discuss the physical, motor, cognitive, linguistic, moral, social, emotional developments in children, adolescents, and adults along with the theoretical foundations and current trends interlaced into them. We will use several resources—the textbook, scholarly/empirical research, internet resources, media, in-class discussions, at home projects, and other related readings throughout the semester.  College-level courses may include controversial, sensitive. and/or adult material. Students are expected to have the readiness for college-level rigor and content. |

**Student Learning Outcomes**

Upon successful completion of this course, students will:

1. Describe the stages of the developing person at different periods of the lifespan from birth to death.
2. Discuss the social, political, economic and cultural forces that affect the development process of the individual.
3. Identify factors of responsible personal behavior with regard to issues such as: sexual activity, substance abuse, marriage & parenting.
4. Explain the biosocial, cognitive, and psychological infleuences throughout the lifespan as an ongoing set of processes, involving both continuity and change.
5. Describe the different developmental perspectives of the major theories of development (i.e. cognitive, learning, humanistic and psychodynamic).
6. Identify examples of some of the cultural and ethnic differences that influence development throughout the lifespan.
7. Discuss the various causes or reasons for disturbances in the developmental process.

**In our efforts to prepare students for a changing world, students will be expected to utilize computer technology while enrolled in classes, certificate, and/or degree programs within LSCS.  The specific requirements are listed below:**

**Calendar**

A calendar covering the entire semester will be available on the course's homepage on D2L.

**Correspondence**

All communication for this course will occur via D2L e-mail.  Please compose these e-mails using complete sentences and no 'text-speak' (lol, idk).  You may address me in your e-mails as 'Professor/Instructor Stalnaker' and please use your full name in closing.  I will respond to your e-mails within 48 hours.

**Assignments**

Each will vary in objective and scope, but they will consist require critical thinking and reflecting on the material. Specific instructions regarding the assignments will be provided. There is no make up for weekly work, including Independent Study, thus it will not be accepted late regardless of reason.  Missed or late work will result in a zero.

**Using D2L**

We will be using D2L thoughout the semester as the main platform to access this course.  You are required to log into D2L at least twice a week.

**Online Discussions**

Each week there will be a topic assigned for the online discussion in which you will interact with your classmates and with the instructor. Although one topic is assigned, you may begin other topics in

Revised 1/2016

LSC - OCR 000026

different threads, if you have questions and/or comments for the class.

**Online Assignments**   If you do not turn in the assignments through the dropbox on D2L, you will receive a zero for the project.

**Video Sessions**   Videos (and other interactive media) will likely be viewed this semester. These films are at least adjacently relevant to the course material covered in class. Therefore, students are expected to be in attendance to view the film as they are responsible for the broad concepts covered in the film. *The videos shown may be rated R and contain adult language and other R-rated elements.* Should the nature of these videos be an issue in your viewing of the video, it is your responsibility to inform me of these concerns, to which I will address on a case-by-case basis.

**Department & Division Contact**   Department Chair:   Leslie LaPres, 281-290-5052
Leslie.r.LaPres@lonestar.edu
Dean of Instruction: Mark Curtis-Chavez, 281-290-2862
Mark.Curtis-Chavez@lonestar.edu

**GRADE DETERMINATION**

| | | | |
|---|---|---|---|
| Exams | 5 exams/6% each | 30% total |
| Assignments | 5 assignments/10% each | 50% total |
| Online Work | Weekly Assignments | 10% total |
| Discussions | Weekly Discussions | 10% total |

**LETTER GRADE ASSIGNMENT**

A = 89.5 – 100%
B = 79.5 – 89.4%
C = 69.5 – 79.4%
D = 59.5 – 69.4%
F = < 59.5%

4

**Tentative Instructional Outline:**

| Week Number | Activities and Assignment | Test/Assigments Due |
|---|---|---|
| 1 | | |
| PART I | The Beginning | |
| 2 | | |
| PART II | The First Two Years | Assignment A & Test #1 |
| 3 | | |
| PART III | Early Childhood | Assignment B |
| 4 | | |
| PART IV | Middle Childhood | Test #2 |
| 5 | | |
| PART V & VI | Adolescence & Emerging Adulthood | Assignment C & Test #3 |
| 6 | | |
| PART VII | Adulthood | Assignment D |
| 7 | | |
| PART VIII | Late Adulthood | Test #4 |
| 8 | | |
| EPILOGUE | Death & Dying | Assignment E & Test #5 |

**Fall 2016 Official Day Dates & 'W' Dates**

| Session | Sesn Begin Date | Sesn End Date | Official Day | Last Day to Drop |
|---|---|---|---|---|
| 3 Wk Mini | 12/14/15 | 1/3/16 | 12/15/15 | 12/28/15 |
| 4 Wk Mini | 12/14/15 | 1/10/16 | 12/16/15 | 1/4/16 |
| 8 Week 1 | 1/19/16 | 3/13/16 | 1/25/16 | 2/26/16 |
| 14 Wk 1 | 1/19/16 | 4/28/16 | 1/28/16 | 3/31/16 |
| Regular | 1/19/16 | 5/15/16 | 2/1/16 | 4/11/16 |
| 16 Wknd | 1/22/16 | 5/15/16 | 2/2/16 | 4/12/16 |
| 14 Wk 2 | 2/1/16 | 5/15/16 | 2/10/16 | 4/15/16 |
| 12 Week 1 | 2/15/16 | 5/15/16 | 2/23/16 | 4/19/16 |
| 8 Week 2 | 3/21/16 | 5/15/16 | 3/29/16 | 4/29/16 |

## Lone Star College-University Park Learning Center is committed to your success

**Your success is our primary concern!**  If you are experiencing challenges achieving your academic goals, please contact your instructor or an advisor.  We can provide assistance with academic needs, ADA accommodations, classroom difficulties, financial concerns, and other issues.

Revised 1/2016
LSC - OCR 000028

**Tutoring:** For all disciplines, please call 281.401.5388 for information on hours and location. The tutoring lab, reading/writing lab, and math lab can be found within the Learning Center in building 12, 8th floor.

**Counseling Services:** Counseling services are available to students who are experiencing difficulty with academic issues, selection of college major, career planning, disability accommodations, or personal issues.  Students may contact Student Services at 281.401.5311, in Building 13 Suite 260.  The website for LoneStar Student Services (which includes Disibility Services) is: http://www.lonestar.edu/student-services.htm

**The Assistive Technology Lab:**  The Assistive Technology Lab is available for students who benefit from its various technologies to convert text to speech, magnify items, convert text to Braille, etc.  For further information, please contact the Learning Center in building 12, 8th floor.

**Writing Lab:** Having strong writing skills helps students become successful not only in their academic lives, but also in their professional and personal lives.  With this goal in mind, the University Park Writing Center, located in the Student Learning Center, provides tutoring and additional services to help students strengthen their writing skills.  Students enrolled in <u>any course</u> that requires any type of writing can get individualized help at the Writing Center.

**Library:** The Lone Star College-University Park Library is located in building 12, 8th floor and contains information resources for both college students and community members.  Librarians are available to assist with research.  To contact a reference librarian, <u>uplibrary-ref@lonestar.edu</u>. For Library hours and contact information, please visit <u>http://www.lonestar.edu/library</u> .

## Lone Star College-University Park Campus and System Policies

**Six Drop Rule**
Students who enrolled in Texas public institutions of higher education as <u>first-time college students during the Fall 2007 term or later</u> are subject to section 51.907 of the Texas Education Code, which states that an institution of higher education may not permit a student to drop (withdraw with a grade of "W") from more than six courses, including courses that a transfer student has previously dropped at other Texas public institutions of higher education that have already been counted against their six drop limit.   Each student should fully understand this drop limit before you drop any course.  Please see a Counselor or Advisor in our Student Services area for additional information and assistance. This policy does not affect developmental or ESOL students.

**Withdrawal Policy**
Withdrawal from the course after the official day of record and prior to "W" Day, (see current catalog for this date) will result in a final grade of "W" on your transcript.  Instructor approval is necessary if you want to withdraw after official day.  No credit will be awarded for a course earning a "W."  If you stop attending class, you must withdraw at the registration office prior to "W" day.  If you stop attending class and do not officially withdraw, you will receive an "F" for the course.

**I Contracts**
"I" indicates an incomplete portion of the course and is designated for college-level courses. This mark is issued only when a serious illness or emergency that prevents a student from completing part of the course; additionally, the student must have completed at least 75% of the coursework

and have a passing grade.  A student who receives an "I" does not re-register for the course and must complete the course no later than the set due date not to exceed the end of the following fall or spring semester. The instructor must submit a signed "I" contract to the appropriate division; students will receive a copy of the contract following approval by the Dean or designee.

## Academic Integrity

The Lone Star College System upholds the core values of learning: honesty, respect, fairness, and accountability.  The system promotes the importance of personal and academic honesty.  The system embraces the belief that all learners – students, faculty, staff and administrators – will act with integrity and honesty and must produce their own work and give appropriate credit to the work of others.  Fabrication of sources, cheating, or unauthorized collaboration is not permitted on any work submitted within the system.

The consequences for academic dishonesty are determined by the professor, or the professor and academic dean, or the professor and chief student services officer and can include but are not limited to:
1. Having additional class requirements imposed,
2. Receiving a grade of zero or "F" for an exam or assignment,
3. Receiving a grade of "F" for the course,
4. Being withdrawn from the course or program,
5. Being expelled from the college system.

## Student Behavior Expectations

Students are expected to conduct themselves appropriately while on College property or in an online environment.  Students may receive disciplinary action up to and including suspension, if they violate System or College rules, disrupt classes, or interfere with the opportunity of others to obtain an education.  Students who pose a threat to the safety of others will be subject to immediate withdrawal from the classroom, campus environment, and/or online environment, as well as face subsequent criminal charges, as appropriate.  Please refer to the Student Code of Conduct located online at http://www.lonestar.edu/student-responsibilities.htm for additional information.

## Americans with Disabilities Act Statement

Lone Star College-University Park is dedicated to providing the least restrictive environment for all students.  We promote equity in academic access through the implementation of reasonable accommodations as required by the Vocational Rehabilitation Act of 1973, Title V, Section 504 and the Americans with Disabilities Act of 1990 (ADA) which will enable students with disabilities to participate in and benefit from all post-secondary educational activities.

Disability Services is located on the LSC University Park campus in building 13, Suite 200.  You may contact Disability Services at the following number: 281.401.5370.  Additional information may be accessed online at the following URL:  http://www.lonestar.edu/disability-services.htm

## Campus Safety and Security

Lone Star College System is committed to maintaining the safety of the students, faculty, staff, and guests while visiting one of our campuses.  See http://www.lonestar.edu/safety-nh.htm for details.  Register at http://www.lonestar.edu/12803.htm to receive emergency notifications.  In the event of an emergency, contact the police at 5911.

## Computer Virus Protection
Computer viruses are, unfortunately, a fact of life.  Using flash drives on more than one computer creates the possibility of infecting additional computers and flash drives with computer viruses. This exposes college computers, personal computers, and any other computers to potentially damaging viruses.  The college has aggressive anti-virus procedures in place to protect its computers, but cannot guarantee that a virus might not temporarily infect one of its machines.  It is your responsibility to protect all computers under your control and use and ensure that each flash drive you use,  wherever you use it, has been scanned with anti-virus software.

## Equal Opportunity Statement
It is the policy of the Lone Star College System to provide equal employment, admission and educational opportunities without regard to race, color, creed, national origin, gender, age, veteran's status, sexual orientation, or disability.

Lone Star Colleges strive to provide an excellent learning environment free from harassment or intimidation directed at any person's race, color, creed, national origin, gender, age, veteran's status, sexual orientation, or disability.  Any form of harassment will not be tolerated.

## FERPA
The academic, financial, and non-directory information on your student account is confidential and protected by the Family Educational Rights & Privacy Act (FERPA).  LSCS cannot release certain information to another person without your written authorization.  The Authorization to Release Student Information Form can be found at http://www.lonestar.edu/departments/admissions/ARC-011_FERPA_Privacy_Request.pdf

## Internet and E-mail
LSCS provides computing and network resources.  You are encouraged to use the computers, software packages, and electronic mail (e-mail) for educational or System-related activities and to facilitate the efficient exchange of useful information.  The equipment, software, and network capacities provided through the district computer services are the property of the System.  Use of the equipment and networks is to comport with the policies and procedures of the System and access may be denied to any student who fails to comply with the System's policies and procedures regarding its use.

Access to the System's e-mail and similar electronic communications systems are a privilege and certain responsibilities accompany that privilege.  All users are expected to demonstrate the same level of ethical and professional manner, as is required in face-to-face or written communications. Threatening, anonymous, or forged messages will be treated as a violation of this policy.

## Software Piracy
Law strictly prohibits unauthorized copying of software purchased by Lone Star College-University Park for use in laboratories.  Lone Star College-University Park administration will take appropriate disciplinary action against anyone violating copyright laws.

## Evaluation of Instruction
Lone Star College-University Park is committed to student success.  As part of its' institutional effectiveness efforts, our instructors are assessed in several ways.  For the continuous improvement of our instruction, all students are required to provide input for each course they take each semester using the Course Evaluations Questionnaire, which can be accessed online for

each course.  This occurs approximately half way through your course and your instructor will provide you more information on this process.  Once you evaluate your course, print and turn in the receipt of completion to your instructor.  The college deans review these evaluations each semester.  The deans and/or department chairs may visit each instructor's class at some time during the semester to observe the instructional environment being provided and complete an assessment of the instructor.

# LONE STAR COLLEGE TOMBALL

# Lone Star College-Tomball

Arts, Business, Behavioral Science & Social Sciences Division
**SOCI 1301- Online 8 Week 1**

| | |
|---|---|
| **INSTRUCTOR:** | Janie Filoteo, PhD |
| **OFFICE LOCATION:** | S204D |
| **OFFICE HOURS:** | Tuesday        9:30 – 2:30 |
| **E-MAIL:** | janie.filoteo@lonestar.edu |
| **OFFICE PHONE:** | 281.357.3683 |
| **COURSE TITLE:** | Principles of Sociology |
| **CATALOG DESCRIPTION:** | This course is an introduction to the basic elements of society. In looking at human behavior, this course includes an introduction to dynamics of society, culture, social groups, social institutions, socialization, social processes and social structure. |
| **CREDIT HOURS:** | 3 |
| **PREREQUISITES:** | Prerequisites: ENGL 0305 or ENGL 0365 or ENGL 0115 AND ENGL 0307 or ENGL 0375 or ENGL 0117 OR higher level course (ENGL 1301) OR placement by testing. ENGL 0309 or ENGL 0310 also meets prerequisite. |
| **SEMESTER AND YEAR:** | Spring 2016 |
| **SECTION NUMBER:** | 3010 (12377) |
| **CLASS DAYS AND TIME:** | Course begins January 19th |

**COURSE LEARNING OUTCOMES:**

- Compare and contrast the basic theoretical perspectives of sociology.
- Identify the various methodological approaches to the collection and analysis of data in sociology.
- Describe key concepts in sociology.
- Describe the empirical findings of various subfields of sociology.
- Explain the complex links between individual experiences and broader institutional forces.

**REQUIRED TEXTBOOKS:**

**[Books/A La Carte Edition]** of: Henslin, James M. 2014. *Sociology: A Down-to-Earth Approach 12th* edition. Upper Saddle River, New Jersey: Pearson Education, Inc.



## LONE STAR COLLEGE SYSTEM (LSCS)POLICIES

**WITHDRAWAL POLICY:**
Withdrawal from the course after the official day of record (see current catalog) will result in a final grade of "W" on the student transcript and no credit will be awarded. Prior to the official day of record, it is the student's responsibility to initiate and complete a request for withdrawal from any course failure to do so will result in an "F" rather than a "W" grade. *If you consider dropping this course during the semester, you might want to go to advising prior to dropping and get information about the Six-Drop Rule.* <u>The last day to drop this course and receive a "W" is February 26th.</u>

LSC - OCR 000033

**ACADEMIC INTEGRITY:**
The Lone Star College System upholds the core values of learning: honesty, respect, fairness, and accountability. We promote the importance of personal and academic honesty. We embrace the belief that all learners – students, faculty, staff and administrators – will act with integrity and honesty and must produce their own work and give appropriate credit to the work of others. No fabrication of sources, cheating, or unauthorized collaboration is permitted on any work submitted within the system.

Consequences for academic dishonesty to be determined by the professor, or the professor and Academic Dean, or the professor and Chief Student Services Officer can include but are not limited to: 1.) having additional class requirements imposed, 2.) receiving a grade of zero or "F" for an exam or assignment, 3.) receiving a grade of "F" for the course, 4.) being withdrawn from the course or program, 5.) being expelled from the college system.

In becoming a part of the academic community, students are responsible for honesty and independent effort. Failure to uphold these standards includes, but is not limited to, the following: plagiarizing written work or projects, cheating on exams or assignments, collusion on an exam or project, and misrepresentation of credentials or prerequisites when registering for a course.

Cheating includes looking at or copying from another student's exam, orally communicating or receiving answers during an exam, having another person take an exam or complete a project or assignment, using unauthorized notes, texts, or other materials for an exam, and obtaining or distributing an unauthorized copy of an exam or any part of an exam. Plagiarism means passing off as his/her own the ideas or writings of another (that is, without giving proper credit by documenting sources). Plagiarism includes submitting a paper, report or project that someone else has prepared, in whole or in part. If students combine their own thoughts with material written by other authors in projects, credit must be given to the creator that outside material using a format designated by their professor. Collusion is inappropriately collaborating on assignments designed to be completed independently. These definitions are not exhaustive.

**ADA STATEMENT:**
The Lone Star College System is dedicated to provide the least restrictive learning environment for all students. The college s system promotes equity in academic access through the implementation of reasonable accommodations as required by the Vocational Rehabilitation Act of 1973, Title V, Section 504 and the Americans with Disabilities Act of 1990 (ADA) which will enable students with disabilities to participate in and benefit from all post-secondary educational activities.

If you require reasonable accommodations because of a physical, mental, or learning disability, please notify the instructor of this course as soon as possible and preferably before the end of the first two weeks of class to arrange for reasonable accommodations.

**EQUAL OPPORTUNITY STATEMENT:**
Lone Star College System is committed to the principle of equal opportunity in education and employment. The system does not discriminate against individuals on the basis of race, color, gender, religion, disability, age, veteran status, nationality, sexual orientation, or ethnicity in the administration of its educational policies, admissions policies, employment policies, scholarship and loan programs, and other system or college administered programs and activities.

LSC - OCR 000034

### *Instructor guidelines and policies*

Welcome to Principles of Sociology – Online under the instruction of Janie Filoteo. My course relies on cooperative learning which refers here to those techniques and strategies that involve students in doing things and thinking about the things they are doing. Students will be engaged in completing tasks such as reading, discussing, problem-solving, critical thinking and writing. It is my hope to acquaint you with a new way or looking at the world and helping you apply this perspective in your everyday life which requires an open mind. Please do not hesitate to let me know if you have questions or concerns. I will make every reasonable effort to help you be successful in this course. I look forward to working with each of you through what I am sure will be a rewarding and enjoyable experience.

### *Course Requirements:*

In order to be successful in this course, there are some things you will need. The first if you must have a **strong writing style** since the communicative nature of a distance learning course relies heavily on writing. You must also have must have proficiency in Microsoft Word as well as internet access, and Adobe Acrobat Reader. For information on how to access Adobe Acrobat Reader please see the file "Start Here" found under the Course Information heading in the lessons tab. Prior to starting the course you must ensure compatibility between your computer and D2L. For technical assistance or login issues please call 1-866-614-5014. Aside from these technical issues, a distance learning course requires a student to be extremely motivated, organized, and above all, self-directed.

### *Attendance:*

This course is a distance education course which will not require any meetings on campus. All work will be completed online via D2L by the due date and time. It is the student's responsibility to ensure that they are checking into D2L several times a week to be aware of course updates. No late work will be accepted for any reason. *Note: Because this is a distance education course, the class will not "close" for holidays. However, please be aware of holidays and plan accordingly.*

### *Communication:*

**Our primary means of communication is email within D2L.** *In the event of an *emergency* and you are unable to access D2L or lonestar.edu, you may email me at filoteoj@yahoo.com. I must warn you that although my office phone is listed and you are welcome to leave me messages, I am not on campus during the summer months and therefore am not available to return your phone call in a timely manner if at all. **The quickest and best way to get a hold of me is by emailing me within D2L or via email.** When emailing me please be sure to include your name and the course in which you are enrolled. *Please also note: while the course does not "close" for the holidays since it is largely a self-directed course, do not take this to mean that I am completely available to you when you are accessing the course.*

### *Discussions and Exercises:*

Since the vitality of any course depends in part on class participation, students will be evaluated on class discussion and participation. Throughout the semester you will be asked to post responses to questions raised by the course material. Due to the structure of this course, you will see that these prompts are opened up on Mondays and require you to post your responses by the following **Tuesday or Thursday morning no later than 9 am CST as outlined in the syllabus.** Please note that these discussions and exercises will be closed at the due date and time specified and nothing posted after this time will be accepted. Refer to the Addendum entitled "Guidelines for Grading Discussions" for more information on grading. Additionally, the current setting for all discussions is that students must post before seeing the responses of classmates. If a student fails to submit a discussion or exercise, he/she will not be able to access discussion responses by the instructor or other students.

LSC - OCR 000035

_Exams:_
Exams will be opened by 9am CST four days prior to their due date (Thursdays for exams due on Tuesday) and **will remain open until their due date at 9 am CST**. Students will have this time frame in which to take exams. Exams will be multiple choice questions. Please note that while exams are obviously open note and open book, they are not meant to be collaborative in nature. In other words, each student is expected to act on the highest academic integrity and submit only work that is their own. Please note also that these exams are timed and will **require preparation prior** to commencing the exam. Students will be given forty five minutes to complete each exam. Under no circumstances will more time be allotted so it is important that students prepare for their exams prior to starting the exams. Note: _NO MAKE UP EXAMS WILL BE GIVEN FOR ANY CIRCUMSTANCE._ A grade of zero will be assigned for any student who misses an exam. Prior to starting the exam, be certain that you have the time to complete the exams and that all technology is working.

_Media Project and Assignments:_
There is one semester media project and other assignments by unit and detailed information concerning these submissions will be listed in the course. Please note that all assignments – whether projects, quizzes, or discussion posts are due at the time and date listed within in the syllabus. Note: _NO LATE ASSIGNMENTS WILL BE ACCEPTED FOR ANY REASON._ A grade of zero will be assigned for any student who misses an assignment.

_Classroom expectations:_
In a distance education course it is really important that students are aware of all due dates and times for course requirements. Please do not wait until the last minute to get your materials submitted in the event that the technology is down due to maintenance or other reasons. It is imperative that you are actively engaged in getting to know each other, keeping up with the materials, and most importantly participating in the discussions by offering **thoughtful comments**, questions, or alternative perspectives.

Please also note that is important to follow closely the due dates in the syllabus course calendar.

_*A word of caution_:

Some of the questions I raise may be difficult to answer. It is not my intent to be purposely provocative but to illustrate that the issues we will be discussing in this course are complex and to encourage you to think critically about these issues.

In a distance learning class where we cannot see the facial expressions or the gestures that accompany a statement, it is easy to misunderstand one another.

In addition, some of the ideas presented in this course may challenge some of your everyday assumptions. The ground rule is that we all do our best to treat each other with respect and always ask ourselves the intent of someone's comment or line of question. Reflect on the intent of the comment, rather than the emotion it produces, before responding.

LSC - OCR 000036

_Grade Determination:_

| | | | | | |
|---|---|---|---|---|---|
| **4 of 6 Discussions | 50 points each | = | 200 points | = | 40% |
| **4 of 5 Exams | 25 points each | = | 100 points | = | 20% |
| **4 of 5 Media Submissions | 25 point each | = | 100 points | = | 20 % |
| **10 of 12 Reflections | 5 points each | = | 50 points | = | 10% |
| **10 of 12 Exercises | 5 points each | = | 50points | = | 10% |
| | | | 500 points | | 100% |

**Please also note that there are more discussions, exercises, and exams assigned than are taken as part of the average. The lowest scores are dropped in certain categories as described above to allow for a "bad day" or other unexpected circumstance, whether due to technological issues or not.

_Letter Grade Assignment:_

| Letter Grade | Final Average in Percent | Letter Grade | Final Average in Percent |
|---|---|---|---|
| A | 100 – 90 | D | 69 – 60 |
| B | 89 – 80 | F | 59 – 0 |
| C | 79 – 70 | | |

_Student Progress:_

Students may determine their progress by dividing the number of points earned by the number of points attempted and multiplying the result by 100. For example, if a student has earned a total of 350 points, the grade he/she has earned is 350/500 = .70 *100 = 70 for a letter grade of C.

_Successful Students_

An A student will submit superior work and:
- be a prompt and regular attendant;
- participate actively and regularly in class discussion;
- offer thoughtful and perceptive responses to class discussion questions and assignments;
- participate actively and regularly in group work by offering ideas and asking questions while helping to keep the group on task;

A B student will submit good work and:
- be a prompt and regular attendant;
- participate actively and regularly in class discussion;
- demonstrate clear evidence of thought and planning to class discussion questions and assignments;
- participate actively and regularly in group work by offering ideas and asking questions;
- listen when others talk, both in groups and in class;

A C student will submit work that meets the minimum requirements:
- be a prompt and regular attendant;
- generally participate in group work by offering ideas and asking questions;
- listen when others talk, both in groups and in class;
- participate regularly in class discussion;

A D student will work that is underdeveloped, unintelligible, or does not meet the minimum requirements:
- be irregular in attendance and show a pattern of (unexcused) tardiness;
- rarely participate in group work by offering ideas and asking questions;
- disrupts the class with private conversations;
- offers no thoughtful responses to class discussion questions and assignments;
- not participate regularly in class discussion;

An F student will:
- be irregular in attendance and show a pattern of (unexcused) tardiness;
- sabotage group and class dynamics through distracting behaviors;
- offered rude or inappropriate or perhaps unintelligible responses to class discussion questions and assignments;
- not participate regularly in class discussion;

5 | P a g e

## Tentative Instructional Outline:

You are strongly encouraged to complete the readings before the beginning of the week for which they are assigned.  Timely completion of the readings will make lectures, videos, and discussions more meaningful and help you do well on the quizzes and the written assignments.  **The instructor reserves the right to change assignments listed in the course calendar upon notification of the class.**

**\*Please note all due times listed are in Central Standard Time.**

|  |  |  |  |
|---|---|---|---|
|  |  |  | **Unit I: What is Sociology?** |
|  |  | Readings: | Syllabus<br>"Sociological Imagination" in D2L<br>"How To Think Like a Sociologist" in D2L<br>Chapters 1, 2, 5, and portions of 4 |
|  |  | Lectures: | What is Sociology?<br>Theoretical Perspectives<br>How Sociologists Do Research<br>Culture |
| *Due* | *Thursday, Jan 21st 9am* | Exercises: | X1.  Syllabus Agreement |
| *Due* | *Tuesday, Jan 26th 9am* | Exercises: | X2.  Applying the Theories |
|  |  | Reflections: | R1.  What If?<br>R2.  Research Methods<br>R3.  Culture |
|  |  | Discussions: | D1.  Sociological Imagination<br>D2.  Cultural Diversity |
| *Due* | *Thursday, Jan 28th 9am* | Assignments:<br>Exams: | MP1. Unit I Submission<br>E1. Exam I |

LSC - OCR 000038

## Unit II: Social Groups and Social Control

|            |                        | Readings:    | Chapters 6, 7, 8, and portions of 3 and 4 |
|------------|------------------------|--------------|-------------------------------------------|
|            |                        | Lectures:    | Socialization<br>Societies to Social Networks<br>Groups & Formal Organizations<br>Deviance and Crime |
| *Due:*     | *Thursday, Feb 4th 9am* | Exercises:   | X3. Nature versus Nurture<br>X4. Role Conflict/Strain<br>X5. "Zimbardo Prison Experiment" |
|            |                        | Reflections: | R4. Socialization<br>R5. Rethinking Goffman<br>R6. Groups<br>R7. Bureauracy |
| *Due*      | *Tuesday, Feb 9th 9am* | Discussions: | D3. "What Would You Do?" |
| *Due:*     | *Thursday Feb 11th 9am* | Assignments:<br>Exams: | MP2. Unit II Submission<br>E2. Exam II |

## Unit III: Social Inequality

|            |                         | Readings:    | Chapters 9, 10, 11, and 12 |
|------------|-------------------------|--------------|----------------------------|
|            |                         | Lectures:    | Global Stratification<br>Stratification<br>Race and Ethnicity<br>Gender |
| *Due*      | *Thursday, Feb 18th 9am* | Exercises:   | X6. Status Symbols<br>X7. Occupation and Income<br>X8. Sorting People<br>X9. "Tough Guise" |
|            |                         | Reflections: | R8. Global Stratification<br>R9. Social Class<br>R10. Gender |
| *Due*      | *Tuesday, Feb 23rd 9am* | Discussions: | D4. "Food for Thought"<br>D5. Assimilation |
| *Due:*     | *Thursday, Feb 25th 9am* | Assignments:<br>Exams: | MP3. Unit III Submission<br>E3. Exam III |

LSC - OCR 000039

## Unit IV - Social Institutions

|  |  |  |
|---|---|---|
| | Readings: | Chapter 15, 16, 17, 18 |
| | Lectures: | The Family<br>Education<br>Other Institutions |
| *Due*   *Tuesday, Mar 1st 9am* | Exercises: | X10. "Can't Find Love"<br>X11. "Educating Sergeant Pantzke" |
| | Reflections: | R11. Families |
| | Discussions: | D6. Institutions |
| *Due*   *Thursday, Mar 3rd 9am* | Assignments:<br>Exams: | MP4. Unit IV Submission<br>E4. Exam IV |

## Unit V - Social Institutions

|  |  |  |
|---|---|---|
| | Readings: | Chapter 20, 21, and 22 |
| | Lectures: | Population and Urbanization<br>Social Change and Movements |
| *Due:*   *Tuesday, Mar 8th 9am* | Exercises:<br>Reflections: | X12. Sociology and You<br>R12. Population |
| *Due*   *Thursday, Mar 10th 9am* | Assignments:<br>Exams: | MP5. Unit V Submission<br>E5. Exam V |

LSC - OCR 000040

### *Addendum: Guidelines for Grading Discussions:*

#### *An "A" Discussion Must:*
- Be submitted on time
- Meet the length requirement
- Add to the discussion in a substantial manner
- Applies readings or lectures in a way that demonstrates understanding of course material
- Be free of errors in grammar or spelling
- Maintain a respectful tone

When responses are required, responses must:
- Be completed on time
- Be clear and polite
- Be relevant to posting
- Add to the discussion in a substantial manner based on *sociological* insight
- Maintain a respectful tone

#### *A "B" Discussion Must:*
- Be submitted on time
- Meet the length requirement
- Add to the discussion in a substantial manner
- Applies readings or lectures in a way that demonstrates understanding of course material
- Contains few errors in grammar or spelling
- Maintain a respectful tone

When responses are required, responses must:
- Be completed on time
- Be clear and polite
- Be relevant to posting
- Add to the discussion in a substantial manner based on *sociological* insight
- Maintain a respectful tone

#### *A "C" Discussion Must:*
- Be submitted on time
- Meet the length requirement
- Applies readings or lectures in a way that demonstrates understanding of course material
- Contains errors in grammar or spelling
- Maintain a respectful tone

When responses are required, responses must:
- Be completed on time
- Be clear and polite
- Be relevant to posting
- Add to the discussion in a substantial manner based on *sociological* insight
- Maintain a respectful tone

LSC - OCR 000041

_A "D" Discussion:_
- Be submitted on time
- Meet the length requirement
- Suggest a personal opinion or belief without applying readings or lectures
- Contains many errors in grammar or spelling
- Posting is disrespectful

When responses are required, responses are:
- Not posted on time
- Unclear or disrespectful
- A short reaction that does contribute to the topic or initiate further discussion based on _sociological_ insight

_An "F" Discussion:_
- Is not submitted on time
- Does not meet the length requirement
- Does not demonstrate understanding of course material
- Contains many errors in grammar or spelling
- Is disrespectful

When responses are required, responses:
- No submitted on time
- Are not clear and polite
- Are not relevant to posting
- Do not add to the discussion in a substantial manner based on _sociological_ insight
- Is disrespectful

LSC - OCR 000042

Welcome students!  I look forward to getting to know each of you as we explore this subject matter.  One thing you should know is that I greatly enjoy teaching and will work hard to ensure that this is a positive experience for all involved.  This can only be accomplished with your help.

Your first assignment due no later than the date stated in the syllabus to complete this agreement after carefully considering the expectations of this course as detailed in this syllabus.  You will complete it by copying and pasting (or re-typing) the paragraphs below into a discussion forum X1. Syllabus Agreement. Your post will serve as an electronic signature that you agree to the expectations of this course as outlined in this syllabus.

## AGREEMENT

### SOCI 1301 Principles of Sociology

I have read and understand the syllabus and the information it contains. I plan to adhere to and fulfill the

requirements and expectations of the course as listed and outlined in the syllabus. I agree to the terms and

conditions regarding expected behavior and grade assignment.  I understand that I must comply with the

policies and procedures for successful completion of the course.


I Agree,
Name

LSC - OCR 000043



# English 2333 - Survey of World Literature: Seventeenth Century through the Present

**Instructor Contact & Course Information**

| | |
|---|---|
| **Instructor:** | Dr. Lana Myers, Professor of English |
| **Email:** | lana.c.myers@lonestar.edu |
| **Office:** | Bldg. G, Second Floor, Room 221G |
| **Office Phone:** | 936-273-7053 (Face-to-face contact preferred.  Please visit me during office hours!) |
| **Office Hours*:** | - Monday & Wednesday 9:00-10:00 a.m. in G 221G |
| | -  Tuesday & Thursday 10:00-11:30 a.m. in G 221 G |
| | - *Also available by appointment |
| **Course Days/Times:** | Course delivered online via D2L: http://www.lonestar.edu/lsc-online/ |
| **Section:** | ENGL 2333.4001 |
| **Course Term:** | Spring 2016  //  January 19 – May 15, 2016 |

**Course Description:**

**English 2333 - Survey of World Literature: Seventeenth Century through the Present**

A survey of world literature from the seventeenth century to the present. Students will study works of prose, poetry, drama, and fiction in relation to their historical and cultural contexts. Texts will be selected from a diverse group of authors and traditions. (1601045213) Prerequisites: ENGL 1301 and 1302.

**Credit**
3 hours

**Prerequisites**
Placement by testing or completion of ENGL 0307 or 0356 or 0356 and ENGL 0305

**The Vocational Rehabilitation Act (1973)**
**The Americans with Disabilities Act (1990)**
These acts protect us against discrimination.  Therefore, if you require reasonable accommodations because of a physical, mental, or learning disability, notify the instructor of this course as soon as possible and preferably before the 7th hour of class.

Additionally, students with disabilities who believe that they need accommodations in this course are encouraged to contact the Disability Services Office at 936-273-7239 located in Building E, Office 103H, as soon as possible to better ensure that such accommodations are implemented in a timely fashion.

*EEOC Statement: LSC-Montgomery is committed to the principle of equal opportunity in education and employment. The college does not discriminate against individuals on the basis of race, color, gender, religion, disability, age, veteran status, national origin, sexual orientation, or ethnicity in the administration of its educational policies, admissions policies, employment policies, scholarship and loan programs, or other college administered programs and activities.*

**Learning Outcomes**

Upon successful completion of this course, students will:

- Identify key ideas, representative authors and works, significant historical or cultural events, and characteristic perspectives or attitudes expressed in the literature of different periods or regions.

- Analyze literary works as expressions of individual or communal values within the social, political, cultural, or religious contexts of different literary periods.

- Demonstrate knowledge of the development of characteristic forms or styles of expression during different historical periods or in different regions.

- Articulate the aesthetic principles that guide the scope and variety of works in the arts and humanities.

- Write research-based critical papers about the assigned readings in clear and grammatically correct prose, using various critical approaches to literature.

---

**Three Required Textbooks -- Volume D, E, and F:**

The Norton Anthology of World Literature, Volume D, Volume E, and Volume F, 3rd Edition, 2012
Puchner, General Editor, W.W. Norton & Company, Incorporated
ISBN-13: 978-0393933666  ISBN-10: 0393933660

Textbooks can be purchased, or rented, at our campus bookstore:  https://www.bkstr.com/Home/10001-10573-1?demoKey=d

Textbooks can also be purchased, or rented, from online vendors.
Ex: http://www.amazon.com/Norton-Anthology-Literature-Edition-Package/dp/0393933660/ref=sr_1_5?ie=UTF8&&qid=1358002189&sr=8-5&keywords=the+norton+anthology+of+world+literature%2C+d%2C+e%2C+f

---

**Required Supplies:**
- Daily access to a computer with high speed Internet access and recent versions of MS Word, MS PowerPoint, and Internet Explorer.

---

| Part 1 of General Information to help YOU | System Information |
|---|---|

**The System Academic Integrity Policy**
The Lone Star College System upholds the core values of learning: honesty, respect, fairness, and accountability. The system promotes the importance of personal and academic honesty. The system embraces the belief that all learners—students, faculty, staff, and administrators—will act with integrity and honesty and must produce their own work and give appropriate credit to the work of others. Fabrication of sources, cheating, or unauthorized collaboration is not permitted on any work submitted within the system.

The consequences for academic dishonesty are determined by the professor, or the professor and academic dean, or the professor and chief student services officer and can include but are not limited to:

1. Having additional class requirements imposed,
2. Receiving a grade of zero or "F" for an exam or assignment,
3. Receiving a grade of "F" for the course,
4. Being withdrawn from the course or program,
5. Being expelled from the college system.          (*LSCS Catalog 2014-2015*, 81

## Dr. Myers's Academic Integrity Policy:

**The consequences for plagiarizing** *(plagiarism is using the words or ideas of another person as if they were your own words or ideas)* **in Dr. Myers's class are as follows:**

**- *Assignments worth less than 50 points:***
Students who plagiarize any portion of an assignment worth less than 50 points will earn a ZERO on the plagiarized assignment. A revision opportunity will NOT be provided.

**- *Exams worth 50 points or more:***
Students who plagiarize any portion of their exam responses will earn a ZERO on the exam. A revision opportunity will NOT be provided.

**- *Essays worth 100 points:***
If the plagiarized assignment is an essay worth 100 points, the student will get an opportunity to revise the essay and earn up to half credit on the assignment. For example, a student could earn up to 50% ("F") on an essay worth 100% ("A"). Deadlines for the revision process will be determined by Dr. Myers.

Submitting an essay written for another class (without permission) is deliberate academic dishonesty. Every assignment submitted in this class should be 100% new and original unless permission is granted in advance from Dr. Myers.

### The Vocational Rehabilitation Act (1973)

And

### The Americans with Disabilities Act (1990)
These acts protect us against discrimination. Therefore, if you require reasonable accommodations because of a physical, mental, or learning disability, notify the instructor of this course as soon as possible and preferably before the 7th hour of class.

Additionally, students with disabilities at Montgomery College who believe that they need accommodations in this course are encouraged to contact in the Disability Services Office at 936-273-7239, located in Building C, in room 221 A as soon as possible to better ensure that such accommodations are implemented in a timely fashion. Vicky Saunders is the primary contact person there. E-mail her at Vicky.Saunders@lonestar.edu.

### Grade Assessment
The *LSCS Catalog 2014-2015* states on page 71 that "Course outcomes are provided in the faculty member's course syllabus to students at the beginning of each course. The evaluation of student course progress and the final grade are based on the degree of mastery of course outcomes."

Grade analysis for ENGL 1301 courses for Spring 2016 for LSC-Montgomery:

| | | |
|---|---|---|
| A | Excellent Performance | 90 – 100 |
| B | Good Performance | 80 – 89 |
| C | Acceptable Performance | 70 – 79 |
| D | | 60 – 69 |
| F | | 0 – 59 |

### Evaluations
Class evaluations will be available for students to complete through their student portals online for several weeks after mid-semester. The evaluation is part multiple choice and part comment. Instructors will not see these evaluations until after they turn in grades at the end of the semester

| Part 2 of General Information to help YOU | Montgomery Campus Information |
|---|---|

### Equal Opportunity Statement
Montgomery College is committed to the principle of equal opportunity in education and employment. The college does not discriminate against individuals on the basis of race, color, gender, religion, disability, age, veteran status, nationality, sexual orientation, or ethnicity in the administration of its educational policies, admissions policies, employment policies, scholarship and loan programs, or other college administered programs and activities.

### Counselors

Myers  4

Angela Martin, counselor for Building G in room 120 G, Angela.Martin@lonestar.edu , 936-273-7070.
This counselor can help you with academic and career advising or if you just want someone to talk to. Visit or call her or one of the other six campus counselors for advice and/or help with college or personal matters.

## Turnitin.com
Turnitin.com supports faculty in their quest to uphold academic integrity, and student coursework may be submitted to the scrutiny of the Turnitin software. Please, note that these submissions of assignments to Turnitin do not constitute an accusation or suspicion of plagiarism on the student's part.

## Tutoring at The Write Place and the language lab
The Write Place and the language lab can help you with studying practices as well as specific learning issues you may encounter in specific subjects. Also, you are able to receive one-on-one help with any part of the reading and writing processes from trained and friendly tutors. You can visit The Write Place on the first floor of the G building, room 103 or contact this lab at 936- 273-7055or at http://www.lonestar.edu/write-place.htm. Nathan Zingleman is the coordinator for The Write Place.

## Computer Access
You have access to computers with educational software in the library (F building), in the Extended Learning Center (ELC) on the second floor of Building C, and in The Write Place and hallways in G building. This campus is a wireless campus, meaning that if you have wireless technology on your computer, you can access the internet anywhere on campus. In the library and ELC, you can print documents paying 10 cents per page by using a card you can buy or by using your Lone Star Identification card.

## Library
With your free library number that you get with your student ID card, you may access books, journals, videos, and other materials from a wide selection of libraries. You may request materials from other libraries and pick them up at the Montgomery Campus library on the first floor of Building F. You may, also, work online through the library databases to access academic information for research you will do in your classes.

The library is a study-oriented quiet place where you may study alone or in a small study room with peers.

## Veterans Services:
To get information about Veteran services, see Terrance Hudson in C Building, office C221-B; call him at 936-273-7242; or e-mail him at Terrance.J.Hudson@lonestar.edu.

## Child Care
To get information about childcare, see Kasey Martinez in Building C. Ask for her at the Admissions
Desk, call her at 936-273-7452, or e-mail her at Kasey.L.Martinez@lonestar.edu .

## Transfer and Career Services
These two services are part of the TRAC Center (Transfer, Recruitment, and Careers), which is located in Building C in room 227 E.
Contact the Center at 936-271-6218 or www.LoneStar.edu/trac .

| Part 3 of General Information to help YOU | This Class Information |
| --- | --- |

## Attendance Policy and Dropping the Course
- Active participation in the course from the very first week of class is integral to your success in this online course. I will assess your participation prior to the "Official Day" (Monday, February 1, 2016) via the Discussions. *If you do not post on BOTH the Week # 1 and Week # 2 Discussions by their respective due dates, (see course calendar) I may drop you from the class for non-attendance*.

- After Monday, February 1, 2016, I will continue to assess your attendance on the Discussions. If you do not post on two consecutive, or non-consecutive, weekly discussions, I may drop you from the course for non-attendance.

- If you wish to drop the class after Monday, February 1, 2016, but you are out-of-town and you cannot visit the campus to fill-out the drop paperwork, please email me and formally request to be dropped from the course. In the email, be sure to identify your name, your section, and the reason that you wish to drop the course.

- *The last day to drop and receive a "W" (Withdraw) is* Monday, April 11, 2016. After that date, the course cannot be dropped under any circumstances.

- Please note that dropping the class, and / or earning a grade of "F" in the class, could negatively affect your financial aid status and standing in the college.

**Make-Up Work / Late Work:**
- Internet courses provide students with the flexibility to complete assignments on their own time, but students must understand that several assignments are due each week and due dates are firm.

- Further, technical problems are not a valid excuse for missing or tardy work. Students should attempt to submit their work 24-48 hours before it is due to avoid delays due to unexpected technical problems.

- In sum, LATE WORK WILL NOT BE ACCEPTED.

- The only exception to this rule are major essays worth 100 points or more. Essays will be accepted late with a 10% per week day (Monday-Friday) penalty per day late. After 10 week days (Monday-Friday), students will be given a zero on the major essay assignment. The last day a late essay will be accepted is the Monday PRIOR to finals week.

**Double-Checking that the Correct Assignments are Submitted to the Drop-Boxes:**
- Students should double-check all work submitted to a drop-box to ensure that the correct version of the assignment was submitted to the drop-box.

- The instructor will grade whatever version of the assignment was submitted. For example, if a rough draft was required, but an outline was submitted, the student will earn a zero on the rough draft assignment. Again, it is the student's responsibility to ensure that the correct version of the assignment was submitted.

- If a student realizes that he or she has submitted the wrong version of an assignment, he or she should email the instructor the correct version of the assignment within 1 hour of the due date.

**Instructor Meetings and Instructor Response Time:**
- As questions arise, I encourage students to visit me during office hours, or by appointment. My office hours are listed on the first page of the syllabus.

- If you cannot make arrangements to visit me on-campus, we can make an appointment to talk on the phone, or live chat via D2L.

- Generally, I will respond to emails within 24 hours during the weekdays; I will respond to emails within 48 hours on a weekend.

- Most short assignments will be graded and returned within one week. Long essays will be graded and returned within two-to-three weeks.

**Proper Format for Emailing the Instructor:**
- Please be sure to identify your name, class name, and class section in the "SUBJECT" line of your email. For example:   SUBJECT:   Janie Jones,   ENGL 1301.4035,   Essay # 2 Question

- Also, please remember that emails are not text messages! Your email should include: 1) A subject, 2) A greeting, 3) A detailed explanation of your question or comments, and 4) a polite closing.

- If you send me impolite, text-like emails, I will ask you to resend your email in the format listed above. So, please use the format listed above as required. An example is provided below.

**Example email message:**

| | |
|---|---|
| To: | Lana Myers |
| From: | Janie Jones |
| Subject: | Janie Jones,   ENGL 1301.4035, Essay # 2 Question |
| Dear Professor Myers, | |

Myers  6

I have a question about Essay # 2.   Your instructions note that three pages are required.  Is a minimum word count required as well?

Thank you for your time!

Janie Jones

**Assignment Due Dates:**
- Typically, weekly assignments are due by <u>Monday at 11:59 p.m.</u>, but there are a few exceptions to this rule. Please refer to the syllabus and the weekly "Message from Dr. Myers" in D2L to review any updates or changes.

- Students will be required to post their initial message on weekly Discussion Forums by <u>Thursday at 11:59 p.m.</u>  Students who do not post their initial message by Thursday at 11:59 p.m. will earn zero credit, or reduced credit, for that week's Discussion Forum.

**MLA Format for Assignments Submitted in this class:**
- Assignments submitted in this class must follow the MLA format provided below.
- If assignment are not submitted in the correct format, the student may receive reduced credit or ZERO credit.

  - o Double-space the text on all assignments
  - o Assignments should have a one inch margin - all around
  - o Use Times New Roman - regular (not bold) 12 point font
  - o Assignments should have centered titles.  For essays, develop a creative, original title. (Ex. NOT "Essay #1")
  - o Do not add extra lines between paragraphs
  - o RIGHT HEADER: Number all pages on the top, right of each page with your last name and the page number (Ex. Gonzalez 2).
  - o LEFT HEADER: Header on the top, left of page should include (double spaced): student name, instructor name, class name, and date.
  - o The left header should be on the first page of the essay only.
  - o Write in the present tense (except when referring to specific historical details)
  - o Write in the third person point of view (avoid first/second person use of:  "I," "me," "we," "us," "you," "your," etc.)

**Assignment Format Example – MLA Style:**

*1'' margins all around*

Student Name                                                     Student's Last Name  1

Instructor Name

ENGL 2333.section number

Date

Center the Title of the Assignment – Capitalize Important Words

Indent each paragraph 5 spaces  xxxxxxx xx xx xxx xxx xxxxxxxxxxxx xxx x x xx x  xxxxxx

Use Times 12 font  xxxxx xx xxxxxx x xxxx xx x xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx xxxxxxxxx x

xx xxx xxxxxxxxxxxxxx xxx x xx x xxxxxxxxxxxxxxxxxx xx xxx xxxxxxxxxxxxx x xxxxxxxxxxxxxx

x xxx x xxx x x xxxxxxx xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx xx xxxxxxxxxxxxxxxxxxx xxxxxxxxxxxxx xx

**Changes to Assignment Schedule and Course Policies:**
The instructor reserves the right to update the course policies, assignments, and schedule at any time. Changes may be made throughout

LSC - OCR 000049

Myers  7

the semester.  It is the student's responsibility to keep up with changes as they are announced.

**Additional Contacts:**
Discuss any course questions or concerns you have with your instructor as they arise.  The instructor's contact information is listed on the first page of the syllabus.

- **LSC-Montgomery, BELS Division, English Department Chair:**
  - Beverley Turner, Chair of English and Developmental English, Beverley.C.Turner@lonestar.edu

- **LSC-Montgomery, BELS Division, Counselor:**
  - Angela Martin, Angela.R.Martin@lonestar.edu

- **LSC-Montgomery, BELS Division, Deans:**
  - Dr. Brandy Harvey, Brandy.A.Harvey@lonestar.edu

| This Course's Core Foundational Component Areas | |
|---|---|
| **Critical Thinking Skills:**<br>Creative thinking<br>Innovation<br>Inquiry<br>Analysis, evaluation, and synthesis of information | **Communication Skills:**<br>Effective written, oral, and visual communication |

**Grading Scale:**
- The evaluation of a student's course progress and final grade is based upon the degree of mastery and of course outcomes. The grade breakdown for this class is as follows:

| ASSIGNMENT | POINTS | PERCENTAGE VALUE |
|---|---|---|
| Discussion Forum Postings<br>(15 Forums x 10 points each = 150 points) | 150 points | 15% |
| Reader Responses  - 1 ½ pages, 450 words each<br>(15 Responses x 10 points each = 150  points) | 150 points | 15% |
| Midterm Exam (Covering Week 1-7 Readings and Materials) | 150 points | 15% |
| Final Exam   (Covering Week 8-15 Readings and Materials) | 150 points | 15% |
| Essay 1 – three pages, 900 words, documented research required | 100 points | 10% |
| Essay 2 – five pages, 1,500 words, documented research required | 100 points | 10% |
| Essay 1 and 2 Pre-Writing and Post-Writing Assignments<br>(Reflections, outlines, drafts, peer review, annotated bibliographies, research notes, and revision assignments) | 100 points | 10% |
| Unannounced Quizzes<br>(6 Quizzes x 10 points each / lowest 1 quiz grade will be dropped) | 50 points | 5% |
| Development of Images / Presentations  (3 Images x 15-20 points each = 50 points) | 50 points | 5% |
| Extra Credit – Assignments TBA | Up to 10 points | 1% Extra Credit |
| TOTAL | 1,000 points | 100% |

Myers  8

**Grading Scale:**

| | | |
|---|---|---|
| 90-100% | (900-1,000 points) | A |
| 80-89% | (800-899 points) | B |
| 70-79% | (700-799 points) | C |
| 60-69% | (600-699 points) | D (Course may not apply towards degree requirements or transfer to universities) |
| 0-59% | (599 or lower) | F (Failure) |

**Course Calendar** *(Due dates, activities, and assignments may be adjusted at the instructor's discretion)*

| Spring 2016 – ENGL 2333 Online | |
|---|---|
| **Week 1**<br>Tuesday, Jan. 19 –<br>Monday, Jan. 25 | *Spring 2016 Classes Begin Tuesday, January 19, 2016*<br><br>*Week # 1 assignments due: by Monday, January 25, 2016 by 11:59 p.m.*<br><br>**ASSIGNMENTS**<br>1. Purchase, or rent, textbooks.  See page 2 of the syllabus for textbook information.<br>2. Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday, Aug. 31 at 11:59 p.m. (10 pts)<br>3. Reader Response due by Monday, Aug. 31  at 11:59 p.m. (10 pts)<br>4. Syllabus Quiz due by Monday Aug. 31  at 11:59 p.m. (10 points)<br><br>**READINGS**<br>1. *The Enlightenment in Europe and the Americas* p. 91-99 (Volume D)<br>2. *What is Enlightenment?* p. 101-104 (Volume D)<br>3. *What is Enlightenment?* by Kant p. 105-109 (Volume D)<br>4. *The Discourse on Method* by Descartes p. 110-113 (Volume D)<br>5. TBA - Additional readings / literary criticisms posted online |
| **Week 2**<br>Tuesday, Jan. 26 –<br>Monday, Feb. 1 | *Monday, February 1, 2016 – Official Day*<br><br>**ASSIGNMENTS**<br>1. Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts)<br>2. Reader Response due by Monday at 11:59 p.m. (10 pts)<br>3. Essay # 1 Reflection Due by Monday at 11:59 p.m. (10 pts)<br><br>**READINGS**<br>1. From *A Vindication of the Rights of Woman* by Wollstonecraft p. 133-136 (Volume D)<br>2. *Tartuffe* by Moliere p. 141-197 (Volume D)<br>3. TBA - Additional readings / literary criticisms posted online |
| **Week 3**<br>Tuesday, Feb. 2 –<br>Monday, Feb. 8 | **ASSIGNMENTS**<br>1. Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts)<br>2. Reader Response due by Monday at 11:59 p.m. (10 pts)<br>3. Essay # 1 Outline Due by Monday at 11:59 p.m. (10 pts) |

| | |
|---|---|
| | **READINGS**<br>1. *A Modest Proposal* by Swift p. 265-269 and p. 315-320 (Volume D)<br>2. *An Essay on Man* by Pope p. 321-325 and p. 344-351 (Volume D)<br>3. TBA - Additional readings / literary criticisms posted online |
| **Week 4**<br>Tuesday, Feb. 9 –<br>Monday, Feb. 15 | **ASSIGNMENTS**<br>1. Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts)<br>2. Reader Response due by Monday at 11:59 p.m. (10 pts)<br>3. Image / Presentation # 1 due by Monday at 11:59 p.m. (15 points)<br>**4.** Essay # 1 Research Notes Due by Monday at 11:59 p.m. (10 pts)<br><br>**READINGS**<br>1. *Early Modern Chinese Vernacular Literature* p. 415 – 420 (Volume D)<br>2. The Story of the Stone by Cao Xueqin p. 517-521 and p. 521-583 (Volume D)<br>3. TBA - Additional readings / literary criticisms posted online |
| **Week 5**<br>Tuesday, Feb. 16 –<br>Monday, Feb. 22 | **ASSIGNMENTS**<br>1. Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts)<br>2. Reader Response due by Monday at 11:59 p.m. (10 pts)<br>3. Essay # 1 Draft (One page) Due by Monday at 11:59 p.m. (10 pts)<br><br>**READINGS**<br>1. *Preface* p. xiii – xxi (Volume E)<br>2. *An Age of Revolutions in Europe and the Americas* p. 3-15 (Volume E)<br>3. *Revolutionary Contexts* p. 17 (Volume E)<br>4. *U.S. Declaration of Independence* by Jefferson p. 18-21 (Volume E)<br>5. *The Prelude by Wordsworth* p. 40-43 (Volume E)<br>6. TBA - Additional readings / literary criticisms posted online |
| **Week 6**<br>Tuesday, Feb. 23 –<br>Monday, Feb. 29 | **ASSIGNMENTS**<br>1. Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts)<br>2. Reader Response due by Monday at 11:59 p.m. (10 pts)<br>3. Essay # 1 Final Version due by Monday at 11:59 p.m. (100 points)<br><br>**READINGS**<br>1. *Narrative of the Life of Frederick Douglass, An American Slave* by Douglass p. 231-291 (Volume E)<br>2. TBA - Additional readings / literary criticisms posted online |
| **Week 7**<br>Tuesday, March 1 –<br>Monday, March 7 | **ASSIGNMENTS**<br>1. Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts)<br>2. Reader Response due by Monday at 11:59 p.m. (10 pts)<br>3. Midterm Exam over Week 1-7 Readings due by Monday at 11:59 p.m. (150 pts)<br><br>**READINGS**<br>**1.** *Bartleby the Scrivener* by Melville p. 293-310 (Volume E)<br>2. *Romantic Poets and Their Successors* p. 322-325 (Volume E)<br>3. From *Songs of Innocence, The Lamb, The Little Black Boy, Holy Thursday, The Chimney Sweeper,* and from *Songs of Experience* by Blake p. 330-338 (Volume E)<br>4. TBA - Additional readings / literary criticisms posted online |
| **Week 8** | |

| Tuesday, March 8 –<br>Monday, March 14 | **ASSIGNMENTS**<br>1. Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts)<br>2. Reader Response due by Monday at 11:59 p.m. (10 pts)<br>3. Essay # 2 Reflection Due by Monday at 11:59 p.m. (10 pts)<br>4. Image / Presentation # 2 due by Monday at 11:59 p.m. (15 points)<br><br>**READINGS**<br>1. *Lines Composed a Few Miles Above Tintern Abbey, Composed Upon Westminister Bridge,* and *The World is too Much With Us* by Wordsworth p. 345-348,  p. 351-354, and p. 359 (Volume E)<br>2. *The Rime of the Ancient Mariner by* Coleridge p. 363-379 (Volume E)<br>3. TBA - Additional readings / literary criticisms posted online |
|---|---|
| | **Spring Break March 14 – 18, 2016** |

| **Week 9**<br>Tuesday, March 22 –<br>Monday, March 28 | *Friday, March 25 – Spring Holiday – College Closed*<br><br>**ASSIGNMENTS**<br>1. Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts)<br>2. Reader Response due by Monday at 11:59 p.m. (10 pts)<br>3. Essay # 2 Outline Due by Monday at 11:59 p.m. (10 pts)<br><br>**READINGS**<br>1. From *Song of Myself*, *When Lilacs Last in the Dooryard Bloom'd,* and *O Captain!  My Captain!* by Whitman p. 446-453 and p. 458-465 (Volume E)<br>2. Various Poems by Dickinson P. 480-490 (Volume E)<br>3. *After Death, Winter: My Secret,* and *Goblin Market* by Rossetti p. 490-504 (Volume E)<br>4. TBA - Additional readings / literary criticisms posted online |
|---|---|
| **Week 10**<br>Tuesday, March 29 –<br>Monday, April 4 | **ASSIGNMENTS**<br>1. Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts)<br>2. Reader Response due by Monday at 11:59 p.m. (10 pts)<br>3. Essay # 2 Research Notes Due by Monday at 11:59 p.m. (10 pts)<br><br>**READINGS**<br>1. *At the Crossroads of Empire: Vietnam, India, and China* p. 537-546 (Volume E)<br>2. *Married Life* and *Legal Rights* by Ramabai p. 611-623 (Volume E)<br>3. *Realism Across the Globe* p. 625-630 (Volume E)<br>4. *Hedda Gabler* by Ibsen p. 778-838 (Volume E)<br>5. TBA - Additional readings / literary criticisms posted online |
| **Week 11**<br>Tuesday, April 5 –<br>Monday, April 11 | *Monday, April 11, 2016 – Last day to drop and receive a "W" (withdraw)*<br><br>**ASSIGNMENTS**<br>1. Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts)<br>2. Reader Response due by Monday at 11:59 p.m. (10 pts)<br>3. Essay # 1 Revision due by Monday at 11:59 p.m. (10 points)<br>4. Essay # 2 Annotated Bibliography Due by Monday at 11:59 p.m. (10 pts)<br><br>**READINGS** |

| | |
|---|---|
| | 1.  *Preface* p. xv-xxiii (Volume F)<br>2.  *Modernity and Modernism* p. 3-13 (Volume F)<br>3.  *The Tattooer* by Jun'Ichiro p. 78-84  (Volume F)<br>4.  *The Metamorphosis* by Kafka p. 207-241  (Volume F)<br>5.  TBA - Additional readings / literary criticisms posted online |
| **Week 12**<br>Tuesday, April 12 –<br>Monday, April 18 | **ASSIGNMENTS**<br>1.  Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts)<br>2.  Reader Response due by Monday at 11:59 p.m. (10 pts)<br>3.  Essay # 2 Draft (one page) Due by Monday at 11:59 p.m. (10 pts)<br>4.  Image / Presentation # 3 due by Monday at 11:59 p.m. (20 points)<br><br>**READINGS**<br>1.  *Six Characters in Search of an Author* by Pirandello p. 260-303 (Volume F)<br>2.  *Barn Burning* by Faulkner p. 371-387 (Volume F)<br>3.  TBA - Additional readings / literary criticisms posted online |
| **Week 13**<br>Tuesday, April 19 –<br>Monday, April 25 | **ASSIGNMENTS**<br>1.  Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts)<br>2.  Reader Response due by Monday at 11:59 p.m. (10 pts)<br><br>**READINGS**<br>1.  *The Dead* by Joyce p. 174-207  (Volume F)<br>2.  *The Love Song of J. Alfred Prufrock* by Eliot p. 537-544 (Volume F)<br>3.  *Tonight I can Write…, Walking Around*, and *I'm Explaining a Few Things* by Neruda 583-589 (Volume F)<br>4.  TBA - Additional readings / literary criticisms posted online |
| **Week 14**<br>Tuesday, April 26 –<br>Monday, May 2 | **ASSIGNMENTS**<br>1.  Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts)<br>2.  Reader Response due by Monday at 11:59 p.m. (10 pts)<br>3.  Essay # 2 Final Version due by Monday at 11:59 p.m. (100 pts)<br><br>**READINGS**<br>1.  *Postwar and Postcolonial Literature* p. 671-675 (Volume F)<br>2.  *Notes of a Native Son* by Baldwin *p. 735-751* (Volume F)<br>3.  *Endgame* by Beckett *p. 763-795* (Volume F)<br>4.  TBA - Additional readings / literary criticisms posted online |
| **Week 15**<br>Tuesday, May 3 –<br>Monday, May 9 | **ASSIGNMENTS**<br>1.  Initial Discussion Forum posting due by Thursday; final Discussion Forum postings due by Monday at 11:59 p.m. (10 pts)<br>2.  Reader Response due by Monday at 11:59 p.m. (10 pts)<br><br>**READINGS**<br>1.  *Death Constant Beyond Love* by Marquez p. 986-993 (Volume F)<br>2.  *Recitatif* by Morrison p. 1172-1187 (Volume F)<br>3.   *Drown* by Diaz p. 1240-1249 (Volume F)<br>4.  TBA - Additional readings / literary criticisms posted online |
| **Week 16**<br>Final Exam due by:<br><u>Tuesday, May 10</u> | **FINAL EXAM WEEK** |

Myers  12

| | **ASSIGNMENT**<br>1.  Final Exam over Week 8-15 Readings due by <u>Tuesday, May 10th at 11:59 p.m.</u>  (150 points) |
|---|---|

LSC - OCR 000055

# Exhibit C

**Dassey, Valentina**

| | |
|---|---|
| **From:** | Lue King, Kristin A |
| **Sent:** | Tuesday, January 12, 2016 3:55 PM |
| **To:** | Michael Moates |
| **Cc:** | Dassey, Valentina; Lue King, Kristin A |
| **Subject:** | Returning your call |

Good Afternoon, Mr. Moates –

Thank you for returning my call today and for agreeing for me to copy Val Dassey on this e-mail communication.

As we discussed, I would like to ensure we have a good amount of time to discuss your request to have your accommodations reviewed and revised. For this reason, we agreed that I will be calling you tomorrow morning (January 13, 2016) at 10:00 am at this number: 817-880-4326. I have this appointment in my calendar.

I look forward to talking with you more tomorrow!

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
5000 Research Forest
The Woodlands, TX 77381
Desk Phone: 832-813-6633

1

## Dassey, Valentina

| | |
|---|---|
| **From:** | Lue King, Kristin A |
| **Sent:** | Wednesday, January 13, 2016 11:11 AM |
| **To:** | Michael Moates |
| **Cc:** | Dassey, Valentina; Lue King, Kristin A |
| **Subject:** | RE: Returning your call |
| **Attachments:** | MM_1-13-16_AccomLtr.pdf |

Good Morning, Michael –

Thank you for agreeing to help us keep Val Dassey aware of our progress in setting up accommodations for the Spring 2016 semester. I have copied Ms. Dassey on this e-mail, as we discussed.

Attached, please find a first attempt at writing out the accommodations we discussed today.

The accommodations on the attached letter are also included below:

- No penalty for spelling errors (Exception: Where such skills are factors that the assessment purports to measure.
- Extended time for exams and in-class assignments at double time (with the option of going to the Testing Center for students at or near a campus).
- Use of digital or human reader for exams.
- Use of supplementary aid on exams and quizzes – standard English dictionary. (Exception: Where such skills are factors that the assessment purports to measure,)
- Speech to text software.

- With this note:
  - Instructors, please refrain from detracting points for spelling, grammar, and sentence structure, except when these are the skills that the activity purports to measure.

As we discussed, I will have a conversation with a coworker with a technology background to learn more about the kinds of accommodations we can provide when browsers are set in a "lockdown" mode for an exam.

Please review the attached document. Please let me know your thoughts when talk again tomorrow. I will call you for our follow up discussion tomorrow at 1:00 pm at this number: 817-880-4326.

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633


**From:** Lue King, Kristin A
**Sent:** Tuesday, January 12, 2016 3:55 PM
**To:** mmoates@my.lonestar.edu
**Cc:** Dassey, Valentina; Lue King, Kristin A
**Subject:** Returning your call

Good Afternoon, Mr. Moates –

1

Thank you for returning my call today and for agreeing for me to copy Val Dassey on this e-mail communication.

As we discussed, I would like to ensure we have a good amount of time to discuss your request to have your accommodations reviewed and revised. For this reason, we agreed that I will be calling you tomorrow morning (January 13, 2016) at 10:00 am at this number: 817-880-4326. I have this appointment in my calendar.

I look forward to talking with you more tomorrow!

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
5000 Research Forest
The Woodlands, TX 77381
Desk Phone: 832-813-6633

2



# Disability Services Classroom Accommodations

**Date:** *1/13/2016*          **Semester:** *SPRING*          **Calendar Year:** *Fall 2015 to Summer 2016*

**STUDENT INFORMATION:**
Student ID   7326786          **First Name:** *Michael*          **Last Name:** *Moates*

The above named student is enrolled in your course. She/he has been identified as a student with a disability who qualifies for support services as outlined in the federal guidelines of: Section 504 of the Rehabilitation Act of 1973; The Americans with Disabilities Act of 1990; and the ADAA of 2009. This student's disability will require some accommodation(s). The accommodation(s) is to help the student compensate for his/her disability, not to provide an unfair advantage or change course requirements. The accommodation(s) that will be needed are listed below:

**Disability Services Representative:** *Kristin Lue King*

**Phone:** *832-813-6633*          **E-mail:**          *Kristin.A.LueKing@lonestar.edu*

## ACCOMMODATIONS - Assessment

- No penalty for spelling errors  (Exception: Where such skills are factors that the assessment purports to measure)
- Extended time for exams and in-class assignments at double time (with the option of going to the Testing Center for students at or near a campus)
- Use of digital or human reader for exams

- Use of supplementary aid on exams and quizzes - standard English dictionary.  (Exception:  Where such skills are factors that the assessment purports to measure)
- 
- 

## ACCOMMODATIONS - Assistive Technolo

- Speech to text software
- 
- 
- 
- 

LSC - OCR 000059

*ACCOMMODATIONS - Classroom Instruction*

- 
- 

*ACCOMMODATIONS - Classroom Environment*

- 

*ACCOMMODATIONS - Interpreting and Captioning*

- 

*ACCOMMODATIONS - Other*

- Additional accommodation:

*Instructors, please refrain from detracting points for spelling, grammar, and sentence structure, except when these are the skills that the activity purports to measure.*

Students should request alternative formatting for textbooks (including audio books) from the Assistive Technology Lab. However, the instructor may be responsible for providing enlarged print/additional printed material (i.e. PowerPoint presentations, handouts). Students should consult with instructor regarding specific needs. You and the student should meet to discuss the course requirements and accommodation(s). Should any revisions need to be made, please contact the named counselor listed above. These services commence from the time the student submits the form to the instructor. They are not retroactive.

Instructor, please review, sign and date this form and return to the counselor indicated below:

**Authorized Rep/Room:** *Kristin Lue King - System Office, The Woodlands*

For a list of additional Faculty Resources, please use the following website link:

  http://www.lonestar.edu/faculty-resources-disability.htm

| **Student** | **Date** |
|---|---|
| *Instructor* | **Date** |
| *Authorized By:* | *Date* |

## Dassey, Valentina

| | |
|---|---|
| **From:** | Lue King, Kristin A |
| **Sent:** | Thursday, January 14, 2016 1:24 PM |
| **To:** | Michael Moates |
| **Cc:** | Dassey, Valentina |
| **Subject:** | RE: Returning your call |

Good Afternoon, Michael –

I hope you are doing well today. I did try to contact you at the number below 1:00 pm for our scheduled call, and again at 1:15 pm. Both times, I heard a message saying that the caller is unavailable, and I was invited to call back later. I was not able to leave a message.

I will be available until 3pm today, and I will be in the office (although in meetings sometimes) tomorrow between 8:00 am and 5:00 pm. Please give me a call at your convenience, and we can finalize your accommodations for the Spring 2016 semester. If you do get my voice mail, please leave a message and I will return your call as soon as possible.

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633

**From:** Lue King, Kristin A
**Sent:** Wednesday, January 13, 2016 11:11 AM
**To:** mmoates@my.lonestar.edu
**Cc:** Dassey, Valentina; Lue King, Kristin A
**Subject:** RE: Returning your call

Good Morning, Michael –

Thank you for agreeing to help us keep Val Dassey aware of our progress in setting up accommodations for the Spring 2016 semester. I have copied Ms. Dassey on this e-mail, as we discussed.

Attached, please find a first attempt at writing out the accommodations we discussed today.

The accommodations on the attached letter are also included below:

- No penalty for spelling errors (Exception: Where such skills are factors that the assessment purports to measure.
- Extended time for exams and in-class assignments at double time (with the option of going to the Testing Center for students at or near a campus).
- Use of digital or human reader for exams.
- Use of supplementary aid on exams and quizzes – standard English dictionary. (Exception: Where such skills are factors that the assessment purports to measure,)
- Speech to text software.

- With this note:
  - Instructors, please refrain from detracting points for spelling, grammar, and sentence structure, except when these are the skills that the activity purports to measure.

1

As we discussed, I will have a conversation with a coworker with a technology background to learn more about the kinds of accommodations we can provide when browsers are set in a "lockdown" mode for an exam.

Please review the attached document. Please let me know your thoughts when talk again tomorrow. I will call you for our follow up discussion tomorrow at 1:00 pm at this number: 817-880-4326.

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633


**From:** Lue King, Kristin A
**Sent:** Tuesday, January 12, 2016 3:55 PM
**To:** mmoates@my.lonestar.edu
**Cc:** Dassey, Valentina; Lue King, Kristin A
**Subject:** Returning your call

Good Afternoon, Mr. Moates --

Thank you for returning my call today and for agreeing for me to copy Val Dassey on this e-mail communication.

As we discussed, I would like to ensure we have a good amount of time to discuss your request to have your accommodations reviewed and revised. For this reason, we agreed that I will be calling you tomorrow morning (January 13, 2016) at 10:00 am at this number: 817-880-4326. I have this appointment in my calendar.

I look forward to talking with you more tomorrow!

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
5000 Research Forest
The Woodlands, TX 77381
Desk Phone: 832-813-6633

2

## Dassey, Valentina

| | |
|---|---|
| **From:** | Michael Moates |
| **Sent:** | Saturday, January 16, 2016 4:31 AM |
| **To:** | Lue King, Kristin A |
| **Cc:** | Dassey, Valentina |
| **Subject:** | Re: Returning your call |

Kristin,

I am terribly sorry I have had some phone issues this week. I looked at the documentation and I am grateful for your help. I like what we have. I wanted to ask if requesting a different exam format such as multiple choice or true false would be an option instead of essay's? Can we say digital dictionary in case the exam is recorded on lockdown browser? How will I use the speech to text software in lockdown browser?

Respectfully,

Michael Moates

---

**From:** Lue King, Kristin A <Kristin.A.LueKing@lonestar.edu>
**Sent:** Thursday, January 14, 2016 1:24 PM
**To:** Michael Moates
**Cc:** Dassey, Valentina
**Subject:** RE: Returning your call

Good Afternoon, Michael –

I hope you are doing well today. I did try to contact you at the number below 1:00 pm for our scheduled call, and again at 1:15 pm. Both times, I heard a message saying that the caller is unavailable, and I was invited to call back later. I was not able to leave a message.

I will be available until 3pm today, and I will be in the office (although in meetings sometimes) tomorrow between 8:00 am and 5:00 pm. Please give me a call at your convenience, and we can finalize your accommodations for the Spring 2016 semester. If you do get my voice mail, please leave a message and I will return your call as soon as possible.

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633

**From:** Lue King, Kristin A
**Sent:** Wednesday, January 13, 2016 11:11 AM
**To:** mmoates@my.lonestar.edu
**Cc:** Dassey, Valentina; Lue King, Kristin A
**Subject:** RE: Returning your call

1

LSC - OCR 000063

Good Morning, Michael –

Thank you for agreeing to help us keep Val Dassey aware of our progress in setting up accommodations for the Spring 2016 semester. I have copied Ms. Dassey on this e-mail, as we discussed.

Attached, please find a first attempt at writing out the accommodations we discussed today.

The accommodations on the attached letter are also included below:

- No penalty for spelling errors (Exception: Where such skills are factors that the assessment purports to measure.
- Extended time for exams and in-class assignments at double time (with the option of going to the Testing Center for students at or near a campus).
- Use of digital or human reader for exams.
- Use of supplementary aid on exams and quizzes – standard English dictionary. (Exception: Where such skills are factors that the assessment purports to measure,)
- Speech to text software.

- With this note:
o Instructors, please refrain from detracting points for spelling, grammar, and sentence structure, except when these are the skills that the activity purports to measure.

As we discussed, I will have a conversation with a coworker with a technology background to learn more about the kinds of accommodations we can provide when browsers are set in a "lockdown" mode for an exam.

Please review the attached document. Please let me know your thoughts when talk again tomorrow. I will call you for our follow up discussion tomorrow at 1:00 pm at this number: 817-880-4326.

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633


**From:** Lue King, Kristin A
**Sent:** Tuesday, January 12, 2016 3:55 PM
**To:** mmoates@my.lonestar.edu
**Cc:** Dassey, Valentina; Lue King, Kristin A
**Subject:** Returning your call

Good Afternoon, Mr. Moates –

Thank you for returning my call today and for agreeing for me to copy Val Dassey on this e-mail communication.

As we discussed, I would like to ensure we have a good amount of time to discuss your request to have your accommodations reviewed and revised. For this reason, we agreed that I will be calling you tomorrow morning (January 13, 2016) at 10:00 am at this number: 817-880-4326. I have this appointment in my calendar.

I look forward to talking with you more tomorrow!

Thank you,
Kristin A. Lue King, MSW

2

LSC - OCR 000064

Executive Director, Expanded Learning
Lone Star College
5000 Research Forest
The Woodlands, TX 77381
Desk Phone: 832-813-6633

3

LSC - OCR 000065

**Dassey, Valentina**

| | |
|---|---|
| **From:** | Michael Moates |
| **Sent:** | Monday, January 18, 2016 2:10 PM |
| **To:** | Lue King, Kristin A |
| **Cc:** | Dassey, Valentina |
| **Subject:** | Re: Returning your call |

Do you have time to speak with me today? Going to be crazy busy tomorrow.

Respectfully,

Michael Moates

**From:** Lue King, Kristin A <Kristin.A.LueKing@lonestar.edu>
**Sent:** Monday, January 18, 2016 10:29 AM
**To:** Michael Moates
**Cc:** Dassey, Valentina
**Subject:** Re: Returning your call

Hi, Michael -

Thank you for writing.  I recommend that we talk again tomorrow on the phone, if that is possible.

During this next phone call we can:

- Review the suggested accommodations
- Talk about how they can be implemented (I can invite Iris to join our conversation, if that is acceptable to you)
- Discuss your requests below
- Finalize the accommodations, so that you can share the updated accommodation letter your instructors

Please let me know if this is a plan that you would agree with.

I have time tomorrow, Tuesday, January 19th at 11:00 am, 1:00 pm, and 3:00 pm.  Please let me know if you would to schedule for one of these times, and if you would like me to call you at the same number.

Thank you,
Kristin Lue King
Executive Director, Expanded Learning
Lone Star College

Kristin A. Lue King, MSW
Executive Director, Expanded Learning

LSC - OCR 000066

Lone Star College
Desk Phone: 832-813-6633

---

**From:** Michael Moates <MMOATES@my.lonestar.edu>
**Sent:** Saturday, January 16, 2016 4:30 AM
**To:** Lue King, Kristin A
**Cc:** Dassey, Valentina
**Subject:** Re: Returning your call

Kristin,

I am terribly sorry I have had some phone issues this week. I looked at the documentation and I am grateful for your help. I like what we have. I wanted to ask if requesting a different exam format such as multiple choice or true false would be an option instead of essay's? Can we say digital dictionary in case the exam is recorded on lockdown browser? How will I use the speech to text software in lockdown browser?

Respectfully,

Michael Moates

---

**From:** Lue King, Kristin A <Kristin.A.LueKing@lonestar.edu>
**Sent:** Thursday, January 14, 2016 1:24 PM
**To:** Michael Moates
**Cc:** Dassey, Valentina
**Subject:** RE: Returning your call

Good Afternoon, Michael --

I hope you are doing well today. I did try to contact you at the number below 1:00 pm for our scheduled call, and again at 1:15 pm.  Both times, I heard a message saying that the caller is unavailable, and I was invited to call back later.  I was not able to leave a message.

I will be available until 3pm today, and I will be in the office (although in meetings sometimes) tomorrow between 8:00 am and 5:00 pm.  Please give me a call at your convenience, and we can finalize your accommodations for the Spring 2016 semester.  If you do get my voice mail, please leave a message and I will return your call as soon as possible.

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633

**From:** Lue King, Kristin A
**Sent:** Wednesday, January 13, 2016 11:11 AM
**To:** mmoates@my.lonestar.edu
**Cc:** Dassey, Valentina; Lue King, Kristin A
**Subject:** RE: Returning your call

Good Morning, Michael --

2

Thank you for agreeing to help us keep Val Dassey aware of our progress in setting up accommodations for the Spring 2016 semester. I have copied Ms. Dassey on this e-mail, as we discussed.

Attached, please find a first attempt at writing out the accommodations we discussed today.

The accommodations on the attached letter are also included below:

- No penalty for spelling errors (Exception: Where such skills are factors that the assessment purports to measure.
- Extended time for exams and in-class assignments at double time (with the option of going to the Testing Center for students at or near a campus).
- Use of digital or human reader for exams.
- Use of supplementary aid on exams and quizzes – standard English dictionary. (Exception: Where such skills are factors that the assessment purports to measure,)
- Speech to text software.

- With this note:
- Instructors, please refrain from detracting points for spelling, grammar, and sentence structure, except when these are the skills that the activity purports to measure.

As we discussed, I will have a conversation with a coworker with a technology background to learn more about the kinds of accommodations we can provide when browsers are set in a "lockdown" mode for an exam.

Please review the attached document. Please let me know your thoughts when talk again tomorrow. I will call you for our follow up discussion tomorrow at 1:00 pm at this number: 817-880-4326.

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633


**From:** Lue King, Kristin A
**Sent:** Tuesday, January 12, 2016 3:55 PM
**To:** mmoates@my.lonestar.edu
**Cc:** Dassey, Valentina; Lue King, Kristin A
**Subject:** Returning your call

Good Afternoon, Mr. Moates –

Thank you for returning my call today and for agreeing for me to copy Val Dassey on this e-mail communication.

As we discussed, I would like to ensure we have a good amount of time to discuss your request to have your accommodations reviewed and revised. For this reason, we agreed that I will be calling you tomorrow morning (January 13, 2016) at 10:00 am at this number: 817-880-4326. I have this appointment in my calendar.

I look forward to talking with you more tomorrow!

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning

3

**Lone Star College**
**5000 Research Forest**
**The Woodlands, TX 77381**
**Desk Phone: 832-813-6633**

4

LSC - OCR 000069

**Dassey, Valentina**

| | |
|---|---|
| **From:** | Michael Moates |
| **Sent:** | Tuesday, January 19, 2016 7:07 AM |
| **To:** | Lue King, Kristin A |
| **Cc:** | Dassey, Valentina |
| **Subject:** | Re: Returning your call |

Are you still open at 11 AM?

Thanks,

Michael

---

**From:** Lue King, Kristin A <Kristin.A.LueKing@lonestar.edu>
**Sent:** Monday, January 18, 2016 7:02 PM
**To:** Michael Moates
**Cc:** Dassey, Valentina
**Subject:** Re: Returning your call

Hi, Michael -

I apologize for the late response.  Lone Star College was actually closed today, due to the holiday, and I am not in the office.

I will be at the LSC-UP building tomorrow and at System Office on Wednesday. I can be available on either date to talk with you and finalize the accommodation letter.

If the times below do not work for tomorrow, perhaps we can find a time on Wednesday. Is there a time on either day you would like to suggest?

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633

---

**From:** Michael Moates <MMOATES@my.lonestar.edu>
**Sent:** Monday, January 18, 2016 2:10 PM
**To:** Lue King, Kristin A
**Cc:** Dassey, Valentina
**Subject:** Re: Returning your call

Do you have time to speak with me today? Going to be crazy busy tomorrow.

Respectfully,

1

Michael Moates

From: Lue King, Kristin A <Kristin.A.LueKing@lonestar.edu>
Sent: Monday, January 18, 2016 10:29 AM
To: Michael Moates
Cc: Dassey, Valentina
Subject: Re: Returning your call

Hi, Michael -

Thank you for writing.  I recommend that we talk again tomorrow on the phone, if that is possible.

During this next phone call we can:

- Review the suggested accommodations
- Talk about how they can be implemented (I can invite Iris to join our conversation, if that is acceptable to you)
- Discuss your requests below
- Finalize the accommodations, so that you can share the updated accommodation letter your instructors

Please let me know if this is a plan that you would agree with.

I have time tomorrow, Tuesday, January 19th at 11:00 am, 1:00 pm, and 3:00 pm.  Please let me know if you would to schedule for one of these times, and if you would like me to call you at the same number.

Thank you,
Kristin Lue King
Executive Director, Expanded Learning
Lone Star College


Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633

From: Michael Moates <MMOATES@my.lonestar.edu>
Sent: Saturday, January 16, 2016 4:30 AM
To: Lue King, Kristin A
Cc: Dassey, Valentina
Subject: Re: Returning your call

Kristin,

I am terribly sorry I have had some phone issues this week. I looked at the documentation and I am grateful for your help. I like what we have. I wanted to ask if requesting a different exam format such as multiple

2

LSC - OCR 000071

choice or true false would be an option instead of essay's? Can we say digital dictionary in case the exam is recorded on lockdown browser? How will I use the speech to text software in lockdown browser?

Respectfully,

Michael Moates

---

**From:** Lue King, Kristin A <Kristin.A.LueKing@lonestar.edu>
**Sent:** Thursday, January 14, 2016 1:24 PM
**To:** Michael Moates
**Cc:** Dassey, Valentina
**Subject:** RE: Returning your call

Good Afternoon, Michael –

I hope you are doing well today. I did try to contact you at the number below 1:00 pm for our scheduled call, and again at 1:15 pm.  Both times, I heard a message saying that the caller is unavailable, and I was invited to call back later.  I was not able to leave a message.

I will be available until 3pm today, and I will be in the office (although in meetings sometimes) tomorrow between 8:00 am and 5:00 pm.  Please give me a call at your convenience, and we can finalize your accommodations for the Spring 2016 semester.  If you do get my voice mail, please leave a message and I will return your call as soon as possible.

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633

**From:** Lue King, Kristin A
**Sent:** Wednesday, January 13, 2016 11:11 AM
**To:** mmoates@my.lonestar.edu
**Cc:** Dassey, Valentina; Lue King, Kristin A
**Subject:** RE: Returning your call

Good Morning, Michael –

Thank you for agreeing to help us keep Val Dassey aware of our progress in setting up accommodations for the Spring 2016 semester.  I have copied Ms. Dassey on this e-mail, as we discussed.

Attached, please find a first attempt at writing out the accommodations we discussed today.

The accommodations on the attached letter are also included below:

- No penalty for spelling errors (Exception: Where such skills are factors that the assessment purports to measure.
- Extended time for exams and in-class assignments at double time (with the option of going to the Testing Center for students at or near a campus).
- Use of digital or human reader for exams.

3

- Use of supplementary aid on exams and quizzes – standard English dictionary. (Exception: Where such skills are factors that the assessment purports to measure,)
- Speech to text software.

- With this note:
o Instructors, please refrain from detracting points for spelling, grammar, and sentence structure, except when these are the skills that the activity purports to measure.

As we discussed, I will have a conversation with a coworker with a technology background to learn more about the kinds of accommodations we can provide when browsers are set in a "lockdown" mode for an exam.

Please review the attached document.  Please let me know your thoughts when talk again tomorrow.  I will call you for our follow up discussion tomorrow at 1:00 pm at this number:  817-880-4326.

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633


**From:** Lue King, Kristin A
**Sent:** Tuesday, January 12, 2016 3:55 PM
**To:** mmoates@my.lonestar.edu
**Cc:** Dassey, Valentina; Lue King, Kristin A
**Subject:** Returning your call

Good Afternoon, Mr. Moates –

Thank you for returning my call today and for agreeing for me to copy Val Dassey on this e-mail communication.

As we discussed, I would like to ensure we have a good amount of time to discuss your request to have your accommodations reviewed and revised. For this reason, we agreed that I will be calling you tomorrow morning (January 13, 2016) at 10:00 am at this number: 817-880-4326. I have this appointment in my calendar.

I look forward to talking with you more tomorrow!

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
5000 Research Forest
The Woodlands, TX 77381
Desk Phone: 832-813-6633

4

**Dassey, Valentina**

| | |
|---|---|
| **From:** | Michael Moates |
| **Sent:** | Tuesday, January 19, 2016 7:51 AM |
| **To:** | Lue King, Kristin A |
| **Subject:** | Re: Returning your call |

Yes ma'am.

Thank you.

On Jan 19, 2016, at 7:46 AM, Lue King, Kristin A <Kristin.A.LueKing@lonestar.edu> wrote:

Yes. Shall I call you at the same number?
Regards,
Kristin Lue King

Sent from my iPhone

On Jan 19, 2016, at 7:07 AM, Michael Moates <MMOATES@my.lonestar.edu> wrote:

Are you still open at 11 AM?


Thanks,


Michael


From: Lue King, Kristin A <Kristin.A.LueKing@lonestar.edu>
Sent: Monday, January 18, 2016 7:02 PM
To: Michael Moates
Cc: Dassey, Valentina
Subject: Re: Returning your call


Hi, Michael -


I apologize for the late response. Lone Star College was actually closed today, due to the holiday, and I am not in the office.

1

LSC - OCR 000074

I will be at the LSC-UP building tomorrow and at System Office on Wednesday. I can be available on either date to talk with you and finalize the accommodation letter.

If the times below do not work for tomorrow, perhaps we can find a time on Wednesday. Is there a time on either day you would like to suggest?

Thank you,

Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633

**From:** Michael Moates <MMOATES@my.lonestar.edu>
**Sent:** Monday, January 18, 2016 2:10 PM
**To:** Lue King, Kristin A
**Cc:** Dassey, Valentina
**Subject:** Re: Returning your call

Do you have time to speak with me today? Going to be crazy busy tomorrow.

Respectfully,

Michael Moates

**From:** Lue King, Kristin A <Kristin.A.LueKing@lonestar.edu>
**Sent:** Monday, January 18, 2016 10:29 AM
**To:** Michael Moates
**Cc:** Dassey, Valentina
**Subject:** Re: Returning your call

Hi, Michael -

2

Thank you for writing.  I recommend that we talk again tomorrow on the phone, if that is possible.

During this next phone call we can:

- Review the suggested accommodations

- Talk about how they can be implemented (I can invite Iris to join our conversation, if that is acceptable to you)

- Discuss your requests below

- Finalize the accommodations, so that you can share the updated accommodation letter your instructors

Please let me know if this is a plan that you would agree with.

I have time tomorrow, Tuesday, January 19th at 11:00 am, 1:00 pm, and 3:00 pm.  Please let me know if you would to schedule for one of these times, and if you would like me to call you at the same number.

Thank you,

Kristin Lue King

Executive Director, Expanded Learning

Lone Star College

Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633

3

LSC - OCR 000076

**From:** Michael Moates <MMOATES@my.lonestar.edu>
**Sent:** Saturday, January 16, 2016 4:30 AM
**To:** Lue King, Kristin A
**Cc:** Dassey, Valentina
**Subject:** Re: Returning your call

Kristin,

I am terribly sorry I have had some phone issues this week. I looked at the documentation and I am grateful for your help. I like what we have. I wanted to ask if requesting a different exam format such as multiple choice or true false would be an option instead of essay's? Can we say digital dictionary in case the exam is recorded on lockdown browser? How will I use the speech to text software in lockdown browser?

Respectfully,

Michael Moates

---

**From:** Lue King, Kristin A <Kristin.A.LueKing@lonestar.edu>
**Sent:** Thursday, January 14, 2016 1:24 PM
**To:** Michael Moates
**Cc:** Dassey, Valentina
**Subject:** RE: Returning your call

Good Afternoon, Michael –

I hope you are doing well today. I did try to contact you at the number below 1:00 pm for our scheduled call, and again at 1:15 pm. Both times, I heard a message saying that the caller is unavailable, and I was invited to call back later. I was not able to leave a message.

I will be available until 3pm today, and I will be in the office (although in meetings sometimes) tomorrow between 8:00 am and 5:00 pm. Please give me a call at your convenience, and we can finalize your accommodations for the Spring 2016 semester. If you do get my voice mail, please leave a message and I will return your call as soon as possible.

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning

4

Lone Star College
Desk Phone: 832-813-6633

**From:** Lue King, Kristin A
**Sent:** Wednesday, January 13, 2016 11:11 AM
**To:** mmoates@my.lonestar.edu
**Cc:** Dassey, Valentina; Lue King, Kristin A
**Subject:** RE: Returning your call

Good Morning, Michael --

Thank you for agreeing to help us keep Val Dassey aware of our progress in setting up accommodations for the Spring 2016 semester.  I have copied Ms. Dassey on this e-mail, as we discussed.

Attached, please find a first attempt at writing out the accommodations we discussed today.

The accommodations on the attached letter are also included below:

- No penalty for spelling errors (Exception: Where such skills are factors that the assessment purports to measure.
- Extended time for exams and in-class assignments at double time (with the option of going to the Testing Center for students at or near a campus).
- Use of digital or human reader for exams.
- Use of supplementary aid on exams and quizzes – standard English dictionary. (Exception: Where such skills are factors that the assessment purports to measure,)
- Speech to text software.

- With this note:
- Instructors, please refrain from detracting points for spelling, grammar, and sentence structure, except when these are the skills that the activity purports to measure.

As we discussed, I will have a conversation with a coworker with a technology background to learn more about the kinds of accommodations we can provide when browsers are set in a "lockdown" mode for an exam.

Please review the attached document.  Please let me know your thoughts when talk again tomorrow.  I will call you for our follow up discussion tomorrow at 1:00 pm at this number:  817-880-4326.

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
Desk Phone: 832-813-6633

**From:** Lue King, Kristin A
**Sent:** Tuesday, January 12, 2016 3:55 PM

5

**To:** mmoates@my.lonestar.edu
**Cc:** Dassey, Valentina; Lue King, Kristin A
**Subject:** Returning your call

Good Afternoon, Mr. Moates —

Thank you for returning my call today and for agreeing for me to copy Val Dassey on this e-mail communication.

As we discussed, I would like to ensure we have a good amount of time to discuss your request to have your accommodations reviewed and revised. For this reason, we agreed that I will be calling you tomorrow morning (January 13, 2016) at 10:00 am at this number: 817-880-4326. I have this appointment in my calendar.

I look forward to talking with you more tomorrow!

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
5000 Research Forest
The Woodlands, TX 77381
Desk Phone: 832-813-6633

LSC - OCR 000079

## Dassey, Valentina

| | |
|---|---|
| **From:** | Michael Moates |
| **Sent:** | Tuesday, January 19, 2016 4:21 PM |
| **To:** | Lue King, Kristin A |
| **Subject:** | Re: accommodation update |

Do you mind adding the grammar and sentence structure back on there? Thank your for your help today you have been fabulous both you and Iris.

Respectfully,

Michael Moates

Sent from my iPhone

On Jan 19, 2016, at 4:02 PM, Lue King, Kristin A <Kristin.A.LueKing@lonestar.edu> wrote:

> Good Afternoon, Michael –
>
> As we discussed, I am sharing the accommodation letter that we revised today and I am copying Ms. Dassey and Ms. Hansen to help us all remain updated.
>
> Once you have reviewed this letter, please send me a copy of this same letter that you have added your signature or digital signature to.
>
> During our conversation today, we also discussed the items below:
>
> - Once you added your signature, you can share the updated accommodation letter with your instructors. Please copy Iris on those e-mails, so that she can remain aware of who has been contacted and be prepared to assist with those instructors.
> - Moving forward, Iris will be your primary / first point of contact about accommodations and concerns about your classes. I am also available to discuss concerns with both you and Iris, as needed.
> - Arrangements for testing accommodations should be made as early as possible. One idea we discussed: for you to invite instructors to talk with you and Iris via conference call. During this call you would all work together to determine how accommodations will happen during testing situations.
> - We are aware that you may have an opportunity to provide updated documentation and request changes or adjustments to your accommodations prior to the end of this semester. Iris will work with you to handle this process, and can assist in updating instructors, if needed.
>
> To simplify having your questions and concerns addressed, please contact Iris with any questions or concerns you have about your classes. Either Iris or I can call the college instructors or management directly to explore solutions, and then Iris can keep you updated about progress in resolving them.
>
> Thank you,
> Kristin A. Lue King, MSW
> Executive Director, Expanded Learning
> Lone Star College

1

**5000 Research Forest**
**The Woodlands, TX 77381**
**Desk Phone: 832-813-6633**

<Moates_AccdLtr_Rev1-2016.pdf>

LSC - OCR 000081

## Dassey, Valentina

| | |
|---|---|
| **From:** | Michael Moates |
| **Sent:** | Tuesday, January 19, 2016 4:22 PM |
| **To:** | Lue King, Kristin A |
| **Subject:** | Re: accommodation update |

Never mind I'm sorry I saw you moved it.

I'll sign and return.

Thanks

Sent from my iPhone

On Jan 19, 2016, at 4:02 PM, Lue King, Kristin A <Kristin.A.LueKing@lonestar.edu> wrote:

Good Afternoon, Michael –

As we discussed, I am sharing the accommodation letter that we revised today and I am copying Ms. Dassey and Ms. Hansen to help us all remain updated.

Once you have reviewed this letter, please send me a copy of this same letter that you have added your signature or digital signature to.

During our conversation today, we also discussed the items below:

- Once you added your signature, you can share the updated accommodation letter with your instructors. Please copy Iris on those e-mails, so that she can remain aware of who has been contacted and be prepared to assist with those instructors.
- Moving forward, Iris will be your primary / first point of contact about accommodations and concerns about your classes. I am also available to discuss concerns with both you and Iris, as needed.
- Arrangements for testing accommodations should be made as early as possible. One idea we discussed: for you to invite instructors to talk with you and Iris via conference call. During this call you would all work together to determine how accommodations will happen during testing situations.
- We are aware that you may have an opportunity to provide updated documentation and request changes or adjustments to your accommodations prior to the end of this semester. Iris will work with you to handle this process, and can assist in updating instructors, if needed.

To simplify having your questions and concerns addressed, please contact Iris with any questions or concerns you have about your classes.  Either Iris or I can call the college instructors or management directly to explore solutions, and then Iris can keep you updated about progress in resolving them.

Thank you,
Kristin A. Lue King, MSW
Executive Director, Expanded Learning
Lone Star College
5000 Research Forest

1

The Woodlands, TX 77381
Desk Phone: 832-813-6633

<Moates_AccdLtr_Rev1-2016.pdf>

2