It should have given you more time......I am
out of town and will be back tomorrow and
will look into it then.

Darrell Lovell
Assistant Professor, Political Science
Lone Star College University Park
Darrell.a.lovell@lonestar.edu
Sent from my Sprint Samsung Galaxy S® 5
y>

——— Original message ———
From: Michael Moates
<michaelsmoates@gmail.com>
Date: 12/25/2015 11:30 PM (GMT-06:00)
To: "Lovell, Darrell A"
<Darrell.A.Lovell@lonestar.edu>
Subject: Michael Moates Accommodations

Sir,

I did Exam 2 tonight but I did not have the
extension on there and it would not allow me
to stop as I only had one attempt. I did okay
but felt I could have done better if I had
longer. Please advice on what you want me to
do.

Respectfully,

Michael Moates

9

# U.S. Postal Service™
# CERTIFIED MAIL™ RECEIPT
## (Domestic Mail Only; No Insurance Coverage Prov

For delivery information visit our website at www.usps.co

OFFICIAL US

| | | |
|---|---|---|
| Postage | $ | 7.17 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Postma
Here

1/20

Sent To    Michael Moates

Street, Apt. No.;
or PO Box No.    517 Wesleyan St, #

City, State, ZIP+4    Fort Worth, TX 76

PS Form 3800, August 2006                    See Reverse for

# Certified Mail Provides:

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

## Important Reminders:

- Certified Mail may ONLY be combined with First-Class Mail®
- Certified Mail is *not* available for any class of international ma
- NO INSURANCE COVERAGE IS PROVIDED with Certi valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to p delivery. To obtain Return Receipt service, please complete and Receipt (PS Form 3811) to the article and add applicable posta fee. Endorse mailpiece "Return Receipt Requested". To receive a duplicate return receipt, a USPS® postmark on your Certifie required.
- For an additional fee, delivery may be restricted to the addressee's authorized agent. Advise the clerk or mark the ma endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please cle at the post office for postmarking. If a postmark on the receipt is not needed, detach and affix label with postage and

**IMPORTANT: Save this receipt and present it when making**

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

LSC - OCR 000070

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Michael Moates
817 Wesleyan St.
Apt. 414
Fort Worth, TX
76105

**COMPLETE THIS SECTION**

A. Signature

X _[signature]_

B. Received by ( Printed Name

_[signature]_

D. Is delivery address different
If YES, enter delivery addre

3. Service Type
- ☑ Certified Mail
- ☐ Registered
- ☐ Insured Mail
- ☐ Exp
- ☑ Retu
- ☐ C.O

4. Restricted Delivery? (Extra

2. Article Number
(Transfer from service label)

7009 2820 0001 1318 57

PS Form 3811. February 2004          Domestic Return Receipt          LSC - C

UNITED STATES POSTAL SERVICE

N TEXAS
DALLAS 750
25 JAN '16
PM 3 1



• Sender: Please print your name, address, and ZIP+4 in

*Valentina Byssey*

*office of the General*

*Lone Star College*

*5000 Research Forest*

*#SB 240*

*The Woodlands, TX*

31435600

LSC - C

| | |
|---|---|
| **From:** | Dassey, Valentina |
| **To:** | "Michael Moates"; mmoates@my.lonestar.edu |
| **Cc:** | Castillo, Mario K; Nutt, Lee Ann; Riley, Rebecca L |
| **Bcc:** | Dassey, Valentina; Molina, Nancy |
| **Subject:** | M. Moates, OGC Recommendation Letter |
| **Date:** | Wednesday, January 20, 2016 3:54:00 PM |
| **Attachments:** | M. Moates, OGC Recommendation Letter_2016.01.20.pdf |
| **Importance:** | High |

Good afternoon Mr. Moates,

Attached to this email is the Office of the General Counsel Recommendation along with two enclosures. It is a total of fourteen pages. This is being sent to you via email and Certified Mail Return Receipt Requested. Thank you.

Kind regards,

Val Dassey

Valentina E. Dassey
Assistant General Counsel
Office of the General Counsel
Lone Star College System
5000 Research Forest Drive
The Woodlands, Texas 77381
(832) 813-6843
(832) 813-6656 (Fax)
Email: Valentina.E.Dassey@lonestar.edu
The information in this email is legally privileged and confidential information intended to be reviewed by only the individual(s) organization named.



# Exhibit E

**From:**  ████████
**To:**  ████████
**Subject:**  ████████████
**Date:**  ████████████
**Attachments:**  ████████████

████

████████████

████

████

**From:** Nutt, Lee Ann
**Sent:** Monday, January 25, 2016 3:56 PM
**To:** 'michaelmoates@gmail.com'; Michael Moates
**Subject:** FW: M. Moates, Discrimination Claim Findings

Mr. Moates,

I apologize for my error in the salutation below.

Thank you,

Lee Ann Nutt

**From:** Nutt, Lee Ann
**Sent:** Monday, January 25, 2016 3:54 PM
**To:** Michael Moates; 'michaelmoates@gmail.com'
**Subject:** M. Moates, Discrimination Claim Findings

Dr. Moates,

Attached to this email is a copy of a letter that was mailed to you today (January 25, 2016) via Certified Mail Return Receipt Requested (Claim # 7013 1090 0000 2836 3456). This letter closes the discrimination claim you filed on or around December 17, 2015, stating that your civil rights had been violated.

Thank you,

Dr. Lee Ann Nutt
President
Lone Star College-Tomball
30555 Tomball Parkway
Tomball, TX  77377

281-351-3378
@NuttsforTomball

LSC - OCR 000075



**LONE STAR COLLEGE TOMBALL**

January 26, 2016

Via email delivery to mmoates@my.lonestar.edu and michaelmoates@gmail.com

Via CMRRR: 7013 1090 0000 2836 3456

Michael Moates
4440 West Airport Freeway
Irving, TX 75062

Re: Discrimination Investigation Results

Dear Mr. Moates:

This letter concludes the investigation into your student civil rights complaint filed on or about December 17, 2015 alleging discrimination based on your ADA rights. Per the investigation, there is no evidence of discrimination against you and no finding that your ADA rights were violated. I was informed that Ms. Ann Johnson, whom I appointed to investigate your complaint, notified you on January 20, 2016 about the outcome of her investigation. She also provided me with a written report detailing her investigation and summarizing her findings. Upon review of her report, I uphold her conclusion.

You may request a copy of the investigative report by contacting my office at 281-357-3755.

Respectfully,

*Lee Ann Nutt*

Lee Ann Nutt, Ed.D.
President

Dr. Lee Ann Nutt
President, Lone Star College-Tomball
281.357.3755
LeeAnn.Nutt@LoneStar.edu

30555 Tomball Parkway
Tomball, TX 77375-4036
281.351.3300
LoneStar.edu/Tomball
LSC - OCR 000076

# Exhibit F

# LONE STAR COLLEGE TOMBALL

# Lone Star College-Tomball

## Arts, Business, Behavioral Science & Social Sciences Division

# GOVT 2305-3020
# FEDERAL GOVERNMENT

| Course Information | Faculty Information |
|---|---|
| Semester: Fall 2015 | Name: Dr. Annie Johnson Benifield |
| Class Meeting Days: Online | Office Location: S 257D |
| Class Meeting Time: Online | Office Phone: 281-357-3761 |
| Class Location: LSC-Online / D2L (8W2) | Office Hours: TTH 10:00 –12:30 & By Appt |
| | Email: annie.j.benifield@lonestar.edu |

## COURSE DESCRIPTION:

3 Credits (3 hrs. lec.) Origin and development of the U.S. Constitution, structure and powers of the national government including the legislative, executive, and judicial branches, federalism, political participation, the national election process, public policy, civil liberties and civil rights. (4510025125) *Prerequisites: ENGL 0305 or ENGL 0365 AND ENGL 0307 or ENGL 0375 OR higher level course (ENGL 1301) OR placement by testing*

## COURSE LEARNING OUTCOMES:

- Explain the origin and development of constitutional democracy in the United States.
- Demonstrate knowledge of the federal system.
- Describe separation of powers and checks and balances in both theory and practice.
- Demonstrate knowledge of the legislative, executive, and judicial branches of the federal government.
- Evaluate the role of public opinion, interest groups, and political parties in the political system.
- Analyze the election process.
- Describe the rights and responsibilities of citizens.
- Analyze issues and policies in U.S. politics.

## REQUIRED TEXTBOOKS AND/OR MATERIALS:



**We The People: An Introduction to American Politics**, Tenth Edition
Benjamin Ginsberg, Theodore J. Lowi, Margaret Weir, and Caroline J. Tolbert
W. W. Norton & Company, Inc.
ISBN: 9780393277371

**OPTIONAL TEXTBOOK AND/OR MATERIALS:**
http://digital.wwnorton.com/wethepeople10

*You will also need access to Microsoft Office. It may be obtained here for free: Office.com/GetOffice365

Students are required to view this video:
https://vimeo.com/user6945469/student
Password: grit
You must also take this survey:
For Students: aq.peaklearning.com/lonestar-1



**ADA STATEMENT:**

The Lone Star College System is dedicated to provide the least restrictive learning environment for all students. The college district promotes equity in academic access through the implementation of reasonable accommodations as required by the Vocational Rehabilitation Act of 1973, Title V, Section 504 and the Americans with Disabilities Act of 1990 (ADA) which will enable students with disabilities to participate in and benefit from all post-secondary educational activities.

If you require reasonable accommodations because of a physical, mental, or learning disability, please notify the instructor of this course as soon as possible and preferably before the end of the first two weeks of class to arrange for reasonable accommodations.

## ATTENDANCE POLICY:

Attendance and participation in all classes are expected. Should you anticipate an absence from logging into the class for more than a few days, you are required to notify the instructor. Any student who does not log into the class and actively participate in the first week of this class may be deactivated. Prolonged inactivity **may** result in an administrative withdrawal from this course by the instructor. To be considered in attendance a student must take the course and syllabus during week one and thereafter submit all required assignments.

## ASSIGNMENTS/EXAMS:

All assignments are to be completed and submitted to the instructor on/before the scheduled deadline date. No late assignments will be accepted. Grades for all assignments will be posted approximately one week after the deadline date. ***STUDENTS CAN ACCESS THEIR FINAL GRADE IN MY LONESTAR AFTER TUESDAY, DECEMBER 15, 2015.***

## WITHDRAWAL POLICY:

Withdrawal from the course after the official day of record (see current catalog) will result in a final grade of "W" on the student's transcript and no credit will be awarded. Prior to the official day of record, it is the student's responsibility to initiate and complete a request for withdrawal from any course.

If you are considered a first-time college student, a new law was passed in Fall 2007 that limits to six the number of courses you may drop *(withdraw with a grade of "W")* while enrolled at any Texas public institution of higher education. A first time college student is a student not currently enrolled in high school and who has never taken a college or university course anywhere at any time.

If you consider dropping this course during the semester, you might want to go to advising prior to dropping and get information about the Six-Drop Rule. ***THE LAST DAY TO WITHDRAW/DROP AND RECEIVE A "W" IS NOVEMBER 30, 2015.***

## ACADEMIC INTEGRITY:

The Lone Star College System upholds the core values of learning: honesty, respect, fairness, and accountability. We promote the importance of personal and academic honesty. We embrace the belief that all learners – students, faculty, staff and administrators – will act with integrity and honesty and must produce their own work and give appropriate credit to the work of others. No fabrication of sources, cheating, or unauthorized collaboration is permitted on any work submitted within the District.

Consequences for academic dishonesty to be determined by the professor, or the professor and Academic Dean, or the professor and Chief Student Services Officer can include but are not limited to: 1.) having additional class requirements imposed, 2.) receiving a grade of zero or "F" for an exam or assignment, 3.) receiving a grade of "F" for the course, 4) being withdrawn from the course or program, 5.) being expelled from the college district.

Professors should clearly explain how the student's actions violated the academic integrity policy, how a grade was calculated, and the actions taken.

LSC - OCR 000078

## GRIT FACTOR:

GRIT, Growth, and Greatness is a college-wide initiative designed to foster student success. GRIT, which is an acronym for growth, resilience, instinct, and tenacity, is defined by Dr. Paul Stoltz as follows: "Your capacity to dig deep and do whatever it takes, even sacrifice, struggle, and suffer, to achieve your most worthy goals in the best ways." As a GRIT-designated class, GOVT 2305 will provide you a number of extra credit opportunities to develop an awareness and to experience how GRIT can influence your academic performance and success. A list of civic engagement activities is included in the Getting Started Folder to engage you more fully in the academic process; please submit the appropriate evidence for participation.

## EVALUATION:

There will be **_Four major exams_** in this course. Each examination will be worth **_75_** points. Exams **_"may"_** include any combination of the following: long answer written essays, with the remainder being objective type questions-multiple choice, and true/false. It is critical that you take notes when **_reading_** all assigned chapters. Also take chapter quizzes to assess your understanding of required readings.

| Requirements | Points |
|---|---|
| Exam 1 | 75 |
| Exam 2 | 75 |
| Exam 3 | 75 |
| Exam 4 | 75 |
| Quizzes | 140 |
| Chapter Assignments | 140 |
| Discussions | 20 |
| TOTAL | 600 |

## LETTER GRADE ASSIGNMENT:

Final letter grades will be assigned after computing the total number of points earned as follows:

| Final Average in Points | Letter Grade |
|---|---|
| 600-537 | A |
| 536-477 | B |
| 476-416 | C |
| 415-357 | D |
| 356-below | F |

*Class lectures and discussions will receive the primary emphasis in the course with textbooks and current news events being important supplemental sources. Fifty percent of each exam will be taken directly from the assigned readings in the textbooks and fifty percent from the lectures/discussions.*

**_Since this is an online class you can access the syllabus and course materials in D2L._**

http://www.lonestar.edu/lsc-online/

## STUDY GUIDE

All study course materials are located with LSC-Online/D2L for Ginsberg, Lowi, Weir & Tolbert, **_We The People: An Introduction to American Politics_** chapter outlines, flashcards, and chapter quizzes, and other critical data related to the study of GOVT 2305 Federal Government.

LSC - OCR 000079

The deadline time for all assignments in this class is *11:55 p.m. CST/CDT* on the due date. Please do not wait until the last minute. You will automatically be locked out of the assignment if it has not been completed and submitted by the time specified.

## COURSE REQUIREMENTS:

## EXAMINATIONS

FOUR MAJOR EXAMS ARE REQUIRED IN THIS COURSE. THE FORMAT OF THE EXAMS *"WILL"* INCLUDE ESSAY QUESTIONS AND *"MAY"* INCLUDE A COMBINATION OF MULTIPLE CHOICE AND/OR TRUE/FALSE QUESTIONS OVER THE ASSIGNED CHAPTERS FROM THE 10TH EDITION OF GINSBERG, LOWI, WEIR & TOLBERT, *WE THE PEOPLE*.

**SYLLABUS QUIZ DEADLINE: OCTOBER 23, 2015**

**EXAM #1 DEADLINE: OCTOBER 31, 2015**

**EXAM #2 DEADLINE: NOVEMBER 14, 2015**

**EXAM #3 DEADLINE: NOVEMBER 28, 2015**

**EXAM #4 DEADLINE: DECEMBER 7, 2015**

## QUIZZES:

THERE IS A TOTAL OF FOUR (4) MANDATED QUIZZES REQUIRED IN THIS COURSE. EACH QUIZ IS WORTH *35* POINTS AND ONE IS ASSOCIATED WITH EACH PHASE OF THIS COURSE. THESE QUIZZES WILL BE AVAILABLE BEGINNING THE WEEK OF *OCTOBER 19, 2015.* YOU CAN TAKE EACH QUIZ TWICE AT ANY TIME PRIOR TO THE DEADLINE DATE IN *D2L*. THE HIGHEST QUIZ SCORE WILL POST IN THE GRADE BOOK AUTOMATICALLY. QUIZZES WILL NOT BE AVAILABLE AFTER THE POSTED DEADLINE DATE SO PLEASE PLACE THE DUE DATES AND TIMES ON YOUR CALENDAR FOR IMMEDIATE ACCESS. THE TIME ALLOTTED FOR EACH QUIZ IS *35* MINUTES. *NO ADDITIONAL OPPORTUNITIES ARE AVAILABLE FOR COMPLETING THIS WORK. ALL QUIZZES EXPIRE AT 11:55CST/CDT ON THE DEADLINE DATE.*

## DISCUSSION BOARD TOPICS/ CHAPTER ASSIGNMENTS  WORTH 160 POINTS

FOUR TOPICS ARE ON THE DISCUSSION BOARD FOR COMMENT. EACH STUDENT MUST POST THE INFORMATION REQUESTED ON/BEFORE THE DUE DATE. YOU MUST ALSO RESPONSE TO TWO OTHER POSTS BY OTHER STUDENTS. YOU WILL RECEIVE A MAXIMUM OF **FIVE** (5) POINTS FOR EACH TOPIC WHEN THE REQUIRED INFORMATION IS PROVIDED.

LISTED BELOW ARE THE FOUR DISCUSSION BOARD TOPICS AND DUE DATES:

1) SAME SEX MARRIAGE – OCTOBER 26, 2015
2) HEALTHCARE REFORM – NOVEMBER 4, 2015
3) THE PRESIDENCY – NOVEMBER 18, 2015
4) ENTITLEMENTS – DECEMBER 2, 2015

LSC - OCR 000080

# CHAPTER ASSIGNMENTS:

Student will go to the D2L l website listed above and complete chapter assignments and submit on the date specified on the syllabus. Additional information is required for successful completion of these assignments in D2L. *ABSOLUTELY NO LATE ASSIGNMENTS WILL BE ACCEPTED.*

Thirty Six (36) chapter assignments are required for this course. The point value for each chapter assignment is varied. *You can* complete and submit these assignment any time up to the deadline date specified on the syllabus & course schedule. The grade for each assignment will post in the D2L grade book approximately one week after the deadline date so that each student can monitor individual progress in this course. Please read carefully and follow all instructions provided for completing all assignments.

## GOVT 2305-3020 IS DIVIDED INTO FOUR PHASES:

I.   **PHASE ONE: OCTOBER 19-31, 2015**
   1. TEXTBOOK CHAPTERS-GINSBERG, ET. AL CHAPTERS 2, 1, 3 & 10
   2. COURSE & SYLLABUS QUIZ DEADLINE: OCTOBER 23 , 2015
   3. DISCUSSION BOARD TOPIC #1 DEADLINE: OCTOBER 25, 2015
   4. CHAPTER ASSIGNMENTS: OCTOBER 31, 2015
   5. QUIZ #1 DEADLINE: OCTOBER 31, 2015
   6. EXAM #1 DEADLINE: OCTOBER 31, 2015

II.  **PHASE TWO: NOVEMBER 1-14, 2015**
   1. TEXTBOOK CHAPTERS: GINSBERG, ET.AL CHAPTERS 6, 8, 9, 11 & 7
   2. DISCUSSION BOARD TOPIC #2: DEADLINE: NOVEMBER 4, 2015
   3. CHAPTER ASSIGNMENTS: NOVEMBER 14, 2015
   4. QUIZ: #2 DEADLINE: NOVEMBER 14, 2015
   5. EXAM #2 DEADLINE DATE: NOVEMBER 14, 2015

III. **PHASE THREE: NOVEMBER 15-28, 2015**
   1. TEXTBOOK CHAPTERS – GINSBERG, ET AL. 12, 13, 14 & 15
   2. DISCUSSION TOPIC #3: DEADLINE: NOVEMBER 18, 2015
   3. CHAPTER ASSIGNMENTS: NOVEMBER 28, 2015
   4. QUIZ #3 DEADLINE: NOVEMBER 28, 2015
   5. EXAM #3 DEADLINE: NOVEMBER 28, 2015

IV.  **PHASE FOUR: NOVEMBER 29-DECEMBER 7, 2015**
   1. TEXTBOOK CHAPTERS: GINSBERG, ET.AL CHAPTERS 4, 5, 16, 17 & 18
   2. DISCUSSION BOARD TOPIC #2: DEADLINE: DECEMBER 2, 2015
   3. CHAPTER ASSIGNMENTS: DECEMBER 7, 2015
   4. QUIZ: #4 DEADLINE: DECEMBER 7, 2015
   5. EXAM #4 DEADLINE DATE: DECEMBER 7, 2015

|  | Course Learning Outcomes:#1 Chapters 2; #2 Chapter 3; #3 Chapter 3; #4 Chapters 15; #5 Chapters 6, 9 & 11; #6 Chapters 10; #7 Chapters 4 &5; #8 Chapters 16, 17 & 18 |  |
|---|---|---|

## * THE *INSTRUCTOR RESERVES THE RIGHT TO ALTER THE SCHEDULE.*

LSC - OCR 000081

**DIVISION POINT OF CONTACT:**
Jill Riethmayer, Dean
Behavioral Sciences, Business, Humanities & Social Sciences
Lone Star College - Tomball
30555 Tomball Parkway
Tomball, TX 77375
281-351-3342
Jill.Riethmayer@lonestar.edu

## THE LSC-TOMBALL LIBRARY HOURS AND PHONE:
http://www.lonestar.edu/library/info.htm

**The phone number is 832-559-4211.**

| | |
|---|---|
| Monday – Thursday: | 8:00 a.m. – 9:30 p.m. |
| Friday: | 8:00 a.m. – 6:00 p.m. |
| Saturday: | 10:00 a.m. – 5:00 p.m. |

## THE LSC-TOMBALL ASSESSMENT CENTER:
http://www.lonestar.edu/testing-tomball.htm

**The phone number is 832-559-4245.**

| | |
|---|---|
| Monday – Thursday: | 8:00 a.m. – 8:00 p.m. |
| Friday: | 8:00 a.m. – 5:00 p.m. |
| Saturday: | 9:00 a.m. – 3:00 p.m. |

## DISTANCE LEARNING HELPDESK NUMBER:
http://www.lonestar.edu/lsc-online/student-support.htm

**1-866-614-5014 – Open 24 hours a day, 7 days a week.**

## TUTORING:

Free tutoring is available to all Lone Star College System students. Tutors are professionals with CRLA certification. We also have a list of private tutors for your convenience. Please visit our **Extended Learning Center** or http://www.lonestar.edu/tutoring-tomball.htm for more information.

## SOFTWARE PIRACY:

Law strictly prohibits unauthorized copying of software purchased by LSC-Tomball for use in laboratories. The LSC-Tomball administration will take appropriate disciplinary action against anyone violating copyright laws.

## COMPUTER VIRUS PROTECTION:

Computer viruses are, unfortunately, a fact of life. Using the diskettes on more than one computer creates the possibility of infecting computers and diskettes with a computer virus. This exposes the computers of the college, your personal computer, and any others you may be using to potentially damaging viruses. The college has aggressive anti-virus procedures in place to protect its computers, but cannot guarantee that a virus might not temporarily infect one of its machines. It is your responsibility to protect all computers under your control and use and ensure that each diskette you use, whenever or wherever you use it, has been scanned with anti-virus software. Since new viruses arise continually, your anti-virus software must be kept current. And, since no anti-virus software will find every virus, keeping copies of data (backups) is extremely important.

## EQUAL OPPORTUNITY STATEMENT:

Lone Star College System is committed to the principle of equal opportunity in education and employment. The system does not discriminate against individuals on the basis of race, color, gender, religion, disability, age, veteran status, nationality, sexual orientation, or ethnicity in the administration of its educational policies, admissions policies, employment policies, scholarship and loan programs, and other system or college administered programs and activities.

LSC - OCR 000082

## SCANS MATRIX:

The U.S. Department of Education Secretary's Commission on Achieving Necessary Skills (SCANS) has researched and listed the skills and competencies that make up the know-how employees will need for workplace success. You can view the SCANS skills that are included in the course objectives at the Lone Star College System web site at:
http://www.lonestar.edu and follow links.

### FOR ADVISING ON THIS PROGRAM OR OTHER AREAS AT LSC-TOMBALL CONTACT:

o  Department Chairs
- Behavioral Sciences, Debra Parish: Debra.Parish@lonestar.edu, 281-351-3341
- Business, Joe Cahill: Joseph.M.Cahill@lonestar.edu, 281-357-3617
- Social Sciences, Dr. Annie Johnson Benifield:  Annie.J.Benifield@lonestar.edu, 281-357-3761

o  Program Coordinators
- Arts, Jill Riethmayer: Contact Deena Donaho, 281-357-3798
- Drama, Sherri White: Sherri.R.White@lonestar.edu, 281-357-3654
- Music, Dr. Lisa Morales: Lisa.Morales@lonestar.edu, 281-401-1845

o  Division Dean, Jill Riethmayer: Jill.Riethmayer@lonestar.edu, 281-351-3342
o  There is also information at:  http://www.lonestar.edu

LSC - OCR 000083

# GOVT 2305 COURSE SCHEDULE

### *Phase One: October 19 – 31, 2015*
### *Chapters 2, 1, 3 & 10*

**October 23, 2015 – Syllabus Quiz**
**October 26, 2015 - Discussion Board Topic #1**
**October 31, 2015 – Chapter Assignments**
**October 31, 2015 - Quiz #1 Deadline**
**October 31, 2015 - Exam #1 Deadline**

### *Phase Two: November 1 - 14, 2015*
### *Chapters 6, 8, 9, 11 & 7*

**November 4, 2015 - Discussion Board Topic #2**
**November 14, 2015 - Chapter Assignments**
**November 14, 2015 - Quiz #2 Deadline**
**November 14, 2015 - Exam #2 Deadline**

### *Phase Three: November 15 - 28, 2015*
### *Chapters 12, 13, 14 & 15*

**November 18, 2015 - Discussion Board Topic #3**
**November 28, 2015– Chapter Assignments**
**November 28, 2015 - Quiz #3 Deadline**
**November 28, 2015 - Exam # Deadline**

### *Phase Four: November 29 –December 7, 2015*
### *Chapters 4, 5, 16, 17 & 18*

**December 2, 2015 - Discussion Board Topic #4**
**December 7, 2015 - Chapter Assignments**
**December 7, 2015 - Quiz #2 Deadline**
**December 7, 2015 - Exam #2 Deadline**

## *LAST DAY TO DROP AND RECEIVE A "W" November 30, 2015*

**DIVISION POINT OF CONTACT:**
Jill Riethmayer, Dean
Arts, Business, Behavioral Sciences & Social Sciences
Lone Star College - Tomball
30555 Tomball Parkway
Tomball, TX 77375
281-351-3342
Jill.Riethmayer@lonestar.edu

LSC - OCR 000085



LONE STAR
COLLEGE
TOMBALL

**English 1302:  Composition II**
**Fall 2015 8 Week 2**

| Course Information | Faculty Information |
|---|---|
| **Course Title:  Composition II** | **Name:** Pattie Parker |
| **Course Number:  ENGL 1302** | **E-mail:** pattie.j.parker@lonestar.edu |
| **Course Section: 3026 8W2** | **Office Hours:** As I do not have face-to-face office hours, all communication will take place online. I will officially check email and discussion boards Mondays, Wednesdays, and Fridays at 6 p.m.; however, I am usually checking my email periodically throughout the day, so do not hesitate to email at any time. Please realize that I may not respond as quickly on weekends and holidays due to family commitments. |
| **Credit Hours: 3 credits: 3 hrs. lecture** | |
| **Prerequisite:  ENGL 1302** | |
| Kim Carter, English Department Chair 30555 Tomball Parkway Tomball, TX 77355 281-351-3352 Kimberly.S.Carter@lonestar.edu | **Note:** Papers and assignments are never to be handed in via email. Assignments are only accepted through the assignment drop box in the online course. |

**Course Materials:**



Ramage, John D., John C. Bean, and June Johnson.  *Writing Arguments: A Rhetoric with Readings*.  10th edition.  Boston: Pearson, 2016.  Print. ISBN:  978-0-321-90763-1

**Course Description**

Intensive study of and practice in the strategies and techniques for developing research-based expository and persuasive texts. Emphasis on effective and ethical rhetorical inquiry, including primary and secondary research methods; critical reading of verbal, visual, and multimedia texts; systematic evaluation, synthesis, and documentation of information sources; and critical thinking about evidence and conclusions.

**Core Objectives**
The Texas Higher Education Coordinating Board mandated a set of <u>Core Objectives</u>, inspired by the Association of American Colleges and Universities national initiative, Liberal Education and America's Promise (<u>LEAP</u>). These four objectives apply to communication courses:

1. *Critical Thinking Skills* - to include creative thinking, innovation, inquiry, and analysis, evaluation, and synthesis of information
2. *Communication Skills* - to include effective development, interpretation, and expression of ideas through written and visual communication[i]
3. *Teamwork* - to include the ability to consider different points of view and to work effectively with others to support a shared purpose or goal
4. *Personal Responsibility* - to include the ability to connect choices, actions, and consequences to ethical decision-making

**Learning Outcomes**
The following learning outcomes must appear in the syllabus distributed to students. They can be found at http://www.thecb.state.tx.us/AAR/UndergraduateEd/WorkforceEd/acgm.htm.

Upon successful completion of this course, students will:

1. Demonstrate knowledge of individual and collaborative research processes.
2. Develop ideas and synthesize primary and secondary sources within focused academic arguments, including one or more research-based essays.
3. Analyze, interpret, and evaluate a variety of texts for the ethical and logical uses of evidence.
4. Write in a style that clearly communicates meaning, builds credibility, and inspires belief or action.
5. Apply the conventions of style manuals for specific academic disciplines (e. g., APA, CMS, MLA, etc.

**Attendance Policy**
*Excessive absences*

Class attendance is absolutely necessary for your success in this course, so you must attend class. Since this is a completely online course, attendance works a bit differently than a traditional face-to-face course. In D2L, I am able to see the number of log ins associated with your account as well as the time spent during each log in. A student may be dropped for excessive absences, or in this case, a lack of time spent in the course, or for simply a lack of academic performance. It is the responsibility of each student to keep up with the pace of the course.

**Assignments**
*Late Work*
All work due is due by 11:59 p.m. of the date specified.  Work that is turned in late will lose one letter grade within the first 24 hours after the paper was due.  If the paper is submitted in the second 24 hour period, the paper will lose another letter grade.  The third 24 hour period the paper is late is the final chance to submit the assignment for a deduction of three letter grades. No papers will be accepted more than 72 hours after the due date.
   o **Example:** If the paper is due on Monday night at 11:59 p.m., but it is turned in at 3:00 a.m. the next day, (three hours late), I will deduct a letter grade.  If the paper earns a B, it will be awarded a C.  If it is turned in Thursday morning at 10:00 a.m., 58 hours late, the paper will be awarded an F.

## Class Participation

The college classroom is a place for adult men and women to come together with the common purpose of improving their intellectual and academic skills. All students deserve a classroom environment that is free of interruptions or distractions that impede learning. Because active participation in discussions boards is essential, it is important that all students are fully prepared for these discussions. Any student who continually demonstrates in discussions that they are unprepared will be asked to leave the discussion board.

## Grading Policy

*Final grades are determined by averaging the total of each area listed below.*

> 20%   *Discussion Posts (21)*
> 30%   *Writing Tasks (4)*
> 40%   *Papers (4)*
> 10%   *Final Exam (Timed Writing Task)*

### Grading Scale:

| 90-100 | A |
|--------|---|
| 80-89 | B |
| 70-79 | C |
| Below 70 | F or IP(*) |

*(*)Where circumstances warrant, the grade "IP" or "In Progress" is granted. Although IP is not a failing grade, the student must repeat the course in order to receive credit. The IP grade may be granted in place of the F solely at the discretion of the instructor if the student has demonstrated consistent participation and progress throughout the duration of the course.*

## Extended Learning Center and Tutoring Resources

The Extended Learning Center (ELC), located on the second floor of the LSC, Tomball Library, is available for students at Lone Star College, Tomball, to help students perform better in their academic classes. Free tutoring by professional tutors, resource materials, and computer-based instruction are available to help students with their academic goals. All LSCS campuses offer tutoring to all LSCS students.

The English department highly recommends taking advantage of the resources available through our tutors and reference librarians.

## Withdrawal Policy

Withdrawal from the course after the official day of record (see current catalog) will result in a final grade of "W" on the student transcript, and no credit will be awarded. Prior to the official day, it is the student's responsibility to initiate and complete a request for withdrawal from any course. Withdrawals are processed only if the student completes and submits for signature(s) the required withdrawal form(s) available from the Admissions Office.

**Six Drop Rule:** Students are limited to six (6) drops total while they are enrolled in any institution of higher education in Texas. A first time in college student is a student not currently enrolled in high school and who has never taken a college or university course anywhere at any time. If you consider dropping this course during the semester, you should go to advising prior to dropping and get information about the Six-Drop Rule.

**Code for Academic Honesty**

The System upholds the core values of learning: honesty, trust, respect, fairness, and accountability. We promote the importance of personal and academic honesty. We embrace the belief that all learners – students, faculty, staff and administrators – will produce their own work and must give appropriate credit to the work of others. No fabrication of sources or unauthorized collaboration is permitted on any work submitted within the System. Even inadvertent cheating or plagiarizing must be avoided by careful documentation of the other people's ideas and language. Please refer to the *Academic Honesty and Student Success* brochure for more information: www.lonestar.edu/31695.pdf.

The Lone Star College System subscribes to Turnitin.com, an online collaborative learning tool for faculty which supports faculty I their quest to uphold academic integrity. Student coursework will be submitted to the scrutiny of the Turnitin software. Please note that these submissions of assignments to Turnitin do not necessarily constitute an accusation or suspicion of plagiarism on the student's part.

**ADA Statement**

If you require reasonable accommodations because of a physical, mental, or learning disability, it is your responsibility to contact the instructor during the first two weeks of class. Check the System Office Catalog for the statement concerning people with disabilities.

**Equal Opportunity Statement**

Check the System Office Catalog for the statement concerning the equal opportunity principle.

**Emergency Notification**

Lone Star College System (LSCS) is committed to maintaining the safety of the students, faculty, staff, and guests while visiting any of our campuses. See http://www.lonestar.edu/oem for details. Register at http://www.lonestar.edu/12803.htm to receive emergency notifications. In the event of an emergency contact LSCS Police at (281) 290-5911 or X5911.

---

[1] Oral communication is handled explicitly in the 42 credit hour LSCS Core through the Speech course Core requirement. The LSCS General Education Committee determined that courses in the Core clearly can and should and usually must complement each other in order to achieve full coverage of the core objectives mandated by the THECB.

## Class Schedule

**Organization of Schedule:**  Each week's readings and assignment are organized chronologically. I pace due dates by halving the week from Monday to Thursday and Thursday to Monday. Note that Week 8 ends on Thursday, December 17th. Due dates include discussion posts, writing tasks, papers and the final exam.

**Pace:** Remember, this is a fast paced course and any assignments you do ahead of time will prepare you for the heavy workload of research assignments. Review the syllabus for my grading policy of late work. Do not let yourself get too far behind at any point as it will drastically impact your final course average.

**Holidays:** Our course spans the Thanksgiving holiday. Note that no work will be due on November 25th or 26th.

| | Monday | Tuesday | Wednesday | Thursday | Friday | |
|---|---|---|---|---|---|---|
| | | | **English 1302 8 Week 2** | | | |
| | | | Brief Calendar of Due Dates | | | |
| Week 1 | 19<br><br>Due Date<br>11:59 p.m. | 20 | 21 | 22<br><br>Due Date<br>11:59 p.m. | 23 | Discussion Post Total: 3 |
| Week 2 | 26<br>**Writing Task**<br>Due Date<br>11:59 p.m. | 27 | 28 | 29<br><br>Due Date<br>11:59 p.m. | 30 | Discussion Post Total: 3 |
| Week 3 | 2<br>**Paper Due**<br>Due Date<br>11:59 p.m. | 3 | 4 | 5<br>**Writing Task**<br>Due Date<br>11:59 p.m. | 6 | Discussion Post Total: 3 |
| Week 4 | 9<br>**Paper Due**<br>Due Date<br>11:59 p.m. | 10 | 11 | 12<br><br>Due Date<br>11:59 p.m. | 13 | Discussion Post Total: 3 |
| Week 5 | 16<br>**Writing Task**<br>Due Date<br>11:59 p.m. | 17 | 18 | 19<br>**Paper Due**<br>Due Date<br>11:59 p.m. | 20 | Discussion Post Total: 2 |
| Week 6 | 23<br><br>Due Date<br>11:59 p.m. | 24 | 25 Holiday<br><br>Thanksgiving Holiday no assignments due | 26 Holiday<br><br>Thanksgiving Holiday no assignments due | 27 | Discussion Post Total: 2 |
| Week 7 | 30<br>**Writing Task**<br>Due Date<br>11:59 p.m. | 1 | 2 | 3<br>**Paper Due**<br>Due Date<br>11:59 p.m. | 4 | Discussion Post Total: 3 |
| Week 8 | 7<br><br>Due Date<br>11:59 p.m. | 8 | 9 | 10<br><br>Final Exam Due<br>11:59 p.m. | 11 | Discussion Post Total: 2 |
| | Grades posted by December 16th | | | | | |



## Syllabus

## DRAM 1310-Theatre Appreciation

| | |
|---|---|
| **Course Title** | Theatre Appreciation |
| **Course Schedule** | Distance Learning |
| **Course Description** | Survey of theater including its history, dramatic works, stage techniques, production procedures, and relation to other art forms. Participation in productions may be required. |
| **Learning Outcomes** | Upon successful completion of this course, students will: |

- Analyze theater through written responses to play texts and/or live performance.
- Demonstrate a basic knowledge of theater history and dramatic works.
- Describe the collaborative nature of theater arts.
- Demonstrate the relationship of the arts to everyday life as well as broader historical and social contexts.

| | |
|---|---|
| **Prerequisites** | ENGL 0305 or ENGL 0316 AND ENGL 0307 or 0326, OR higher level course (ENGL 1301), OR placement by testing |
| **Credit Hours** | 3 |
| **Required Materials** | **Acquire textbooks immediately.** |

*The Essential Theatre,* 10th edition by Brockett and Ball
The custom edition available in the Montgomery bookstore is the most cost effective way to acquire the hard copy of the book.
You may also use the digital 10th edition of *The Essential Theatre* that can be found here:
http://www.cengagebrain.com/shop/isbn/9781133307280
Note that because this is not the LSC-M custom edition, some of the page numbers will be different, but the information will be the same.

There is a reference copy of the textbook available in the LSC-Montgomery library.

On an assignment you will be asked to provide a directorial concept of *A Midsummer Night's Dream* by William Shakespeare. The play can be found here: http://shakespeare.mit.edu/midsummer/full.html

| | |
|---|---|
| **Instructor's Office Location and Office Hours** | D202<br><br>M-TH 10-1130 |
| **Instructor/Department Chair Contact Information** | Chase Waites<br>Office Phone: 936-271-6127<br>Email:chase@lonestar.edu<br>Fax: 936-271-6143<br>Main Department Phone Number: 936-273-7260 |
| **Division Dean contact information** | Dean Deborah Ellington<br>F252<br>936-273-7274<br>Deborah.N.Ellington@lonestar.edu |
| **Evaluation** | **EVERYTHING WE DO IN CLASS IS GRADED.**<br>Quizzes 35%<br>Assignments and Discussions 30%<br>Final Exam 20%<br>Play Critiques 15% |
| **Assignments** | # READ THIS SECTION CAREFULLY AND UNDERSTAND YOUR RESPONSIBILITIES |

LATE WORK IS UNACCEPTABLE. **IT IS YOUR RESPONSIBILTY TO MAINTAIN A RELIABLE INTERNET CONNECTION.** DO NOT INFORM ME OF TECHNICAL DIFFICULTIES. CONTACT THE

ECAMPUS HELP DESK. IF YOU COMMUNICATE WITH ME ABOUT A TECHNICAL PROBLEM I WILL NEED TO KNOW THE NAME OF THE ECAMPUS HELP REPRESENTATIVE YOU SPOKE WITH. DO NOT TELL ME YOU COULD NOT GET IN TOUCH WITH THEM. THEY ARE ALWAYS AVAILABLE.

**DO NOT PROCRASTINATE.** IF YOU DO, INEVITABLY YOU WILL MISS ASSIGNMENTS AND QUIZZES. IF YOU HAVE A PROBLEM SUBMITTING AN ASSIGNMENT VIA THE ONLINE LEARNING MODULE, EMAIL ME THE ASSIGNMENT DIRECTLY BEFORE IT IS DUE TO CHASE@LONESTAR.EDU

**In the event of an e-catastrophe:**
1) Call the help desk and report the problem **1-866-614-5014**
2) Do your assignment and email it to me explaining your e-problem before the due time and date. If it is after the due time, it is safest to go ahead and email it to me anyway.

**ASSIGNMENTS HAVE WORD MINIMUMS OF 200**. IF WORD MINIMUMS ARE NOT MET, THE STUDENT WILL RECEIVE A ZERO ON THE ASSIGNMENT REGARDLESS OF WORD COUNT OR CONTENT. YOUR NAME AND ASSIGNMENT HEADING DO NOT COUNT TOWARDS THE 200 WORDS.

Please make sure all work is your own. Copying and pasting from websites like Wikipedia is not an acceptable way to complete assignments. This is plagiarism, a serious academic offense. If you do quote other material to support your own thoughts and ideas, you should cite your source.

**DISCUSSION ANSWERS SHOULD BE AT LEAST 3 SENTENCES** and you are encouraged to appropriately comment on each other's discussion answers.

**YOU ARE** REQUIRED **TO SEE THE LSC-MONTGOMERY THEATRE PRODUCTION** *Run Like the Dickens* SEEING AND REVIEWING A PRODUCTION COUNTS FOR 15% OF YOUR GRADE. The Play runs November 19-21 in D100, the Mainstage Theatre. Though it is rated G, I wouldn't recommend it for very young audiences. See the related assignment for specific production times.

If you have an **exceptional** situation that prevents you from getting to a live theatre production, email me no later than November15th to make alternate arrangements.

| | |
|---|---|
| **Letter Grade Assignment** | Final letter grades will be assigned in the following manner: |

100 – 90 **(A)**
80 – 89 **(B)**
70 – 79 **(C)**
60 – 69 **(D)**

59 and below **(F)**

| | |
|---|---|
| **Withdrawal Policy** | The district withdrawal policy can be found on page 46 of the LSCS catalog. |

It is important that you are successful in this course. If you are having difficulty that might impact your ability to complete the course, it is vital that you contact me to discuss your options. After our discussion, if you feel that you need to withdraw from the course, it is your responsibility to do so before the final day to withdraw.

**If you miss any combination totaling 6 assignments, discussions, and quizzes, it is likely you will be dropped from the class. Note that the last day to drop with a W is November 10.**

**Syllabus Change**        While every attempt has been made to prepare this syllabus and class schedule in final form, it will be the instructor's prerogative to make any changes as may be deemed necessary in order to meet the learning outcomes of the course.

**Certificate/Degree Plan**        Degree plans for programs offered at Lone Star College – Montgomery can be located in the Lone Star College catalog or on the Lone Star College – Montgomery web site.

**Academic Integrity**        Can be found on Page 81 of the LSCS catalog.

**Software Piracy:**        Law strictly prohibits unauthorized copying of software purchased by Lone Star College – Montgomery for use in laboratories. Lone Star College – Montgomery administration will take appropriate disciplinary action against anyone violating copyright laws.

**Equal Opportunity Statement:**        See Lone Star College catalog or go to http://www.lonestar.edu

**ADA Statement**        See Lone Star College catalog page 37.

**Advising**        For additional assistance or more information on degree plans or future courses that Lone Star College – Montgomery may offer,

please contact one of the following:

Neil Phillips, Counselor                    Juan C. Lebron

936-273-7246                                 936-273-7280
Neil.Phillips@lonestar.edu                   Juan.C.Lebron@lonestar.edu

.

**Course Schedule**          **YOU MUST KEEP UP WITH THE READINGS.**

**(Subject to change based on progress of the class and evaluation of the instructor.)**

Each chapter reading is followed by a chapter support power point, discussion, assignment, and quiz. You must read the power point before moving to the discussion and the assignment. Web links are also provided with each chapter. Click on these to find subjects of interest applicable to each chapter.                    .

**Order of Assignments:**

Introductions, syllabus, syllabus quiz

Chapter 1

Chapter 2

Chapter 3

Chapter 4

Chapter 5

Chapter 6

Chapter 7

Chapter 8

Chapter 9

Chapter 10

Chapter 11

Chapter 12

Play Critique

Chapter 13

Chapter 14

Chapter 15

Chapter 16

Chapter 17

Final Exam

**Other Information:**     **Lone Star College Montgomery Theatre Web site:**
lonestar.edu/theatre-montgomery
The web site contains all information pertinent to the theatre
department including our season schedule.

Like us on Facebook!

LSC - OCR 000095



# Interpersonal Communication

## Instructor contact information

| | | | |
|---|---|---|---|
| **Instructor:** | Kristi Johnson | **Office/Additional Phone:** | N/A |
| **Office:** | N/A | **Office Hours:** (or hours of availability) | By appointment only |
| **E-mail:** | Krist.johnson2@d2l.lonestar.edu | **Website/Alternative Contact:** | N/A |

## Welcome to

| | | | |
|---|---|---|---|
| **Course Title:** | SPCH 1318 | **Term and Year:** | Fall 2015 |
| **Course Subject:** | | | |
| **Course Section:** | | **Class Days & Times:** | ONLINE |
| **Credit Hours:** | 3 | | |

## Course overview

**Catalog Description:**

Application of communication theory to interpersonal relationship development, maintenance, and termination in relationship contexts including friendships, romantic partners, families, and relationships with co-workers and supervisors.

**Student Learning Outcomes:**

1 - Exhibit understanding of interpersonal theories and principles.

2 - Demonstrate ability to analyze and critique verbal and nonverbal interactions in mediated and face-to-face contexts.

3 - Identify and understand perceptual processes as they relate to self and others.

4 - Demonstrate critical thinking ability by effectively researching, evaluating, and applying communication theories in oral and written assignments.

5 - Demonstrate understanding of the relevance of cross-cultural, co-cultural, gender, and age influences on human communication.

6 - Identify, evaluate, and apply conflict styles and conflict resolution strategies.

7 - Identify types of and barriers to effective listening.

8 - Demonstrate understanding of visual communication as it pertains to communication competence.

**In our efforts to prepare students for a changing world, students may be expected to utilize computer technology while enrolled in classes, certificate, and/or degree programs within LSCS. The specific requirements are listed below:**

<u>**The Office of Technology Services**</u>

The Office of Technology Services (OTS) Service Desk is your first point of contact when in need of urgent assistance. Contact the Service Desk 24x7, 365 days a year at **832.813.6600 or 1.866.614.5014** or email <u>ots@lonestar.edu</u>.

*(Examples only - please delete and list your specific requirements here): Online quizzes, online assignment submissions, Microsoft Word document submissions, discussion boards, etc.*

<u>Getting ready</u>

**Prerequisites:** ENGL 0305 or ENGL 0365 or ENGL 0115 AND ENGL 0307 or ENGL 0375 or ENGL 0117 OR higher level course (ENGL 1301) OR placement by testing. ENGL 0309 or ENGL 0310 also meets prerequisite.

**Required Material:** **Interpersonal Communication: The Real World Approach**

**Optional Materials
or Reference Texts:**

## Instructor guidelines and policies

**Attendance:** Consistent attendance is requires in order to be successful in the course. Please log in to D2l weekly in order to receive and submit all assignments in a timely fashion.

**Assignments:** All assignments must be typed and submitted by the due date. Each late assignment will erceive a ten point deduction per class day.

**Make-up Exams:** Exams may be made up with a 10 point deduction per class day missed.

**Modules:** Each module will be posted on Monday with weekly assignments due by Friday at midnight.

**Department/Division Contact:** : Lead Faculty          Name:  Dr. Debra Harper-LeBlanc
                                                         Email:  debra.j.harper@lonestar.edu
                                                         Office: 281.765.7969

**GRADE DETERMINATION:**

| Your grade will be determined by the following | Details | Points (if applicable) | Percent of Final Average |
|---|---|---|---|
| Quizzes | | | 10 |
| Class projects | | | 30 |
| Mid Term | | | 20 |
| Final Exam | | | 20 |
| Class Participation | | | 20 |
| | | | |
| Total: | | | 100% |

*PLEASE REVISE ACCORDING TO YOUR NEEDS*

**LETTER GRADE ASSIGNMENT:**

| Letter Grade | Final Average in Percent |
|---|---|
| A | 89.5 – 100 |
| B | 79.5 – 89.4 |
| C | 69.5 – 79.4 |
| D | 59.5 – 69.4 |
| | |

| | | |
|---|---|---|
| | | |
| | | |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

LSC - OCR 000099

**Withdrawal Policy**

Withdrawal from the course after the official day of record and prior to "W" Day, (see current catalog for this date) will result in a final grade of "W" on your transcript.  Instructor approval is necessary if you want to withdraw after official day.  No credit will be awarded for a course earning a "W."  If you stop attending class, you must withdraw at the registration office prior to "W" day.  If you stop attending class and do not officially withdraw by **11/30/2015,** you will receive an "F" for the course.

**Six Drop Rule**

Students who enrolled in Texas public institutions of higher education as first-time college students during the Fall 2007 term or later are subject to section 51.907 of the Texas Education Code, which states that an institution of higher education may not permit a student to drop (withdraw with a grade of "W") from more than six courses, including courses that a transfer student has previously dropped at other Texas public institutions of higher education that have already been counted against their six drop limit.   Each student should fully understand this drop limit before you drop any course.  Please see a Counselor or Advisor in our Student Services area for additional information and assistance. This policy does not affect developmental or ESOL students.


# Lone Star College-Victory Center is committed to your success

**Your success is our primary concern!**  If you are experiencing challenges achieving your academic goals, please contact your instructor or an advisor.  We can provide assistance with academic needs, ADA accommodations, classroom difficulties, financial concerns, and other issues.


### Counseling Services
Counseling services are available to students who are experiencing difficulty with academic issues, selection of college major, career planning, disability accommodations, or personal issues.  Students may contact Counseling and Career Services.

### Extended Learning Center
The Lone Star College-Victory Center Extended Learning Center offers tutoring services, information, and resources for both college students and the community in room 107.  Librarians are available to assist with research.

To contact a reference librarian email nhref@lonestar.edu or call 281.810.5617.

For **ELC** hours and contact information, please visit http://www.lonestar.edu/17441.htm.


### Tutoring Services
The Lone Star College -- Greenspoint Center Tutoring Services is located on the 3rd floor.
Contact Ms. Terrae Johnson at 281.260.3521 in room 310E for hours or information.

# Lone Star College-Victory Center Campus and System Policies

**Academic Integrity**

The Lone Star College System upholds the core values of learning: honesty, respect, fairness, and accountability. The system promotes the importance of personal and academic honesty. The system embraces the belief that all learners – students, faculty, staff and administrators – will act with integrity and honesty and must produce their own work and give appropriate credit to the work of others. Fabrication of sources, cheating, or unauthorized collaboration is not permitted on any work submitted within the system.

The consequences for academic dishonesty are determined by the professor, or the professor and academic dean, or the professor and chief student services officer and can include but are not limited to:
1. Having additional class requirements imposed,
2. Receiving a grade of zero or "F" for an exam or assignment,
3. Receiving a grade of "F" for the course,
4. Being withdrawn from the course or program,
5. Being expelled from the college system.

**Student Behavior Expectations**

Students are expected to conduct themselves appropriately while on College property or in an online environment. Students may receive disciplinary action up to and including suspension, if they violate System or College rules, disrupt classes, or interfere with the opportunity of others to obtain an education. Students who pose a threat to the safety of others will be subject to immediate withdrawal from the classroom, campus environment, and/or online environment, as well as face subsequent criminal charges, as appropriate. Please refer to the Student Code of Conduct located online at http://www.lonestar.edu/student-responsibilities.htm for additional information.

**Americans with Disabilities Act Statement**

Lone Star College-Victory Center is dedicated to providing the least restrictive environment for all students. We promote equity in academic access through the implementation of reasonable accommodations as required by the Vocational Rehabilitation Act of 1973, Title V, Section 504 and the Americans with Disabilities Act of 1990 (ADA) which will enable students with disabilities to participate in and benefit from all post-secondary educational activities.

Disability Services is located on the LSC Greenspoint campus. You may contact Disability Services at the following number: 281.260.3522. Additional information may be accessed online at the following URL: http://www.lonestar.edu/disability-services.htm

**Campus Safety and Security**

Lone Star College System is committed to maintaining the safety of the students, faculty, staff, and guests while visiting one of our campuses. See http://www.lonestar.edu/safety-nh.htm for details.
Register at http://www.lonestar.edu/12803.htm to receive emergency notifications. In the event of an emergency, contact the police at 5911.

**Computer Virus Protection**

Computer viruses are, unfortunately, a fact of life. Using flash drives on more than one computer creates the possibility of infecting additional computers and flash drives with computer viruses. This exposes college computers, personal computers, and any other computers to potentially damaging viruses. The college has aggressive anti-virus procedures in place to protect its computers, but cannot guarantee that a virus might not temporarily infect one of its machines. It is your responsibility to protect all computers under your control and use and ensure that each flash drive you use, wherever you use it, has been scanned with anti-virus software.

**Equal Opportunity Statement**

It is the policy of the Lone Star College System to provide equal employment, admission and educational opportunities without regard to race, color, creed, national origin, gender, age, veteran's status, sexual orientation, or disability.

Lone Star Colleges strive to provide an excellent learning environment free from harassment or intimidation directed at any person's race, color, creed, national origin, gender, age, veteran's status, sexual orientation, or disability. Any form of harassment will not be tolerated.

**FERPA**

The academic, financial, and non-directory information on your student account is confidential and protected by the Family Educational Rights & Privacy Act (FERPA). LSCS cannot release certain information to another person without your written authorization. Additional information on FERPA can be found at http://www.lonestar.edu/ferpa.htm.

**Internet and E-mail**

LSCS provides computing and network resources. You are encouraged to use the computers, software packages, and electronic mail (e-mail) for educational or System-related activities and to facilitate the efficient exchange of useful information. The equipment, software, and network capacities provided through the district computer services are the property of the System. Use of the equipment and networks is to comport with the policies and procedures of the System and access may be denied to any student who fails to comply with the System's policies and procedures regarding its use.

Access to the System's e-mail and similar electronic communications systems are a privilege and certain responsibilities accompany that privilege. All users are expected to demonstrate the same level of ethical and professional manner, as is required in face-to-face or written communications. Threatening, anonymous, or forged messages will be treated as a violation of this policy.

**Software Piracy**

Law strictly prohibits unauthorized copying of software purchased by Lone Star College-Victory Center for use in laboratories. Lone Star College-Victory Center's administration will take appropriate disciplinary action against anyone violating copyright laws.

**Evaluation of Instruction**

Lone Star College-Victory Center is committed to student success. As part of its' institutional effectiveness efforts, our instructors are assessed in several ways. For the continuous improvement of our instruction, all students are encouraged to provide input for each course they take each semester using the Course Evaluations Questionnaire, which can be accessed online for each course. This occurs approximately half way through your course and your instructor will provide you more information on this process. The college deans review these evaluations each semester. The deans and/or lead faculty may visit each instructor's class at some time during the semester to observe the instructional environment being provided and complete an assessment of the instructor.

**Syllabus**
US History Since 1877 [3 credits]
HIST.1302.2X03 (3964)
Fall, 2015

| | |
|---|---|
| Instructor | R. Chris Davis |
| Email | R.Chris.Davis@LoneStar.edu |
| Phone | 281.312.1654 |
| Office | CLA 200C |
| Office Hours | M W 1:30–2:30 PM; T Th F 11:00 AM–12:00 PM |
| Classroom | Online/D2L |
| Meeting Time | Online/Daily |
| Start Date | Oct. 19, 2015 (8 weeks) |

**Course Description:** A survey of U.S. history from 1877 to the present. Topics will include western expansion, industrialization, immigration, imperialism, economic, political and social developments, the wars of the 20th century and the changing status and conditions of women and minorities. Another purpose of this course is to introduce students to the skills and practices of history.

**Learning Outcomes**
- Create an argument through the use of historical evidence;
- Analyze and interpret primary and secondary sources;
- Analyze the effects of historical, social, political, economic, cultural, and global forces on this period of United States history.

**Prerequisites:** ENGL 0365 or ENGL 0115 AND ENGL 0375 or ENGL 0117 OR higher level course (ENGL 1301) OR placement by testing. ENGL 0309 or ENGL 0310 also meets prerequisite.

**Required Texts**
Eric Foner, *Give Me Liberty! An American History* (Seagull Fourth Edition) Vol. 2 (W.W. Norton & Company, 2013). ISBN-13: 978-0393920314.
Paul A. Lombardo, *Three Generations, No Imbeciles: Eugenics, the Supreme Court, and* Buck v. Bell. ISBN-13: 978-0801898242
Michael C. C. Adams, *The Best War Ever: America and World War II*, 2nd Edition (Johns Hopkins UP, 2015). ISBN-13: 978-1421416670.

LSC - OCR 000104

Kate Brown, *Plutopia: Nuclear Families, Atomic Cities, and the Great Soviet and American Plutonium Disasters* (Oxford UP, 2013). ISBN-13: 978-0199855766.

**Instructor Contact:** Email is the best way to contact me. I always try to respond within a day or two. If I am unavailable, simply leave your name and number on the voice mail and I will call you back. When emailing or calling me, please also identify the course you are in.

**Grading Policy**

20% **Unit Quizzes:** There will be a quiz over each unit, thus 3 quizzes total, worth 10 points each, covering the assigned readings. These quizzes will include multiple-choice, matching, and long-answer question. I will prep you in advance. I will also drop the lowest of these grades, even for a missed quiz. Altogether, these quizzes count a max. 20 points toward your final grade.

20% **Discussion/Response:** There will be 3 discussion topics worth 10 points each, about every other week, over assigned readings. You must post a 200-word response to each topic and then reply to two of your colleagues' posts. I will drop the lowest of these grades, even for a missed assignment. Altogether, these discussions count a max. 20 points toward your final grade.

20% **Reading-Response and Graphic Organizer Worksheets:** There will be a number of worksheets used to analyze primary sources. Completion of these counts a max. 20 points toward your final grade.

20% **Essay:** In keeping with the requirements of the SSH Division at LSC–Kingwood, the writing component of this course will be 20% of your overall grade. To fulfill this component, you will write a 1000-word essay on a given topic. Prior to submitting your essay, you must take the Essay Formatting Quiz, which covers proper formatting and citation within the Essay, and is worth 1 point toward your essay grade.

20% **Final Exam:** The final exam will be a maximum of 20 points toward your final grade. The exam will cover only the Plutopia text and handful of readings assigned after Quiz 3. A thorough review will be provided before the exam.

**Extra Credit:** I often award extra points for exceeding the minimum number of discussion postings or for lengthier responses that provide detailed information and examples that broaden the conversation. In this way, students can add several points in the final grade calculation, which can make the difference in a letter grade.

LSC - OCR 000105

**Attendance, Preparation & Keys to Success:** Regular attendance is mandatory. I will keep roll and, moreover, use attendance as a factor when deciding to bump up grades that are borderline. Moreover, it is imperative that all reading assignments be completed prior to class, as this facilitates discussion and exchange. In addition to participating in classroom discussions, you will also be expected to read and post messages on the discussion board. In written assignments, including discussion posts, please make use of the spell-checker. Take your time and really think about these discussion topics and responses. Do not simply jot down some responses; rather, write in full sentences and use proper punctuation. Realize that the topic and structure of the term paper will draw on the same kinds of topics and questions. You might even be able to use in your essay some of what you've written in the discussion posts. In written assignments I am looking for you to respond concisely to the given essay question, long-answer questions, and discussion prompt. Do not elaborate on any other topic.

**Prohibitions:** Laptops, tablets, cell phones, and other such electronic devices are not allowed to be in use during class time. If you have a particular circumstance that requires you to take a call (e.g. you have a pregnant family member/partner, or are an emergency responder who needs to be on call), then notify me in advance. Students are not allowed to video or record class lessons, as this raises privacy issues for everyone in the class.

**Make-Up Policy:** You cannot make-up the quizzes or the final exam, although you can drop the lowest quiz grade, even if a missed quiz. Each quiz will be available in D2L and remain open for several days; if you insist on a paper version, email me and I will provide you one. Notifying me *after* the assignment or assessment due-date that you were sick or else had technical problems is not grounds for a make up. Of course, I am always willing to work around legitimate issues (medical, legal, family, work) that might prevent students from completing assignments on time, provided I am given advance notice. If you need to drop the course, it is your responsibility to do the necessary paperwork. I will not do it for you. However, before you drop, please consult me first. I am always hopeful we can work something out.

**Academic Integrity:** The Lone Star College System upholds the core values of learning: honesty, respect, fairness, and accountability. The system promotes the importance of personal and academic honesty. The system embraces the belief that all learners – students, faculty, staff and administrators – will act with integrity and honesty and must produce their own work and give appropriate credit to the work of others. Fabrication of sources, cheating, or unauthorized collaboration is not permitted on any work submitted within the system. Academic dishonesty incudes:

*Plagiarism*
1. Buying or using someone else's paper or project from a local source or internet site and submitting as your work.

LSC - OCR 000106

2. Incorrectly attributing or neglecting to attribute source material (books, articles, internet sites, music CDs, movies, etc.) used in an assignment or clinical written work.
3. Failing to distinguish direct quotations from paraphrasing or summarization of source material.
4. Completing someone else's work on an assignment or clinical written work.
5. Fabricating or falsifying information or source material in an assignment or clinical written work.
6. Submitting an assignment or clinical written work as your own after someone else has rewritten or changed major portions of it.
7. Using a project completed for another course and resubmitting it w/o changes for another course.

*Sabotage*
1. Destroying or vandalizing student or faculty course materials or records.

*Lying*
1. Use of deception when faced with allegations of academic dishonesty.
2. Omitting important information from a teacher or fellow student related to course work or clinical written work.

*Dishonest/Unethical Practices*
1. Selling or purchasing examinations, papers, notes, or other assignments.
2. Altering, forging, fabricating, or counterfeiting student or faculty course materials or college records and/or presenting such items as official records.
3. Using counterfeit documents or false information to delay testing or manipulate course work to an advantage over other students.

The consequences for academic dishonesty are determined by the professor, or the professor and academic dean, or the professor and chief student services officer and can include but are not limited to:

1. Having additional class requirements imposed,
2. Receiving a grade of zero or "F" for an exam or assignment,
3. Receiving a grade of "F" for the course,
4. Being withdrawn from the course or program,
5. Being expelled from the college system.

The Lone Star College System subscribes to Turnitin.com, an online collaborative learning tool for faculty which supports faculty in their quest to uphold academic integrity. Student coursework will be submitted to the scrutiny of the Turnitin software. Please note that these submissions of assignments to Turnitin do not necessarily constitute an accusation or suspicion of plagiarism on the student's part.

My current policy is to allow students to take quizzes online, on their own. You may use your book and any notes. However, you are not allowed to collaborate on these assessments. Two or more students are not allowed to take these assessments using the same computer or else on the same network, in the same location and at the same time. Note that when you log into the course, your computer or router's IP address is recorded, as are the time stamps for when you log in, take assessments, visit pages, etc. I will monitor this data. If you have a family member in this course, with whom you live and share a computer, then you must notify me in advance so that we can work out an alternative. Please also note that sharing textbooks and internet networks, even for financial reasons, is not a valid reason to share computer access during assessments. If I notice violations of this policy, then I reserve the right to mandate quizzes and the exam either be taken at a testing center (proctored) or else reformat the assessments as short-answer and long essay.

**Grievance Procedures**: If any student is concerned about policies, classroom discussions, grades or other matters pertaining to the course he/she should see me immediately so we can address those concerns. If your concern is not satisfactorily addressed you may contact:

> Thilo W. Schimmel, Chair, Social Sciences – Thilo.W.Schimmel@lonestar.edu – 281-312-1406
> Marie Sesay, Dean, SSH Division – Marie.Sesay@lonestar.edu – 281-312-1670

**Americans with Disabilities Act**: Lone Star College-Kingwood is dedicated to providing the least restrictive environment for all students. We promote equity in academic access through the implementation of reasonable accommodations as required by the Vocational Rehabilitation Act of 1973, Title V, Section 504 and the Americans with Disabilities Act of 1990 (ADA) which will enable students with disabilities to participate in and benefit from all post-secondary educational activities.

If you require reasonable accommodations because of a physical, mental, or learning disability, please contact the Counseling Office to obtain the necessary information to request accommodations. Upon completion of this process, please notify your instructor as soon as possible and preferably before the end of the first two weeks of class to arrange for reasonable accommodations. For information or assistance, call:

> Lone Star College-Kingwood
> 281.312.1548 (voice)
> 281.312.1515 (TDD)

Lone Star College System (LSCS) is committed to maintaining the safety of the students, faculty, staff, and guests while visiting any of our campuses. See http://www.lonestar.edu/oem for

LSC - OCR 000108

details. Register at http://www.lonestar.edu/12803.htm to receive emergency notifications. In the event of an emergency contact LSCS Police at (281) 290-5911 or X5911.

**Troubleshooting:** Realize that D2L is not flawless. It is quite possible that we will experience some technical difficulties during the term. If so, do not panic. Just keep checking the eCampus website for updates and instructions. If you are having continued trouble with system or with your computer, first ask me. If I cannot solve the problem, I'll direct you to the LSC-Online Technical Support.

R. Chris Davis – p. 6 – HIST.1302.2X03

LSC - OCR 000109

## GOVT 2306: Texas Government
## Course Syllabus

Instructor: Darrell A. Lovell, MPA
On-line course, Lonestar College –Tomball Campus
Contact information:
Email – Darrell.A.Lovell@lonestar.edu (Preferred)
Phone – 281-401-1816 (Office of Behavioral Sciences)
Online Office Hours: TBD

**COURSE DESCRIPTION:** Overall introduction to the physical geography, demography, economy and political culture of Texas; the origin and development of the Texas constitution; federalism and intergovernmental relations; linkage institutions including political participation, interest groups, political parties and elections; the policymaking institutions; local government and the state budgetary process.

**TEXTBOOK:** *Governing Texas, 2nd edition, Anthony Champagne & Edward Harpham. ISBN: 978-0-393-93684-1. You can access materials and ebook at this site https://digital.wwnorton.com/govtexas2*

*Additional Readings:* In addition to your textbook I will assign outside readings that are MANDATORY for the course. The readings will show up on the exams and you will be asked to participate in discussions about them during the course that will be graded. All additional course readings can be downloaded in PDF format in that week's module.

**STUDENT RESPONSIBILITIES:** The following is a list of student responsibilities. This list *is not exhaustive*, but indicates the core responsibilities that you will accept for this course. These responsibilities begin now, week 1 of the semester, not week 6. As the student, you are responsible for:
- Thoroughly reviewing the course syllabus.
- Obtaining and keeping a copy of the course syllabus.
- Fully understanding the course syllabus.
- Fully understanding the management and design of this online course.
- Being able to locate all course material online and being certain that all material is accessible prior to course deadlines.
- Knowing and following the requirements, important dates, deadlines and policies of this course.
- Knowing and understanding grading procedures.
- Being aware of all announcements and postings online for this course.
- Reviewing, understanding and complying with the academic integrity statement of Lone Star College District (LSC).
- Successfully contacting and discussing any questions about the course with the instructor.
- Successfully contacting and disclosing any concerns with the instructor that would be relevant to your success in the course.
- Understanding that the course design, policies, assignments, exam format, etc. will not be altered or changed.
- Being aware of your academic status THROUGHOUT the duration course, NOT at the end of the course or once the course has been completed.

**- LSC Online Information (D2L):**
This is a course specifically designed for online learning. With that in mind, there is an emphasis on the text and the material and resources made available on the course website. Further, students work independently without

meeting face to face with the instructor on any scheduled basis. Students who are accustomed to the traditional face-to-face course will indeed experience a different format and approach to learning. Students who take online courses may prefer greater flexibility in allotting and committing time to a course. **In the end, however, you must decide if this is the right format and approach to learning for you. Please consider that as you review course material.**

**LONE STAR ONLINE AND GOVT 2306:** Lone Star Online uses an online learning system known as D2L. I have designed this course for this online section of GOVT 2306. So yes, this course has been customized for you by me. I have also provided you with additional commentary that you would be given in my face to face course. Finally, I have customized all exams that will be used in this course.

**STUDENT RESPONSIBILITY:** As described in the previous section on Student Responsibilities, it is your responsibility to familiarize yourself with the course website and its design. You must be able to locate all course material online and be certain that all material is accessible prior to course deadlines. You must have the computer equipment and browser requirements needed in order to complete this course. For example, you may need to use the browser, Mozilla Firefox, or download a new version of Adobe in order to view and use all course materials. Begin navigating through the website at the *beginning of the course* to be certain that all material (intro quiz, links, videos, exercises, simulations, policy debates, etc.) can be accessed. However, it is again stated that the student is responsible for meeting all deadlines. *Students should visit the course content folder on the Monday of each week to find out the information and deadlines for that week. They will also find assignments in the content folder.*

That a student waits until the last minute to learn that they do not have the technical capability to submit and complete the intro quiz, discussions, exercises, simulations, policy debates, etc. is not accepted as an excuse. Extensions to deadlines are not given for failure to have reviewed the website earlier for these types of problems. Simply put, as the student you must locate and use a computer that will allow you full access to the course website; you must use an internet browser that allows you access to all links and materials; and, finally, you must contact technical support for any issue preventing you from accessing all material on the course website.

**PROBLEMS/ASSISTANCE: I can assist you with a problem about how I have designed the course.** For example, if you are taking a quiz and it is not allowing you the opportunity to review incorrect answers, please let me know; if the link to a chapter review does not work, please let me know. If you cannot access your grades using the online tool, My Grades, please let me know. These are examples of what I can work on to correct. However, if you have problems with your computer, technical equipment such as a router, your internet browser, etc., you will need to seek assistance from technical support. Assistance is available through the Lone Star Help Desk and technical support is also provided by the publisher of the textbook and online course materials (see below). For this information, review the **Computer Troubleshooting** link I provide for you under **Lessons/Course Information.** Contact information for the LSC Help Desk is also available on the home page of LSC Online.

**THOSE INEVITABLE, DREADFUL SNAFFUS:** Perhaps not all will go as planned. Perhaps there will be a district-wide computer crash (not likely); perhaps website links that work now will not work next week. In our attempt to journey into the virtual world, there will be glitches, errors, mistakes, and perhaps some that we can't even blame on technology. My experience with online students is that they are patient, civil and respectful, and I expect this to continue. Be assured that there rarely is a problem. Most, if not all students, are able to successfully use all tools available on the website and complete the course.
*If an emergency happens during an assessment you MUST provide the professor with documentation and email immediately. If you do not email in a timely manner there will be no makeup given and you will not be allowed to re-enter the assessment. After emailing the professor contact tech support. MAKEUPS OR ALLOWANCES WILL ONLY BE GIVEN FOR SYSTEM ISSUES. If your internet or pc fails that is not*

*something under the school's or instructor's control. It is your responsibility to make sure you are on a stable connection.*

**- GRADE RANGE:**
90 – 100 A
80 – 89 B
70 – 79 C
60 – 69 D
BELOW 60 F

**- Make up policy:** Without an acceptable excuse for missing a test, there will be no makeup exams given. All assignments are due on the posted date in the syllabus unless changed by the professor. LATE WORK WILL NOT BE ACCEPTED without a LEGITIMATE excuse. There will be no exceptions made and all decisions are made at the discretion of the professor.

**- Class Participation policy:** ONLINE COURSES ARE SELF-DRIVEN EXPERIENCES. In this course you will be REQUIRED to participate in weekly guided discussions that, all together, will be worth 25% of your grade in this course.

The discussion will be accessible through each week's learning module. There will be between 2 and 4 topics a week and you are required to submit 1 ORIGINAL POST TO ALL TOPICS and then 2 additional responses to someone else's post. Post will be graded on mastery of the content, ability to formalize a point or concept, answering the posted question and ability to adequately participate in the discussion. Grades will be posted weekly.

**- Net Etiquette:** Much like in a classroom you are required to conduct yourself in an acceptable manner. Meaning you are to respect yourself, others and the professor as much as humanly possible. While this course is freeform in the learning environment that does not mean you are not to hold yourself, and that I won't hold you, to the highest standard regarding etiquette. Furthermore, I understand that it is easy to type something that you may not say in person. RESIST THIS URGE! Do not reply to someone with haste or anger.

Unfortunately things written are left to interpretation so play it safe and keep this a healthy environment. Acting in a manner unbecoming of a student will get you tossed out of the discussion for that week and result in a grade of 0.

**- Cheating and Plagarism:** Cheating or plagiarism in any degree subjects a student to disciplinary procedures. Failure to give credit for ideas or material taken from another, whether from a fellow student or a resource writer, means the person is guilty of plagiarism. If, in the judgment of the professor, cheating or plagiarism has occurred, the penalty assessed could be a grade of "F" in the course. Cheating includes, but is not limited to, copying from another student's test paper, or copying research papers (or a portion thereof) from the Internet. (see Honesty Code below.)

**- Withdrawls:** Students wishing to drop courses must drop themselves over the web or in person at the Registrar's Office. Faculty will not drop students. Students should consult with your instructor and/or a Counselor/Adviser before dropping a course. Students starting college for the first time after the Fall 2007 or after may only receive six grades of W (grade received from a course dropped after the census date) from all Texas public colleges and universities attended. Grades of W in developmental courses or courses taken while in high school will not count in the six grades of W. After six grades of W are received, students must receive grades of A, B, C, D or F in all courses. There are other exemptions from the six-drop limit and students should consult with a Counselor/Advisor before they drop courses to determine these exemptions.

**- Communication with the Instructor:**
This will be at a premium in this course. Again this course is as much about your drive to learn as it is anything else. With that said, the onus will be on you to communicate with me if there are any issues. Here are some of the ways you can communicate and build good communication practices:

**Announcements –** When you login to the course make sure to check the announcements. Announcements will be your guide to any issue and information I want to pass along. Often I will post reminders or important notes here. A note here is to make sure the email you have in the system is one you ACTUALLY CHECK. Annoucnements and course mail – which I will cover next – will go to your listed email.

**Email –** The best, and preferred, way to reach me is by email. You can contact me at my lonestar email (Darrell.A.Lovell@lonestar.edu) or through the "Course Mail" option in D2L. Again, coursemail uses the listed email you have with the school. If you have not changed it, it will be your default student email address. I will attempt to get emails responded to in 24-36 hours. If an email is not responded to in this time please re-send it and I will get it then.

**Face-to-Face –** This is not required for this course. However, if you require a face-to-face meeting contact me to set up a time and place. I do not have a physical office on campus and am not located on campus. However, I will make time if you need it.

**EMERGENCIES:** If you have some type of an emergency in which you need to contact me immediately, please indicate that in the Subject field of your e-mail. *If an emergency happens during an assessment you MUST provide the professor with documentation and email immediately. If you do not email in a timely manner there will be no makeup given and you will not be allowed to re-enter the assessment. After emailing the professor contact tech support. MAKEUPS OR ALLOWANCES WILL ONLY BE GIVEN FOR*

*SYSTEM ISSUES. If your internet or pc fails that is not something under the school's or instructor's control. It is your responsibility to make sure you are on a stable connection.*

**ANNOUNCEMENTS:** Finally, know that general class announcements will be posted using the **Announcements** tool discussed below. **Always check for new announcements posted by me. Be certain that you select "View: ALL" when using this tool.**

**Any questions about that covered above please feel free to contact me. The next page will start your course design, grades and outline – AKA the important stuff!**

<strong>Class Assignments</strong>

*- 2 Exams (2 x 100 points = 200 total points)*
Exams will be designed to test your knowledge of the lecture and readings. All readings, including textbook and additional readings. The general rule is: If I said or you read it its fair game.
Exams will have some combination of multiple choice questions. You MUST DOWNLOAD RESPONDUS LOCKDOWN BROWSER TO TAKE THE EXAM. Exam grades will be returned in a timely manner. There will be NO REVIEW SHEETS provided. Dates and times are in the course outline.

*- In Class Discussion (100 points x 3 = 300 points)*
Discussion will be done within forums. We will do a four discussion forums throughout the eight weeks. Each will be worth 100 points. You will be asked to actively engage with your peers while also showing a clear and complete understanding of the material. That means you show both detail and analysis. That means it is about quality and quantity.

Each discussion your answers to the posted discussion questions and deadlines for responses will be assigned within the content/discussion forum; pay attention to those times. Late submissions on the deadline to answer the posted questions will be docked 10 points automatically. AT LEAST TWO responses to fellow students that show further understanding and FURTHER the discussion will be required by Sunday at 9PM. Submissions that lack responses will be docked 30 points for not doing a significant portion of the assignment.

This is the writing portion of the course. Make sure you treat these as complete essays and answers. Some of these overlap with exams so plan accordingly. Also, check the module each week to find out the deadlines. The instructor reserves the rights to change deadlines when he sees fit.

*- Final Exam (200 points)*
The final will be a comprehensive examination of the class. It will cover any topics, readings presented in the course. The exam will be comprised of 100 questions that can be multiple choice, T/F, and fill in the blank. You will have 2 hours to take the exam.

**Course Grade Breakdown – Total points 1,000**
**700 - 630 = A**
**629 – 560 = B**
**559 - 490 = C**
**489 - 420 = D**
**419 – 0 = F**

**Course Outline & Readings**

**Week I**
*Topic 1: Introductions/Environment and Texas & Constitution*
Readings: Chapters 1 & 2

*Topic II: Texas Constitution & Local Governments*
Readings: Chapter 3 & 10
Assignments: Discussion for week 1 and Exam 1 which opens Friday at 7AM and closes Sunday at 9PM

**Week II**
Topic III: Judiciary & Corrections
Readings: Chapter 9 & 13

Topic IV: Executive Branch, Legislature & Political Parties
Readings: Chapters 4, 7 & 8
Assignment: Discussion 2 on week 2; Exam II opens Thursday at 7AM and must be completed by Friday at 9PM. See module for instructions.

**Week III**
Topic V: Interest Groups & Elections
Readings: Chapter 5 & 6

Topic VI: Public Policy & Fiscal Policy
Readings: Chapter 11 & 12
Assignments: Discussion for week 3 – note the date in the class site.

**Final Exam**
Assignments: Final exam opens 12/31 at 7AM and must be completed by 1/2 at 7PM

# Exhibit G



**UNITED STATES DEPARTMENT OF EDUCATION**
OFFICE FOR CIVIL RIGHTS

1999 BRYAN ST., SUITE 1620
DALLAS, TX 75201-6810

REGION VI
ARKANSAS
LOUISIANA
MISSISSIPPI
TEXAS

June 14, 2016

Ref:  OCR Docket # 06162099

Dr. Stephen C. Head, Chancellor
Lone Star College System
5000 Research Forest Drive
The Woodlands, TX

Dear Dr. Head:

This letter is to notify you that the U.S. Department of Education (Department), Office for Civil Rights (OCR), Dallas Office, received a complaint filed against Lone Star College System (LSCS), The Woodlands, Texas, on January 12, 2016.  The Complainant alleged that LSCS discriminated against him on the basis of disability and subjected him to retaliation.  Specifically, the Complainant alleged the following:

1.  LSCS discriminated against him based on disability during the 2015 fall semester when LSCS failed to timely implement his academic adjustments; and

2.  LCSC subjected him to retaliation during the 2015 fall semester when the disability services implemented "random" academic adjustments that did not serve his disability, without prior discussion with him.

OCR is responsible for determining whether entities that receive or benefit from federal financial assistance from the Department, or an agency that has delegated investigative authority to the Department, are in compliance with Section 504 of the Rehabilitation Act of 1973 (Section 504), 29 U.S.C. §794 (amended 1992), and its implementing regulation at 34 C.F.R. Part 104, which prohibits discrimination on the basis of disability.  OCR also enforces Title II of the Americans with Disabilities Act of 1990 (Title II), 42 U.S.C. §12132, and its implementing regulation at 28 C.F.R. Part 35.  Under Title II, OCR has jurisdiction over complaints alleging discrimination on the basis of disability that are filed against public entities.

LSCS is a recipient of federal financial assistance from the Department and is a public entity.  Therefore, OCR has jurisdictional authority to process this complaint for resolution under Section 504 and Title II.

Because OCR has determined that it has jurisdiction, it is opening the Complainant's allegations for investigation.  Please note that opening this complaint for investigation in

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

www.ed.gov

LSC - OCR 000116

LSCS

JUN 1 6 2016

Office of the Chancellor

Page 2 – Dr. Stephen C. Head, Chancellor

no way implies that OCR has made a determination with regard to its merit. During the investigation, OCR is a neutral fact-finder, collecting and analyzing relevant evidence from the Complainant, the recipient, and other sources, as appropriate. OCR will ensure that its investigation is legally sufficient and is dispositive of the allegations, in accordance with the provisions of OCR's *Case Processing Manual.*

Based on the Complainant's allegations, OCR will investigate the following legal issues:

1. Whether LSCS failed to make such modifications to its academic requirements as are necessary to ensure that such requirements do not discriminate or have the effect of discriminating, on the basis of disability, against a qualified disabled student, by failing to provide the Complainant with necessary academic adjustments and/or auxiliary aids (i.e., extended time) during the 2015 fall semester, in violation of Section 504, at 34 C.F.R. § 104.44, and Title II, at 28 C.F.R. § 35.130.; and

2. Whether LSCS retaliated against the Complainant by implementing random academic adjustments that did not serve the complainant's disability, without prior discussion with the Complainant during the 2015 fall semester, because the Complainant advocated for his rights as a student with a disability during the 2015 fall semester, in violation of Section 504 and Title II, at 34 C.F.R. § 104.61, and 28 C.F.R. § 35.134, respectively.

For your information, we have enclosed OCR's Complaint Processing Procedures to provide you with an overview of our complaint evaluation and resolution process. Please note that OCR can resolve complaint allegations *before* completing an investigation in two ways: the Early Complaint Resolution (ECR) process and voluntary resolution agreements.

ECR allows the parties (the Complainant and the institution that is the subject of the complaint) an opportunity to resolve the complaint allegations quickly; generally, soon after the complaint has been opened for investigation, although ECR may take place at any time during the investigative process. If both parties are willing to try this approach, and if OCR determines that ECR is appropriate, OCR will facilitate settlement discussions between the parties and work with the parties to help them understand the legal standards and possible remedies. More information about ECR may be found in the enclosed brochure.

Complaints may also be resolved before the conclusion of an investigation if the institution that is the subject of the complaint (recipient) expresses an interest in resolving the complaint. This process is voluntary and must be requested by the recipient. The Office Director or designee must determine that it is appropriate to resolve the complaint during the course of an investigation. If the voluntary resolution process has been determined appropriate, OCR will immediately notify the Complainant of the recipient's interest in resolving the complaint and will keep the Complainant informed throughout all stages of this resolution process. The resolution agreement is negotiated between OCR

Page 3 – Dr. Stephen C. Head, Chancellor

and the recipient. The provisions of the resolution agreement will be aligned with the complaint allegations or the information obtained during the investigation, and will be consistent with applicable regulations, and a copy of the signed resolution agreement will be included with the resolution letter. OCR will then monitor the implementation of the resolution agreement. Please let me know if you are interested in resolving the complaint prior to the conclusion of the investigation, either through the ECR process or by entering into a voluntary resolution agreement.

Section 100.6(c) of Title 34 of the Code of Federal Regulations stipulates that each recipient of Federal financial assistance shall permit access to pertinent sources of information to responsible Department officials or designees. Pursuant to 34 C.F.R. § 100.6(c) and 34 C.F.R. § 99.31(a)(3)(iii), of the regulations implementing the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g, OCR may review personally identifiable records without regard to considerations of privacy or confidentiality. Enclosed is an initial data request. Please provide the requested information to OCR within 15 calendar days of the date of this letter. Please be advised that this request does not preclude OCR from requesting additional information during the course of the complaint resolution process. After reviewing all information received, OCR will determine whether an on-site investigation is warranted. If so, you will be contacted to arrange a mutually convenient date.

Please be advised that LSCS may not harass, coerce, intimidate, or discriminate against any individual because he or she has filed a complaint or participated in the complaint resolution process. If this happens, the Complainant may file another complaint alleging such treatment.

Under the Freedom of Information Act, it may be necessary to release this document and related correspondence and records upon request. In the event that OCR receives such a request, we will seek to protect, to the extent provided by law, personally identifiable information, which, if released, could reasonably be expected to constitute an unwarranted invasion of personal privacy.

I am the investigator who has been assigned to investigate this complaint. If you have questions, you may contact at (214) 661-9607 (Tamara.Williams@ed.gov). You may also contact my supervisor, Lori Bringas, at (214) 661-9638 (Lori.Bringas@ed.gov). Thank you for your anticipated cooperation.

Sincerely,

Tamara L. Williams
Investigator/Equal Opportunity Specialist
Dallas Office

Enclosures

# U.S. DEPARTMENT OF EDUCATION
## OFFICE FOR CIVIL RIGHTS (OCR)
### INITIAL DATA REQUEST

## Lone Star College System (LSCS)
### OCR Case No. 06162099

To help facilitate resolution of the above-referenced complaint, the Office for Civil Rights (OCR) requests that LSCS provide the following information within **15 calendar days** of the date of this letter. For purposes of this investigation, the Complainant is identified as <u>Michael Moates</u>, a current student at LSCS.

1. The name, address, and telephone number of the individual designated by the LSCS to communicate with OCR regarding the investigation of this complaint.

2. A copy of, or internet reference to, LSCS's policies and procedures that prohibit discrimination on the basis of disability. Please also provide a description of where the policies and procedures are published, and how and when they are disseminated to faculty and students.

3. A narrative response to the Complainant's allegations. Please include identification of any relevant witnesses by name, position/title, and telephone number.

4. A copy of the Complainant's educational records for the 2015 fall semester.

5. A copy of LSCS's policies and procedures with regard to the provision of academic adjustments and auxiliary aids and services, including references to where the policies and procedures are located and how they are made available to students.

6. A complete copy of the Complainant's application for academic adjustments and auxiliary aids and services and any supporting documentation submitted by the Complainant.

7. The names, telephone numbers, and titles of any and all persons who participated in any determinations regarding the provision of academic adjustments and auxiliary aids and services for the Complainant.

8. A complete copy of any documents related to LSCS's response to the Complainant's application for academic adjustments and auxiliary aids and services.

9. If the Complainant was approved for academic adjustments and/or auxiliary aids and services, please provide a description of the adjustments/aids/services, a description of when and how the adjustments/aids/services were developed, copies of documents containing the adjustments/aids/services, and the names and titles of the person(s) involved in developing and responsible for implementing

the adjustments/aids/services.

10. Copies of any documentation of communications between the Complainant and LSCS (including for example, correspondence, records of telephone conversations, emails, and notes of conferences or meetings) related to the Complainant's academic adjustments and auxiliary aids and services.  If no written documentation exists, please provide a narrative of any discussions regarding these issues.

11. A copy of the syllabus and any and all relevant information issued by the professors for the classes taken by the Complainant during the 2015 fall semester.

12. A copy of any documentation and/or written communication between the LSCS and the Complainant pertaining to the allegation in this complaint, including complaints filed with LSCS and the final resolutions thereof.

13. Any other information LSCS can provide to OCR to assist us in resolving the allegation in this complaint.

**LSCS**

JUN 1 6 2016

Office of the Chancellor

# Exhibit H

**Dassey, Valentina**

| | |
|---|---|
| **From:** | Dassey, Valentina |
| **Sent:** | Tuesday, January 12, 2016 5:04 PM |
| **To:** | 'michaelsmoates@gmail.com' |
| **Cc:** | mmoates@my.lonestar.edu |
| **Subject:** | Follow Up |

Good afternoon Michael,

Thank you for your phone calls yesterday. We want to help address the concerns you raised as best we can.

I wanted to follow-up with you regarding the emails you were going to send me and to be sure you had my email address. To help speed up the process, I will be requesting the Office of Technology Services to pull the emails sent in October 2015 to the online advisor email from the server.

As discussed yesterday, please continue to work with Ann Johnson with regard to the Fall 2015 issue. Also, I provided her with your contact information to ensure that she had the correct information.

Let me know if you have any questions. Thank you.

Kind regards,

Val Dassey

Valentina E. Dassey
Assistant General Counsel
Office of the General Counsel
Lone Star College System
5000 Research Forest Drive
The Woodlands, Texas 77381
(832) 813-6843
(832) 813-6656 (Fax)
Email: Valentina.E.Dassey@lonestar.edu
The information in this email is legally privileged and confidential information intended to be reviewed by only the individual(s) organization named.



LSC - OCR 000122

**Dassey, Valentina**

| | |
|---|---|
| From: | Michael Moates <michaelsmoates@gmail.com> |
| Sent: | Saturday, January 16, 2016 4:23 AM |
| To: | Dassey, Valentina |
| Subject: | Michael Moates Email's |

Val I have attached the email I was able to find. Bear in mind that I can not forward the attachment but I believe you already have the documentation.

--------- Forwarded message ---------
From: OnlineAdvisor@LoneStar.edu
Date: Mon, Oct 19, 2015 at 4:31 PM
Subject: Michael Moates Disability
To: Michael Moates <michaelsmoates@gmail.com>

Hello,

My name is Michael S. Moates. I want to put my 504 plan into place. Please email me back or call me at 817-880-4326. I need to get these put into place ASAP. I have attached a copy of my documentation from the Child Study Center and Dr. Julian Haber.

Respectfully,

Michael Moates

--------- Forwarded message ---------
From: OnlineAdvisor@LoneStar.edu
Date: Mon, Nov 9, 2015 at 8:44 PM
Subject: Michael Moates 504
To: Michael Moates <michaelsmoates@gmail.com>

Hello,

I have been trying to get a hold of somebody for some time now trying to get my accommodations put into place. I really need somebody to help me I have attached the documentation and would really much appreciate hearing from somebody ASAP. Not having these accommodations in place is directly impacting my great because I need these for my disability.

--------- Forwarded message ---------
From: OnlineAdvisor@LoneStar.edu
Date: Tues, Jan 16, 2015 at 2:07 PM
Subject: Michael Moates Accommodations
To: Michael Moates <michaelsmoates@gmail.com>

Hello,

My name is Michael Moates. I have some accommodations I need to discuss with someone. Please email me back or call me at 817-880-4326. I need to get these put into place ASAP.

Respectfully,

Michael Moates

--------- Forwarded message ---------
From: OnlineAdvisor@LoneStar.edu

1

Date: Sat, Nov 28, 2015 at 8:37 AM
Subject: Michael Moates 504 Plan
To: Michael Moates <michaelsmoates@gmail.com>

Hello,

I am really starting to get irritated at been trying to contact you guys recording my accommodations for some time now I nobody is going communication back with me. I am really frustrated that this is not been put into place within reasonable matter time and I am about ready to file something with the Department of Education of somebody does not get back in communication with me. I have again attached the documentation.

Respectfully,

Michael Moates
(817)-880-4326

LSC - OCR 000124