United States District Court
Southern District of Texas
**ENTERED**
September 22, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LONE STAR COLLEGE SYSTEM DISTRICT, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civ. A. No. 4:21-cv-03023 |
| | § | |
| MICHAEL S. MOATES, | § | |
| | § | |
| Defendant. | § | |

## Order Granting Joint Motion to Remand

Before the Court is the parties' Joint Motion to Remand. After considering the Motion and all other papers on file, the Court is of the opinion that the Motion should be, and therefore is, in all things GRANTED for the reasons stated in the Motion. It is therefore ORDERED that this case shall be remanded to the 333rd Judicial District Court of Harris County, Texas for all purposes and proceedings. The Clerk shall terminate the above case.

It is so ORDERED.

Signed this the 22nd day of September, 2021, at Houston, Texas.



UNITED STATES DISTRICT JUDGE